AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Vitali GossJankowski

*Defendant*

)
) Case: 1:21-mj-00105
) Assigned to: Judge Faruqui, Zia M.
) Assign Date: 1/18/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Vitali GossJankowski

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a) and (b)(1)(A)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority while Using or Carrying a Dangerous Weapon

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/18/2021

2021.01.18 10:15:27 -05'00'

*Issuing officer's signature*

City and state:     Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/19/2021, and the person was arrested on *(date)* 01/19/2021 at *(city and state)* Washington DC |
| Date: 01/19/2021 |
| *Arresting officer's signature* |
| Steven Caldwell   DEO *Printed name and title* |