UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : CRIM. No. 21-mj-105 (ZMF) |
| | : |
| **VITALI GOSSJANKOWSKI,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Tara Ravindra, who may be contacted by telephone on (202) 252-7672 or e-mail at Tara.ravindra@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

 

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

By:   */s/ Tara Ravindra*
Tara Ravindra
D.C. Bar No. 1030622
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7672
Tara.ravindra@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 18th day of February, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>/s/ Tara Ravindra
>Tara Ravindra
>Assistant United States Attorney