UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| v. : | **CRIM. No. 21-mj-105 (ZMF)** |
| : | |
| **VITALI GOSSJANKOWSKI,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Cara A. Gardner, who may be contacted by telephone on (202) 252-7009 or e-mail at Cara.Gardner@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

By:  */s/ Cara A. Gardner*
Cara A. Gardner
Assistant United States Attorney
DC Bar No. 1003793
United States Attorney's Office for the
District of Columbia
555 4th Street NW
Washington, D.C. 20530
Office: 202-252-7009
Cell: 202-740-4334
Cara.Gardner@usdoj.gov

## CERTIFICATE OF SERVICE

On this 18th day of February, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                                         */s/ Cara A. Gardner*
                                                                          Cara A. Gardner
                                                                          Assistant United States Attorney