## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIM. No. 21-cr-123 (PLF) |
| | : | |
| **VITALI GOSSJANKOWSKI,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Cara A. Gardner, who may be contacted by telephone on (202) 252-7009 or e-mail at Cara.Gardner@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

    Respectfully submitted,

    MICHAEL R. SHERWIN
    Acting United States Attorney
    N.Y. Bar No. 4444188

By:    */s/ Cara A. Gardner*
    Cara A. Gardner
    Assistant United States Attorney
    DC Bar No. 1003793
    United States Attorney's Office for the
    District of Columbia
    555 4th Street NW
    Washington, D.C. 20530
    Office: 202-252-7009
    Cell: 202-740-4334
    Cara.Gardner@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 22nd day of February, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                              */s/ Cara A. Gardner*
                                              Cara A. Gardner
                                              Assistant United States Attorney