**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | :   CRIM. No. 21-cr-123 (PLF) |
| | : |
| **VITALI GOSSJANKOWSKI,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Tara Ravindra, who may be contacted by telephone on (202) 252-7672 or e-mail at Tara.ravindra@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

                      Respectfully submitted,

                      MICHAEL R. SHERWIN
                      Acting United States Attorney
                      N.Y. Bar No. 4444188

By:   */s/ Tara Ravindra*
        Tara Ravindra
        D.C. Bar No. 1030622
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7672
        Tara.ravindra@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 22nd day of February, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Tara Ravindra*
Tara Ravindra
Assistant United States Attorney