UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-CR-00123 (PLF) |
| v. | : | |
| | : | |
| VITALI GOSSJANKOWSKI, | | |
| | : | |
| Defendant. | : | |

NOTICE OF FILING

The government requests that the attached discovery letter, dated April 28, 2021, be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:  */s/ Cara Gardner*
Cara Gardner
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street NW
Washington, DC 20530
Phone: (202) 252-7009