UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No.   21-cr-123 (PLF) |
| | ) | |
| **VITALI GOSSJANKOWSKI,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### UNOPPOSED MOTION FOR STATUS HEARING

Mr. Vitali Gossjankowski, through counsel, respectfully moves the Court to hold a video status hearing in this case as scheduled on April 29, 2021.  The government does not oppose this motion.  The defense understands that the United States' Partially Unopposed Motion to Continue, ECF No. 17, did not intend to request that the Court vacate or continue the status hearing.  The defense would like to raise several issues with the Court, including the status of discovery and the status of Mr. Gossjankowski's laptop computer, which was seized by the government and has not been returned to him.  Mr. Gossjankowski is hearing disabled.  He requires the use of American Sign Language interpreters and other reasonable accommodations to communicate effectively with hearing individuals, including defense counsel.  The defense submits that a status hearing is necessary to ensure Mr. Gossjankowski's statutory and constitutional rights.

Accordingly, Mr. Gossjankowski respectfully requests that the Court hold the video status hearing scheduled in this matter on April 29, 2021.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

            /s/
        _____
        UBONG E. AKPAN
        CELIA GOETZL
        Assistant Federal Public Defenders
        625 Indiana Ave. NW, Ste. 550
        Washington, D.C. 20004
        (202) 208-7500