UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | :    Case No.: 21-CR-123 |
| VITALI GOSSJANKOWSKI | : |
| | : |
| Defendant. | : |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Trial Attorney Michael J. Romano, detailed to the United States Attorney's Office for the District of Columbia. Please remove Tara Ravindra as counsel of record and from the electronic notification process.

                                 Respectfully submitted,

                                 CHANNING D. PHILLIPS
                                 Acting United States Attorney
                                 D.C. Bar No. 415793

By:     /s/ *Michael J. Romano*
            MICHAEL J. ROMANO
            IL Bar No. 6293658
            Trial Attorney, Detailee
            555 4th Street, N.W.
            Washington, D.C. 20530
            Telephone No. (202) 307-6691
            michael.romano@usdoj.gov

## CERTIFICATE OF SERVICE

On this 29th day of April 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                                      /s/*Michael J. Romano*
                                                                       Michael J. Romano