UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-CR-00123 (PLF) |
| v. | : | |
| | : | |
| VITALI GOSSJANKOWSKI, | | |
| | : | |
| Defendant. | : | |

NOTICE OF FILING

The government requests that the attached discovery letter, dated May 7, 2021, be made part of the record in this case.

                         Respectfully submitted,

                         CHANNING D. PHILLIPS
                         Acting United States Attorney

By:   */s/ Michael J. Romano*

       Michael J. Romano
       Trial Attorney / Detailee
       IL Bar 6293658
       U.S. Attorney's Office
       555 4th Street, N.W.
       Washington, D.C. 20530
       202-262-7850



U.S. Department of Justice

**Channing D. Phillips**
**Acting United States Attorney**

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 7, 2021

VIA USAFX and Email
Celia Goetzl, Esq.
Celia_Goetzl@fd.org

Ubong Akpan, Esq.
 Ubong_Akpan@fd.org

    Re:    *United States v. Vital GossJankowski, 21-CR-123 (PLF)*

Dear Counsel:

    Pursuant to our discovery obligations, we are writing to document previous discovery provided as well as discovery that the government is providing with this letter:

- On **April 29, 2021**, the government provided the following items:
    - Three videos of different angles of the defendant's interview on 1/18/21, as indicated in the screenshot below

| | | |
|---|---|---|
| Vitali Gossjankowski Custodial Interview Disk #3.MTS | Apr 29, 2021 by Cara Gardner | 1.8 GB |
| Vitali GossJankowski Custodial Interview disk #2.MTS | Apr 29, 2021 by Cara Gardner | 3.9 GB |
| Vitali Gossjankowski Custodial Interview Disk #1.MTS | Apr 29, 2021 by Cara Gardner | 3.9 GB |

- The raw video from which the annotated clip was created in two different formats, as indicated in the screenshot below. In response to your question about the

2

annotated video, it was created by a Litigation Technology employee in our Office (Taylor Davis).

| | | |
|---|---|---|
| Raw360clip in mp4 format.mp4 | Apr 29, 2021 by Cara Gardner | 1,020.1 MB |
| Raw360clip.360 | Apr 29, 2021 by Cara Gardner | 3.7 GB |

- With this letter, the government is also provided the files listed in the attached index.

(*As with all files uploaded to USAfX, they may automatically delete after 60 days per the automatic retention policy in place.  Please download the files before then.*)

Note that all these files will be being formally processed for discovery by the discovery team assigned to the Capitol Riots cases.  As such, the same files will be re-produced with bates-stamps at a later date.  Nevertheless, we wanted to provide you what we can now as we wait for this processing to be finalized.

*Upcoming Discovery*

The government will continue to provide additional discovery on a rolling basis.  Like the files being provided in connection with this letter, all the files will be re-disclosed once processed and bates-stamped by the discovery team.

Additionally, once we have a protective order in place in this case, as we have previously discussed with you, the government will be able to provide additional materials, subject to the protective order. Specifically, the government will be able to provide the following once the protective order is in place:
- The name of the Officer who is the victim in this case
- Surveillance footage from the tunnel leading inside the Capitol where the defendant was present
- Documents containing personal identifying information of individuals other than the defendant whom tipsters believed to be AFO-98 in a BOLO photo.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution.  These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.   The government is working to develop a system that will facilitate access to these materials.  In the meantime, please let us know if there are any categories of information that you believe are particularly relevant to your client.

Please contact us if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

We recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. We will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

We request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. We also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). We request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, we request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

We will forward additional discovery as it becomes available. If you have any questions, please feel free to contact us.

            */s/ Cara Gardner*
            Cara Gardner
            Assistant United States Attorney
            D.C. Bar 1003793
            U.S. Attorney's Office
            555 4th Street, N.W.
            Washington, D.C. 20530
            202-252-7009
            Cara.Gardner@usdoj.gov

            */s/ Michael J. Romano*
            Michael J. Romano
            Trial Attorney / Detailee
            IL Bar 6293658
            U.S. Attorney's Office
            555 4th Street, N.W.
            Washington, D.C. 20530
            202-262-7850
            michael.romano@usdoj.gov

## Index

- 0176-WF-3366759-GOSSJANKOWSKI_0000001.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000002_1A0000001_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000002_1A0000001_0000002_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000002_Import_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000002_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000003_1A0000002_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000003_1A0000002_0000002_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000003_1A0000002_0000003_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000003_Import_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000003_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000004_1A0000003_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000004_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000006.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000006_1A0000005_0000001.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000006_Import.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000007.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000008.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000008_1A0000006_0000001.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000009_1A0000007_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000009_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000010_1A0000008_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000010_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000011_1A0000009_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000011_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000012_1A0000108_0000001.docx
- 0176-WF-3366759-GOSSJANKOWSKI_0000012_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000013_1A0000010_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000013_Redacted.pdf

- 0176-WF-3366759-GOSSJANKOWSKI_0000014_1A0000011_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000014_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000016_1A0000013_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000016_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000017_1A0000014_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000017_1A0000014_0000002_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000017_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000018_1A0000015_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000018_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000019_1A0006184_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000019_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000020_1A0000002_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000020_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000021_1A0000016_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000021_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000022_1A0000017_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000022_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000023_1A0000018_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000023_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000024_1A0000019_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000024_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004277_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000001.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000002.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000003.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000004.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000005.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000006.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000007.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000008.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000009.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000010.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000011.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000012.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000013.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000014.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000015.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000016.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000017.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_1A0004278_0000018.png
- 0176-WF-3366759-GOSSJANKOWSKI_0000025_Redacted.pdf

- 0176-WF-3366759-GOSSJANKOWSKI_0000026_1A0000020_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000026_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000027.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000027_1A0000021_0000001.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000027_1A0000022_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000027_1A0000023_0000001_PHYSICAL_Redacte...
- 0176-WF-3366759-GOSSJANKOWSKI_0000028.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000028_1A0000024_0000001.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000029.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000030_1A0000025_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000030_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000031_1A0000026_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000031_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000032_1A0000027_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000032_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000033_1A0000028_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000033_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000034_1A0002674_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000034_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000035_1A0000029_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000035_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000036_1A0000030_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000036_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000037_1A0000031_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000037_1A0000031_0000002_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000037_Redacted.pdf

- 0176-WF-3366759-GOSSJANKOWSKI_0000038_1A0000032_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000038_1A0000032_0000002_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000038_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000039_1A0000033_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000039_1A0000033_0000002_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000039_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000040_1A0000034_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000040_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000041_1A0000035_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000041_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000042_1A0000036_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000042_1A0000036_0000002_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000042_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000043_1A0000037_0000001.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000043_1A0000037_0000002.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000043_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000045_1A0000039_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000045_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000046_1A0009190_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000046_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000047_1A0000040_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000047_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000048_1A0000041_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000048_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000049_1A0011075_0000001_Redacted.pdf
- 0176-WF-3366759-GOSSJANKOWSKI_0000049_Redacted.pdf

- 1_CCN___21-002-679_Email_Redacted.pdf
- 2_Case_Notes_-_Additional_Video_Clips_Additional_Information_-_Jan_22__2021_10_34_Redacted.pdf
- 3_Event___21008029_Internal_Packet.pdf
- M. Fanone BWC.mp4