UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No.   21-cr-123 (PLF) |
| ) | |
| VITALI GOSSJANKOWSKI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**WITHDRAWAL OF RESPONSE TO
UNITED STATES' MOTION FOR PROTECTIVE ORDER**

Mr. Vitali Gossjankowski, through counsel, hereby withdraws his Response to United States' Motion for Protective Order, ECF No. 25. The defense does not oppose the United States' Motion for Protective Order, ECF No. 19.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
UBONG E. AKPAN
CELIA GOETZL
Assistant Federal Public Defenders
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500

1