# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No. 21-CR-123 |
| **VITALI GOSSJANKOWSKI,** : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Kondi Kleinman is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                                                      Respectfully submitted,

                                                      CHANNING D. PHILLIPS
                                                      Acting United States Attorney
                                                      D.C. Bar No. 415793

By:   */s/ Kondi Kleinman*
        KONDI J. KLEINMAN
        Assistant United States Attorney
        California Bar No. 241277
        Fraud Section
        555 Fourth Street, N.W
        Washington, D.C. 20530
        (202) 252-6887
        Kondi.Kleinman2@usdoj.gov