UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-123 (PLF) |
| | : | |
| **VITALI GOSSJANKOWSKI,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its June 9, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:     /s/
MICHAEL J. ROMANO
Trial Attorney, Detailee
IL Bar No. 6293658
555 4th Street, N.W.
Washington, D.C. 20530
202-307-6691
michael.romano@usdoj.gov


### CERTIFICATE OF SERVICE

On this 9th day of June, 2021, a copy of the foregoing was served on counsel for the defendant via the court's Electronic Filing System

/s/ Michael J. Romano
Michael J. Romano
Trial Attorney / Detailee



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 9, 2021

VIA Email and Download Links from USAO.Evidence.com

Celia Goetzl, Esq.
celia_goetzl@fd.org

Ubong Akpan, Esq.
ubong_akpan@fd.org

      Re:    *United States v. Vitali GossJankowski*, 1:21-cr-00123

Dear Counsel:

      Pursuant to our discovery obligations, we are providing download links to 111 body worn camera (BWC) files listed in the attached Excel spreadsheet. The links should last for a year, please download before then. This should include all the BWC videos mentioned in the discovery recently provided. This list provides potentially-relevant BWC videos identified by us and other prosecutors while working on cases involving offenses in the U.S. Capitol's Lower West Terrace. Out of an abundance of caution, we are making all of these BWC videos accessible to the defense so that you can analyze whether they might be relevant to your defense.

      We continue to identify additional BWC related to the Lower West Terrace and will provide an additional round of potentially relevant BWC shortly. To the extent you identify other officers with BWC that you believe might be relevant to the case, please let us know and we will do what we can to provide that BWC if it exists. In addition, my understanding is that the office is working to develop a system to make BWC available on a broader level in the coming months.

      If you have any questions, please feel free to contact me.

      Sincerely,

      */s/ Michael J. Romano*
      Michael J. Romano
      Trial Attorney / Detailee