UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-CR-00123 (PLF) |
| v. | : | |
| | : | |
| VITALI GOSSJANKOWSKI, | | |
| | : | |
| Defendant. | : | |

NOTICE OF FILING

    The government requests that the attached discovery letter, dated August 11, 2021, be made part of the record in this case.

                                                     Respectfully submitted,

                                                     CHANNING D. PHILLIPS
                                                     Acting United States Attorney

                                           By:    */s/ Cara A. Gardner*
                                                     Cara A. Gardner
                                                     Assistant United States Attorney
                                                     D.C. Bar 1003793
                                                     U.S. Attorney's Office
                                                     555 4th Street, N.W.
                                                     Washington,
                                                     D.C. 20530
                                                     202-252-7009
                                                     Cara.Gardner@usdoj.gov