UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-CR-00123 (PLF) |
| v. | : | |
| | : | |
| VITALI GOSSJANKOWSKI, | | |
| | : | |
| Defendant. | : | |

NOTICE OF FILING

The government requests that the attached discovery letter, dated October 4, 2021, be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:   /s/ Cara A. Gardner
Cara A. Gardner
Assistant United States Attorney
D.C. Bar 1003793
U.S. Attorney's Office
555 4th Street, N.W.
Washington,
D.C. 20530
202-252-7009
Cara.Gardner@usdoj.gov