**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-cr-123 (PLF)** |
| **v.** | : | |
| | : | |
| **VITALI GOSSJANKOWSKI,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States

Attorney for the District of Columbia, herby informs the Court that Trial Attorney Jacqueline

Schesnol is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Jacqueline Schesnol*
JACQUELINE SCHESNOL
AZ Bar No. 016742
Trial Attorney
Capitol Riot Detailee
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

On this 17th day of December 2021, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.

*/s/ Jacqueline Schesnol*
Jacqueline Schesnol
Trial Attorney
