UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

VITALI GOSSJANKOWSKI,

Defendant.

Case No. 1:21-cr-00123-PLF

NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that Assistant U.S. Attorney Karen Rochlin hereby enters her appearance on behalf of the United States.

Dated: December 17, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


/s/ Karen Rochlin
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov