### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 21-cr-123 (PLF) |
| | : |
| **VITALI GOSSJANKOWSKI,** | : |
| Defendant. | : |

### JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for Vitali GossJankowski ("the defendant"), hereby submit the following Joint Status Report:

1. On November 10, 2021, the government obtained a superseding indictment (ECF No. 41).

2. A status conference is scheduled for January 13, 2022.

3. The parties request the defendant be arraigned on the superseding indictment at the January 13, 2022 status conference.

4. The government continues to provide voluminous discovery to the defense.

5. The parties believe it is in the interest of justice to toll the Speedy Trial Act while the government continues to provide discovery. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i) and (iv), as well as 18 U.S.C. § 3161(h)(1)(G). Therefore, the parties request an exclusion of time under the Speedy Trial Act from January 13, 2022, through the next scheduled status date.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:

/s/
Karen Rochlin
DC Bar No. 394447
Jacqueline Schesnol
AZ Bar No. 016742
Capitol Riot Detailees
555 Fourth Street, N.W.,
Washington, D.C. 20530
karen.rochlin@usdoj.gov
jacqueline.schesnol@usdoj.gov

/s/
Celia Goetzl
Ubong Akpan
Federal Public Defenders
625 Indiana Avenue, N.W.,
Suite 550
Washington, DC 20004
(202) 208-7500
celia_goetzl@fd.org