UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-123 (PLF) |
| : | |
| VITALI GOSSJANKOWSKI, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for Vitali GossJankowski ("the defendant"), hereby submit the following Joint Status Report:

1. On November 10, 2021, the government obtained a superseding indictment (ECF No. 41).

2. The defendant was arraigned on the superseding indictment at the January 13, 2022 status conference.

3. Pursuant to the Court's February 22, 2022 minute entry, the parties have met and conferred regarding several topics.

    a. The government continues to provide voluminous discovery to the defense. The defense continues to review the discovery with the defendant.

    b. The parties continue to discuss a possible resolution to the case by way of a plea agreement. Those negotiations are ongoing.

4. The parties are available for a status conference on: April 12, 2022 at 2:00 PM or later; April 13, 2022 at 11:00 AM or later; anytime on April 14, 2022; anytime on April 15, 2022; or at another time suggested by the Court.

5. The parties believe it is in the interest of justice to toll the Speedy Trial Act and request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i) and (iv).   Therefore, the parties request an exclusion of time under the Speedy Trial Act from March 30, 2022,[1] to the next scheduled status conference date.

Respectfully submitted,

| MATTHEW M. GRAVES | A. J. KRAMER |
|---|---|
| United States Attorney | FEDERAL PUBLIC DEFENDER |

By:

| /s/ | /s/ |
|---|---|
| Karen Rochlin | Ubong Akpan |
| DC Bar No. 394447 | Celia Goetzl |
| Jacqueline Schesnol | Assistant Federal Public Defenders |
| AZ Bar No. 016742 | 625 Indiana Avenue, N.W., |
| Capitol Riot Detailees | Suite 550 |
| 555 Fourth Street, N.W., | Washington, DC 20004 |
| Washington, D.C. 20530 | (202) 208-7500 |
| karen.rochlin@usdoj.gov | |
| jacqueline.schesnol@usdoj.gov | |

---

[1] Time was previously excluded to March 30, 2022, pursuant to the Court's January 31, 2022 order.