# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-123 (PLF)** |
| **VITALI GOSSJANKOWSKI,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Barry K. Disney is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: April 8, 2022              MATTHEW M. GRAVES
                                  UNITED STATES ATTORNEY
                                  D.C. Bar No. 481052

                        By:       /s/ BARRY K. DISNEY
                                  Barry K. Disney
                                  Trial Attorney, Capital Case Section
                                  Detailee – Capitol Siege Division
                                  Kansas Bar No. 13284
                                  U.S. Department of Justice
                                  1331 F. St. NW, Suite 6000
                                  Washington, D.C. 20005
                                  202-305-4367 (office)
                                  202-924-4861 (cell)
                                  Barry.Disney@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 8th day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                     _/s/ BARRY K. DISNEY_
                                                   BARRY K. DISNEY
                                                   Trial Attorney