UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-123 (PLF) |
| v. : | |
| : | |
| VITALI GOSSJANKOWSKI, : | |
| : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S NOTICE OF WITHDRAWAL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney, Jacqueline Schesnol, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Jacqueline Schesnol*
JACQUELINE SCHESNOL
AZ Bar No. 016742
Trial Attorney
Capitol Riot Detailee
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 9th day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Jacqueline Schesnol*
Jacqueline Schesnol
Trial Attorney
