UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| v. : | Case No. 21-cr-123 (PLF) |
| : | |
| **VITALI GOSSJANKOWSKI,** : | |
| : | |
| **Defendant.** : | |

## STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following Status Report, in an effort to comply with the Minute Order this Court issued on July 21, 2022:

1. During the last status conference in this case on July 21, 2022, this Court ordered the defense to communicate its version of an acceptable plea agreement to the prosecution, and ordered the parties to confer, with involvement of the United States Attorney's Office chain of command, about a potential resolution of the above-captioned case. The Court further ordered the parties to file a joint status report by noon on August 3, 2022.

2. The parties have been unable to reach an agreement that will resolve the case. The prosecution provided a draft Joint Status Report to defense counsel so stating; however, the defense has not agreed to the draft Joint Status Report or provided the United States with a proposed trial date. The government anticipates a jury trial will take approximately five days and accordingly requests a trial be set in April, 2023.

3. The United States believes it is in the interest of justice to toll the Speedy Trial Act until the start of trial. The parties thus request a tolling of the Speedy Trial Act,

pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i) and (iv) from August 4, 2022, through the scheduled trial date.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:

    /s/

Karen Rochlin
DC Bar No. 394447
(786) 972-9045
Barry K. Disney
Kansas Bar No. 13284
(202) 305-4367
Capitol Siege Section Detailees
601 D Street, N.W.
Washington, D.C. 20530
karen.rochlin@usdoj.gov
Barry.Disney@usdoj.gov