**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES OF AMERICA        .
                 Plaintiff,     .
vs.                             .  Docket No. CR 21-123-PLF
                                .
VITALI GOSSJANKOWSKI             .  Washington, D.C.
                                .  Thursday, July 21, 2022
                 Defendant.     .
. . . . . . . . . . . . . . . . .x 2:07 p.m.
```

TRANSCRIPT OF STATUS CONFERENCE

BEFORE THE HONORABLE SENIOR JUDGE PAUL L. FRIEDMAN

UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   **Barry K. Disney, AUSA**
                      DEPARTMENT OF JUSTICE - CRM
                      1331 F Street, NW
                      Washington, DC 20005
                      (202) 305-4367
                      Email: barry.disney@usdoj.gov


For the Defendant:    **Ubong E. Akpan**
                      **Celia Goetzl**
                      FEDERAL PUBLIC DEFENDER
                      FOR THE DISTRICT OF COLUMBIA
                      625 Indiana Avenue, NW
                      Suite 550
                      Washington, DC 20004
                      (202) 208-7500
                      Email: ubong_Akpan@fd.org
                      Email: celia_goetzl@fd.org

Court Reporter:    Cathryn J. Jones, RPR
                   Official Court Reporter
                   Room 6521, U.S. District Court
                   333 Constitution Avenue, N.W.
                   Washington, D.C. 20001


Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2             THE DEPUTY CLERK:  Judge, this is Criminal Action
 3   21-123, United States versus Vitali Gossjankowski.  For the
 4   United States, I have Barry Disney.  Defendant, I have Ubong
 5   Akpan and Celia Goetzl.  Our court reporter today is Cathryn
 6   Jones, and our American Sign Language interpreter is
 7   Mr. Joseph McCleary.
 8             [Thereupon, ASL Interpreter sworn.]
 9             THE INTERPRETER:  I do.
10             THE DEPUTY CLERK:  Thank you, sir.
11             THE COURT:  All right.  We're here for a status
12   conference.  And the last time we were here there was
13   representation that counsel was talking about a possible
14   plea.  I think I'm right about this, and that you were still
15   in discussions.  Is that right?  You can tell me where
16   things stand at the moment.
17             MR. DISNEY:  Your Honor --
18             THE COURT:  I'm having trouble hearing you,
19   Mr. Disney.
20             MR. DISNEY:  Your Honor, can you hear me now?
21             THE COURT:  Yes.  Thank you.
22             MR. DISNEY:  Your Honor, the government gave the
23   defense our best plea offer and gave them until today to
24   accept it.  They did not accept it.  We're ready to set this
25   matter for trial.
```

1           THE COURT:  Ms. Akpan.

2           MS. GOETZL:  Good afternoon, Your Honor, Celia

3   Goetzl.  On behalf of Mr. Gossjankowski, I just would like

4   to make the record very clear in this case that

5   Mr. Gossjankowski has been willing and is willing to accept

6   responsibility for his actions on January 6th.

7           The government has extended him one and only one

8   offer to plead guilty to assault using a dangerous weapon

9   which is 111 -- 18 USC 111(b) with a guideline range of 47

10  to 57 months.  Let me just make sure I have that -- sorry,

11  46 to 57 months.  Mr. Gossjankowski since the very beginning

12  of this case has disputed the assault charge, and so he is

13  not willing to plead guilty to the assault because he has

14  disputed that charge since day one.

15          So because that is the government's only offer and

16  they are not willing to extend an offer to any other count

17  of conviction charge or negotiate really at all we do ask

18  that the Court set a trial date.

19          THE COURT:  So Count One is civil disorder, Count

20  Two is destruction of an official proceeding, Count Three is

21  assaulting.  Is that the one that we're talking about Count

22  Three?

23          MS. GOETZL:  Yes, we're talking about Count Three.

24          THE COURT:  Is that right, Mr. Disney, that's the

25  only offer on the table?

```
 1                MR. DISNEY:  That is correct, your Honor.
 2                THE COURT:  And Counts One and Two are also
 3    felonies, is that correct, Ms. Goetzl?
 4                MS. GOETZL:  Count Two is a felony.
 5                THE COURT:  Maybe civil disorder 231(a)(3).
 6                MS. GOETZL:  And Count Five is also a felony.  I'm
 7    not sure about civil disorder.
 8                MR. DISNEY:  I believe that is also a felony, yes.
 9                THE COURT:  I'm sorry, Mr. Disney, I didn't hear
10    you?
11                MR. DISNEY:  That is a felony as well.
12                THE COURT:  So Counts One, Two, Three and Five are
13    all felonies, is that right?
14                MR. DISNEY:  Yes.  I don't have the complaint in
15    front of me, but going off of the computer, yes.
16                THE COURT:  1752(a)(5) is Count Five depends.  Oh,
17    I see.
18                MS. GOETZL:  Count Four may also be a felony
19    because it's, it's the --
20                THE COURT:  If it's alleged which the --
21                MS. GOETZL:  That's Section B.  They've alleged --
22                THE COURT:  Carrying a dangerous weapon makes it a
23    felony.  And then, and the same with Count Five, Ms. Goetzl
24    and I are experts on 1752.  And by adding a weapons charge
25    it's, it makes them a felony.  So we basically have a six
```

1    count indictment and five of them are felonies.
2             So I take it from what you said, Ms. Goetzl, that
3    the problem that Mr. Gossjankowski has is it not the fact
4    that the offer is to a felony or even to the guideline
5    range, and as we all know the guidelines are advisory
6    anyway, but rather that he disputes the assault and cannot
7    agree under oath to saying he did something that he doesn't
8    think he did or doesn't believe he did?  I got that about
9    right?
10            MS. GOETZL:  That's correct, Your Honor.  He, they
11   have not given us any other offer to consider, so we have
12   not considered an offer to another felony.
13            THE COURT:  Why don't you schedule a meeting with
14   Mr. Disney's supervisor or higher-ups in the U.S. Attorney's
15   office and talk about a plea to one of these other counts.
16   Seems like a waste a time to try the case just because he
17   refuses to acknowledge because he can't in good conscience
18   that he assaulted someone when apparently he's willing to
19   acknowledge that he had a dangerous weapon in his
20   possession.  He pled to one of the other felony counts.
21            I don't want to put words in your mouth,
22   Ms. Goetzl or in your client's mouth it, but it seems to me
23   that it's kind of a waste of jury time, my time, everybody's
24   time to go trial when the guidelines are advisory anyway,
25   and the point of dispute is something that he can never

1    agree to.  So why don't you go talk to Mr. Disney some more
2    and some other people and at the Justice Department or the
3    U.S. Attorney's office and come back with a different plea
4    offer, a plea and we'll be fine.
5              MS. GOETZL:  Your Honor, we would like to do that.
6    We've been told by Mr. Disney and his co-counsel in this
7    case that they have spoken with their supervisors and that
8    --
9              THE COURT:  Well, you should go speak to them.
10   Set up a meeting with whoever their supervisors are.  I'm
11   not going to set a trial date when we can get a plea to
12   something that's just as good.  He's willing to plead to a
13   felony.  I don't know what more the government's wants.  A
14   felony is a felony.  I don't know what the guidelines are,
15   but they're probably ones that involve possession of a
16   weapon or probably pretty high.
17             And you know no felony with one exception, right,
18   nobody has gone to trial or pled with I think one exception
19   has gotten as much as 57 months, so it's not going to
20   happen.  So I don't know why the government is being so
21   obstinate.  Let's get a plea to a felony but not this one.
22   That's my view.  I don't want to spend two weeks in trial
23   picking a jury and trying a case and sentence him to
24   something that's probably going to be under the guidelines
25   anyway.  And because he can't agree under oath which he has

1  to do at a plea hearing to something he says he didn't do.
2  And I assume you've seen all the discovery and he's seen all
3  the discovery, Ms. Goetzl?
4         MS. GOETZL:  Yes.
5         THE COURT:  Now maybe the government can prove it,
6  and that's what a trial is for.  I get that, but seems like
7  a waste of time.  So that's my suggestion.  You all go ahead
8  have more discussions with each other, with higher-ups, with
9  supervisors, go to the United States attorney if you have
10 to.  Everybody's busy.
11        I don't know how many trials Mr. Disney has set in
12 these cases.  I bet Ms. Akpan has a few.  I've got a few.
13        MS. AKPAN:  I do, Your Honor.
14        THE COURT:  I got a few trials and I'm a senior
15 judge and I don't want to spend all my time trying cases.
16 I'm supposed to be taking it easy.  I've got trials now
17 until Christmas, and I got another January 6th case in the
18 spring.
19        So I don't see why we have to try this one, see if
20 you can get a conviction on Count Three when he's willing to
21 plead to one of the other counts.  You know, I'm not the
22 prosecutor, I'm the judge.  And that's their final decision,
23 it will be their final decision, but I think you should go
24 up to the chain and talk to some more people before we set a
25 trial.

1          MS. GOETZL:  Understood, Your Honor.  I will make
2    every effort to engage in negotiations.
3          MR. DISNEY:  Your Honor, I would ask that you
4    direct the defense to send us an email telling us what they
5    will plead to.
6          THE COURT:  Fair enough, Mr. Disney.  And again,
7    I've been doing most of the talking but there are at least
8    two other counts which I believe Counts four and five would
9    say that he used and carry a deadly and dangerous weapon.
10   And as we know even though the indictment is in the conjunct
11   of it's really either or in terms of what he might have to
12   agree to for a plea.  So you know I think that's a fair
13   request from Mr. Disney.
14         What counts, count is he willing to agree to if he
15   doesn't believe -- the difference between statutes are
16   different, but the statute in Count Three says he has to
17   admit to using, whereas the statutes in Count Four and Five
18   as I understand it, correct me if I'm wrong, would require
19   him to agree that he either used or carried a deadly or
20   dangerous weapon.
21         So if he's willing to plead to one of those two
22   counts perhaps Mr. Disney and his supervisors would agree.
23   I just want you to explore everything.  And the ultimate
24   decision from the United States Attorney's office is Count
25   Three or nothing then I'll try the case.

1         MR. DISNEY:  Understood, Your Honor.  Thank you.
2         THE COURT:  Do you want to set another date?  You
3  want to --
4         MR. DISNEY:  I would think, yeah, let's set
5  another status date, Your Honor.  We would like to hear, the
6  defense to give us a solid this is exactly what we'll plead
7  to.  We'll take that to our supervisors and then report back
8  to you.
9         THE COURT:  How soon do you think that's feasible,
10 Mr. Disney?
11        MR. DISNEY:  Your Honor, I don't believe that
12 would take very long.  If you want to set this for two
13 weeks.  Can we do it -- I said I know everyone is busy.
14        THE COURT:  Pardon?
15        MR. DISNEY:  I said I know everyone if busy.
16        THE COURT:  I know everyone is busy, but I think
17 we should get a final decision.  I didn't mean to come down
18 as hard as I did.
19        MR. DISNEY:  No, understood.
20        THE COURT:  At least I didn't mean my tone to be
21 as harsh as it is.  Ms. Goetzl knows I never yell at
22 anybody.  So can we do the first, second, or third of
23 August?
24        MS. AKPAN:  Your Honor, I'll be in a trial that
25 week, so if we can get a little bit more time.

1          THE COURT:  I'm afraid I can't do then until after
2   Labor Day, and I think we should get this resolved before
3   then.
4          MS. AKPAN:  Well, then I'm sure Ms. Goetzl will,
5   I'll defer to her schedule.
6          THE COURT:  You may not be ready to do it next
7   week, but --
8          MR. DISNEY:  Your Honor, would you consider a
9   status report being filed instead of --
10         THE COURT:  Sure.  You want to, Ms. Akpan can
11  participate in a status report.  That's a very good
12  suggestion, Mr. Disney.  You all want to submit a joint
13  status report.
14         We'll set a date in a minute that says we have
15  reached an agreement or we reached a tentative agreement or
16  agreement in principle and please set a plea hearing for the
17  end of August or right after Labor Day, or no agreement and
18  maybe then you could suggest when both Mr. Disney and Ms.
19  Akpan, Ms. Goetzl would be available for a jury trial or
20  nonjury trial, I assume it's a jury trial.  And about how
21  long you think it would take and then we can work backwards
22  on motions hearings and stuff like that.
23         I think that's a good idea, Mr. Disney.  So at the
24  end of next week or the beginning of, first couple of days
25  in August for a joint status report?

1        MR. DISNEY:  We just say August -- well, I'll let
2   the defense suggest August 3rd to have that filed.
3        THE COURT:  Why don't we say August 2nd.
4        MS. GOETZL:  Sure.  I just want to make sure I
5   have enough time to arrange for a meeting with
6   Mr. Gossjankowski and our interpreter, so the 2nd or the 3rd
7   would be fine with us.
8        THE COURT:  You need to talk, you need to talk
9   with your client so he knows what's going on.  I'm
10  unavailable at the beginning of August.  All right.  Let's
11  say by noon on August 3rd, or earlier if possible there will
12  be a joint status report.
13       MR. DISNEY:  Thank you.
14       THE COURT:  And it will be fish or cut bait.
15  Either there's an agreement or agreement in principle to a
16  plea to a particular count or discussions have ended and
17  we'll, you'll give me your suggestions for trial date based
18  on everybody's schedule.
19       MR. DISNEY:  Thank you, Your Honor.
20       THE COURT:  All right.  I didn't mean to yell at
21  anybody.
22       MR. DISNEY:  Part of the job.
23       THE COURT:  Not always.  So Mr. Gossjankowski, do
24  you understand you have a right to a speedy trial?
25       THE DEFENDANT:  Yes, I do.

1         THE COURT:  And are you willing to waive that
2    right through August 4?  Let me ask it this way -- let's
3    start through August 4?
4         THE DEFENDANT:  Yes, that's fine.  Yes, Your
5    Honor.
6         THE COURT:  Should we also ask, Ms. Akpan and
7    Ms. Goetzl, shall I also ask your client if he waives it
8    through the date of the plea or trial?  Or would you prefer
9    to have further discussions with him and include some
10   representation in the joint status report?
11        MS. GOETZL:  We can do that, Your Honor.  We can
12   have discussions with him and include it in the status
13   report.
14        THE COURT:  Okay.  Because if we're not going to
15   meet again in person we need some representation about the
16   speedy trial.  And I assume if there's an agreement in
17   principle and an upcoming plea date that would be easy and
18   if not, we're going to go to trial.  You give me some dates
19   we'll have one or more interim status conference in either
20   hearings, I'm sure.
21        Okay.  So in the interest of justice for the
22   reasons we've been discussing I find in the interest of the
23   justice to toll the running of the speedy trial through
24   August 4th.
25        All right.  Is there anything else anybody wants

1  to raise today?
2           MR. DISNEY:  No, Your Honor.
3           MS. GOETZL:  Not on behalf of Mr. Gossjankowski,
4  thank you.
5           THE COURT:  Thank you all.
6           MR. DISNEY:  Thank you, Judge.

**CERTIFICATE**

**I, Cathryn J. Jones, an Official Court Reporter**, for the United States District Court of the District of Columbia, do hereby certify that the foregoing 14 pages is a true and correct transcript of the remotely reported proceedings in the above-entitled matter.

Please note: This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

In witness whereof, I have hereto subscribed my name, this the 1st day of August, 2022.

/s/_Cathryn J. Jones
Cathryn J. Jones, RPR
Official Court Reporter

| | | |
|---|---|---|
| **MR. DISNEY: [20]** | **above [1]** 15/6 | 10/24 11/6 11/19 12/7 12/12 12/14 13/17 |
| **MS. AKPAN: [3]** 8/12 10/23 11/3 | **above-entitled [1]** 15/6 | **because [7]** 4/13 4/15 5/19 6/16 6/17 7/25 13/14 |
| **MS. GOETZL: [13]** 4/1 4/22 5/3 5/5 5/17 5/20 6/9 7/4 8/3 8/25 12/3 13/10 14/2 | **accept [3]** 3/24 3/24 4/5 | **been [4]** 4/5 7/6 9/7 13/22 |
| | **acknowledge [2]** 6/17 6/19 | **before [3]** 1/9 8/24 11/2 |
| **THE COURT: [35]** | **Action [1]** 3/2 | **beginning [3]** 4/11 11/24 12/10 |
| **THE DEFENDANT: [2]** 12/24 13/3 | **actions [1]** 4/6 | **behalf [2]** 4/3 14/3 |
| **THE DEPUTY CLERK: [2]** 3/1 3/9 | **adding [1]** 5/24 | **being [2]** 7/20 11/9 |
| **THE INTERPRETER: [1]** 3/8 | **admit [1]** 9/17 | **believe [5]** 5/8 6/8 9/8 9/15 10/11 |
| | **advisory [2]** 6/5 6/24 | **best [1]** 3/23 |
| **.** | **afraid [1]** 11/1 | **bet [1]** 8/12 |
| **.x [1]** 1/6 | **after [2]** 11/1 11/17 | **between [1]** 9/15 |
| | **afternoon [1]** 4/2 | **bit [1]** 10/25 |
| **/** | **again [2]** 9/6 13/15 | **both [1]** 11/18 |
| **/s [1]** 15/13 | **agree [7]** 6/7 7/1 7/25 9/12 9/14 9/19 9/22 | **busy [4]** 8/10 10/13 10/15 10/16 |
| | **agreement [7]** 11/15 11/15 11/16 11/17 12/15 12/15 13/16 | |
| **1** | **ahead [1]** 8/7 | **C** |
| **111 [2]** 4/9 4/9 | **aided [1]** 2/7 | **can [13]** 3/15 3/20 6/25 7/11 8/5 8/20 10/13 10/22 10/25 11/10 11/21 13/11 13/11 |
| **123 [1]** 3/3 | **Akpan [8]** 1/16 1/20 3/5 4/1 8/12 11/10 11/19 13/6 | **can't [3]** 6/17 7/25 11/1 |
| **1331 [1]** 1/13 | **all [13]** 3/11 4/17 5/13 6/5 8/2 8/2 8/7 8/15 11/12 12/10 12/20 13/25 14/5 | **cannot [1]** 6/6 |
| **14 [1]** 15/4 | **alleged [2]** 5/20 5/21 | **carried [1]** 9/19 |
| **1752 [2]** 5/16 5/24 | **also [6]** 5/2 5/6 5/8 5/18 13/6 13/7 | **carry [1]** 9/9 |
| **18 [1]** 4/9 | **always [1]** 12/23 | **Carrying [1]** 5/22 |
| **19 [1]** 15/8 | **AMERICA [1]** 1/3 | **case [7]** 4/4 4/12 6/16 7/7 7/23 8/17 9/25 |
| **1st [1]** 15/11 | **American [1]** 3/6 | **cases [2]** 8/12 8/15 |
| **2** | **another [4]** 6/12 8/17 10/2 10/5 | **Cathryn [5]** 2/1 3/5 15/2 15/13 15/14 |
| **20001 [1]** 2/3 | **any [2]** 4/16 6/11 | **celia [4]** 1/16 1/20 3/5 4/2 |
| **20004 [1]** 1/19 | **anybody [3]** 10/22 12/21 13/25 | **CERTIFICATE [1]** 15/1 |
| **20005 [1]** 1/13 | **anything [1]** 13/25 | **certify [1]** 15/4 |
| **202 [2]** 1/14 1/19 | **anyway [3]** 6/6 6/24 7/25 | **chain [1]** 8/24 |
| **2022 [2]** 1/5 15/11 | **apparently [1]** 6/18 | **charge [4]** 4/12 4/14 4/17 5/24 |
| **208-7500 [1]** 1/19 | **APPEARANCES [1]** 1/11 | **Christmas [1]** 8/17 |
| **21 [1]** 1/5 | **are [12]** 4/16 5/2 5/12 5/24 6/1 6/5 6/24 7/10 7/14 9/7 9/15 13/1 | **civil [3]** 4/19 5/5 5/7 |
| **21-123 [1]** 3/3 | **arrange [1]** 12/5 | **clear [1]** 4/4 |
| **21-123-PLF [1]** 1/4 | **as [11]** 5/11 6/5 7/12 7/19 7/19 9/10 9/18 10/18 10/18 10/21 10/21 | **client [2]** 12/9 13/7 |
| **231 [1]** 5/5 | **ask [5]** 4/17 9/3 13/2 13/6 13/7 | **client's [1]** 6/22 |
| **2:07 [1]** 1/6 | **ASL [1]** 3/8 | **co [1]** 7/6 |
| **2nd [2]** 12/3 12/6 | **assault [4]** 4/8 4/12 4/13 6/6 | **co-counsel [1]** 7/6 |
| **3** | **assaulted [1]** 6/18 | **COLUMBIA [3]** 1/2 1/17 15/4 |
| **305-4367 [1]** 1/14 | **assaulting [1]** 4/21 | **come [2]** 7/3 10/17 |
| **333 [1]** 2/2 | **assume [3]** 8/2 11/20 13/16 | **complaint [1]** 5/14 |
| **3rd [3]** 12/2 12/6 12/11 | **attorney [1]** 8/9 | **computer [2]** 2/7 5/15 |
| **4** | **Attorney's [3]** 6/14 7/3 9/24 | **computer-aided [1]** 2/7 |
| **4367 [1]** 1/14 | **August [12]** 10/23 11/17 11/25 12/1 12/2 12/3 12/10 12/11 13/2 13/3 13/24 15/11 | **conference [3]** 1/8 3/12 13/19 |
| **46 [1]** 4/11 | | **conjunct [1]** 9/10 |
| **47 [1]** 4/9 | **August 3rd [1]** 12/11 | **conscience [1]** 6/17 |
| **4th [1]** 13/24 | **August 4 [2]** 13/2 13/3 | **consider [2]** 6/11 11/8 |
| **5** | **August 4th [1]** 13/24 | **considered [1]** 6/12 |
| **550 [1]** 1/18 | **AUSA [1]** 1/12 | **Constitution [1]** 2/2 |
| **57 [3]** 4/10 4/11 7/19 | **available [1]** 11/19 | **conviction [2]** 4/17 8/20 |
| **6** | **Avenue [2]** 1/18 2/2 | **correct [5]** 5/1 5/3 6/10 9/18 15/5 |
| **625 [1]** 1/18 | **B** | **could [1]** 11/18 |
| **6521 [1]** 2/2 | **back [2]** 7/3 10/7 | **counsel [2]** 3/13 7/6 |
| **6th [2]** 4/6 8/17 | **backwards [1]** 11/21 | **count [18]** |
| **7** | **bait [1]** 12/14 | **counts [9]** 5/2 5/12 6/15 6/20 8/21 9/8 9/8 9/14 9/22 |
| **7500 [1]** 1/19 | **Barry [2]** 1/12 3/4 | **couple [1]** 11/24 |
| **A** | **barry.disney [1]** 1/14 | **court [10]** 1/1 2/1 2/1 2/3 3/5 4/18 15/2 15/3 15/9 15/14 |
| **about [9]** 3/13 3/14 4/21 4/23 5/7 6/8 6/15 11/20 13/15 | **based [1]** 12/17 | **COVID [1]** 15/8 |
| | **basically [1]** 5/25 | **COVID-19 [1]** 15/8 |
| | **be [13]** 5/18 7/4 7/24 8/16 8/23 10/20 | **CR [1]** 1/4 |
| | | **Criminal [1]** 3/2 |

**C**
CRM [1] 1/12
cut [1] 12/14

**D**
D.C [2] 1/5 2/3
dangerous [5] 4/8 5/22 6/19 9/9 9/20
date [8] 4/18 7/11 10/2 10/5 11/14 12/17 13/8 13/17
dates [1] 13/18
day [4] 4/14 11/2 11/17 15/11
days [1] 11/24
DC [2] 1/13 1/19
deadly [2] 9/9 9/19
decision [4] 8/22 8/23 9/24 10/17
Defendant [3] 1/6 1/16 3/4
DEFENDER [1] 1/17
defense [4] 3/23 9/4 10/6 12/2
defer [1] 11/5
DEPARTMENT [2] 1/12 7/2
depends [1] 5/16
destruction [1] 4/20
did [5] 3/24 6/7 6/8 6/8 10/18
didn't [5] 5/9 8/1 10/17 10/20 12/20
difference [1] 9/15
different [2] 7/3 9/16
direct [1] 9/4
discovery [2] 8/2 8/3
discussing [1] 13/22
discussions [5] 3/15 8/8 12/16 13/9 13/12
Disney [15] 1/12 3/4 3/19 4/24 5/9 7/1 7/6 8/11 9/6 9/13 9/22 10/10 11/12 11/18 11/23
Disney's [1] 6/14
disorder [3] 4/19 5/5 5/7
dispute [1] 6/25
disputed [2] 4/12 4/14
disputes [1] 6/6
DISTRICT [7] 1/1 1/2 1/10 1/17 2/2 15/3 15/3
do [16]
Docket [1] 1/4
doesn't [3] 6/7 6/8 9/15
doing [1] 9/7
don't [13] 5/14 6/13 6/21 7/1 7/13 7/14 7/20 7/22 8/11 8/15 8/19 10/11 12/3
down [1] 10/17
during [1] 15/7

**E**
each [1] 8/8
earlier [1] 12/11
easy [2] 8/16 13/17
effort [1] 9/2
either [4] 9/11 9/19 12/15 13/19
else [1] 13/25
email [4] 1/14 1/20 1/20 9/4
end [2] 11/17 11/24
ended [1] 12/16
engage [1] 9/2
enough [2] 9/6 12/5
entitled [1] 15/6
even [2] 6/4 9/10
every [1] 9/2
everybody's [3] 6/23 8/10 12/18
everyone [3] 10/13 10/15 10/16

everything [1] 9/23
exactly [1] 10/6
exception [2] 7/17 7/18
experts [1] 5/24
explore [1] 9/23
extend [1] 4/16
extended [1] 4/7

**F**
fact [1] 6/3
fair [2] 9/6 9/12
fd.org [2] 1/20 1/20
feasible [1] 10/9
FEDERAL [1] 1/17
felonies [3] 5/3 5/13 6/1
felony [15] 5/4 5/6 5/8 5/11 5/18 5/23 5/25 6/4 6/12 6/20 7/13 7/14 7/14 7/17 7/21
few [3] 8/12 8/12 8/14
filed [2] 11/9 12/2
final [3] 8/22 8/23 10/17
find [1] 13/22
fine [3] 7/4 12/7 13/4
first [2] 10/22 11/24
fish [1] 12/14
five [7] 5/6 5/12 5/16 5/23 6/1 9/8 9/17
foregoing [1] 15/4
four [3] 5/18 9/8 9/17
FRIEDMAN [1] 1/9
front [1] 5/15
further [1] 13/9

**G**
gave [2] 3/22 3/23
get [7] 7/11 7/21 8/6 8/20 10/17 10/25 11/2
give [3] 10/6 12/17 13/18
given [1] 6/11
go [7] 6/24 7/1 7/9 8/7 8/9 8/23 13/18
goetzl [13] 1/16 1/20 3/5 4/3 5/3 5/23 6/2 6/22 8/3 10/21 11/4 11/19 13/7
going [7] 5/15 7/11 7/19 7/24 12/9 13/14 13/18
gone [1] 7/18
good [5] 4/2 6/17 7/12 11/11 11/23
GOSSJANKOWSKI [9] 1/5 3/3 4/3 4/5 4/11 6/3 12/6 12/23 14/3
got [5] 6/8 8/12 8/14 8/16 8/17
gotten [1] 7/19
government [5] 1/12 3/22 4/7 7/20 8/5
government's [2] 4/15 7/13
guideline [2] 4/9 6/4
guidelines [4] 6/5 6/24 7/14 7/24
guilty [2] 4/8 4/13

**H**
had [1] 6/19
happen [1] 7/20
hard [1] 10/18
harsh [1] 10/21
has [11] 4/5 4/7 4/12 4/13 6/3 7/18 7/19 7/25 8/11 8/12 9/16
have [21]
having [1] 3/18
he [26]
he's [5] 6/18 7/12 8/2 8/20 9/21
hear [3] 3/20 5/9 10/5

hearing [4] 3/18 8/1 11/16 15/7
hearings [2] 11/22 13/20
her [1] 11/5
here [2] 3/11 3/12
hereby [1] 15/4
hereto [1] 15/10
high [1] 7/16
higher [2] 6/14 8/8
higher-ups [2] 6/14 8/8
him [5] 4/7 7/23 9/19 13/9 13/12
his [4] 4/6 6/19 7/6 9/22
Honor [19]
HONORABLE [1] 1/9
how [3] 8/11 10/9 11/20

**I**
I'll [4] 9/25 10/24 11/5 12/1
I'm [14] 3/14 3/18 5/6 5/9 7/10 8/14 8/16 8/21 8/22 9/18 11/1 11/4 12/9 13/20
I've [3] 8/12 8/16 9/7
idea [1] 11/23
include [2] 13/9 13/12
Indiana [1] 1/18
indictment [2] 6/1 9/10
instead [1] 11/9
interest [2] 13/21 13/22
interim [1] 13/19
interpreter [3] 3/6 3/8 12/6
involve [1] 7/15
is [37]
it [20]
it's [8] 5/19 5/19 5/20 5/25 6/23 7/19 9/11 11/20

**J**
January [2] 4/6 8/17
January 6th [2] 4/6 8/17
job [1] 12/22
joint [4] 11/12 11/25 12/12 13/10
Jones [5] 2/1 3/6 15/2 15/13 15/14
Joseph [1] 3/7
judge [6] 1/9 1/10 3/2 8/15 8/22 14/6
July [1] 1/5
jury [4] 6/23 7/23 11/19 11/20
just [7] 4/3 4/10 6/16 7/12 9/23 12/1 12/4
justice [4] 1/12 7/2 13/21 13/23

**K**
kind [1] 6/23
know [12] 6/5 7/13 7/14 7/17 7/20 8/11 8/21 9/10 9/12 10/13 10/15 10/16
knows [2] 10/21 12/9

**L**
Labor [2] 11/2 11/17
Language [1] 3/6
last [1] 3/12
least [2] 9/7 10/20
let [3] 4/10 12/1 13/2
let's [4] 7/21 10/4 12/10 13/2
like [6] 4/3 6/16 7/5 8/6 10/5 11/22
limitations [1] 15/9
little [1] 10/25
long [2] 10/12 11/21

| | | |
|---|---|---|
| **M** | **our [5]**  3/5 3/6 3/23 10/7 12/6 | **S** |
| **make [4]**  4/4 4/10 9/1 12/4 | | **said [3]**  6/2 10/13 10/15 |
| **makes [2]**  5/22 5/25 | **P** | **same [1]**  5/23 |
| **many [1]**  8/11 | **p.m [1]**  1/6 | **say [4]**  9/9 12/1 12/3 12/11 |
| **matter [2]**  3/25 15/6 | **pages [1]**  15/4 | **saying [1]**  6/7 |
| **may [2]**  5/18 11/6 | **pandemic [1]**  15/8 | **says [3]**  8/1 9/16 11/14 |
| **maybe [3]**  5/5 8/5 11/18 | **Pardon [1]**  10/14 | **schedule [3]**  6/13 11/5 12/18 |
| **McCleary [1]**  3/7 | **Part [1]**  12/22 | **second [1]**  10/22 |
| **me [9]**  3/15 3/20 4/10 5/15 6/22 9/18 12/17 13/2 13/18 | **participate [1]**  11/11 | **Section [1]**  5/21 |
| **mean [3]**  10/17 10/20 12/20 | **particular [1]**  12/16 | **see [3]**  5/17 8/19 8/19 |
| **meet [1]**  13/15 | **PAUL [1]**  1/9 | **seems [3]**  6/16 6/22 8/6 |
| **meeting [3]**  6/13 7/10 12/5 | **people [2]**  7/2 8/24 | **seen [2]**  8/2 8/2 |
| **might [1]**  9/11 | **perhaps [1]**  9/22 | **send [1]**  9/4 |
| **minute [1]**  11/14 | **person [1]**  13/15 | **senior [2]**  1/9 8/14 |
| **moment [1]**  3/16 | **picking [1]**  7/23 | **sentence [1]**  7/23 |
| **months [3]**  4/10 4/11 7/19 | **Plaintiff [1]**  1/3 | **set [11]**  3/24 4/18 7/10 7/11 8/11 8/24 10/2 10/4 10/12 11/14 11/16 |
| **more [6]**  7/1 7/13 8/8 8/24 10/25 13/19 | **plea [13]**  3/14 3/23 6/15 7/3 7/4 7/11 7/21 8/1 9/12 11/16 12/16 13/8 13/17 | **shall [1]**  13/7 |
| **most [1]**  9/7 | **plead [7]**  4/8 4/13 7/12 8/21 9/5 9/21 10/6 | **shorthand [1]**  2/7 |
| **motions [1]**  11/22 | **please [2]**  11/16 15/7 | **should [5]**  7/9 8/23 10/17 11/2 13/6 |
| **mouth [2]**  6/21 6/22 | **pled [2]**  6/20 7/18 | **Sign [1]**  3/6 |
| **Mr [17]** | **PLF [1]**  1/4 | **since [2]**  4/11 4/14 |
| **Mr. [5]**  3/7 3/19 4/5 11/18 12/6 | **point [1]**  6/25 | **sir [1]**  3/10 |
| **Mr. Disney [2]**  3/19 11/18 | **possession [2]**  6/20 7/15 | **six [1]**  5/25 |
| **Mr. Gossjankowski [2]**  4/5 12/6 | **possible [2]**  3/13 12/11 | **so [22]** |
| **Mr. Joseph [1]**  3/7 | **prefer [1]**  13/8 | **solid [1]**  10/6 |
| **Ms [12]**  4/1 5/3 5/23 6/2 8/3 8/12 10/21 11/4 11/10 11/18 11/19 13/6 | **pretty [1]**  7/16 | **some [6]**  7/1 7/2 8/24 13/9 13/15 13/18 |
| **Ms. [2]**  6/22 13/7 | **principle [3]**  11/16 12/15 13/17 | **someone [1]**  6/18 |
| **Ms. Goetzl [2]**  6/22 13/7 | **probably [3]**  7/15 7/16 7/24 | **something [5]**  6/7 6/25 7/12 7/24 8/1 |
| **much [1]**  7/19 | **problem [1]**  6/3 | **soon [1]**  10/9 |
| **my [6]**  6/23 7/22 8/7 8/15 10/20 15/10 | **proceeding [1]**  4/20 | **sorry [2]**  4/10 5/9 |
| | **proceedings [2]**  2/7 15/6 | **speak [1]**  7/9 |
| **N** | **produced [1]**  2/7 | **speedy [3]**  12/24 13/16 13/23 |
| **N.W [1]**  2/2 | **prosecutor [1]**  8/22 | **spend [2]**  7/22 8/15 |
| **name [1]**  15/11 | **prove [1]**  8/5 | **spoken [1]**  7/7 |
| **need [3]**  12/8 12/8 13/15 | **PUBLIC [1]**  1/17 | **spring [1]**  8/18 |
| **negotiate [1]**  4/17 | **put [1]**  6/21 | **stand [1]**  3/16 |
| **negotiations [1]**  9/2 | | **start [1]**  13/3 |
| **never [2]**  6/25 10/21 | **R** | **STATES [8]**  1/1 1/3 1/10 3/3 3/4 8/9 9/24 15/3 |
| **next [2]**  11/6 11/24 | **raise [1]**  14/1 | **status [11]**  1/8 3/11 10/5 11/9 11/11 11/13 11/25 12/12 13/10 13/12 13/19 |
| **no [5]**  1/4 7/17 10/19 11/17 14/2 | **range [2]**  4/9 6/5 | **statute [1]**  9/16 |
| **nobody [1]**  7/18 | **rather [1]**  6/6 | **statutes [2]**  9/15 9/17 |
| **nonjury [1]**  11/20 | **reached [2]**  11/15 11/15 | **still [1]**  3/14 |
| **noon [1]**  12/11 | **ready [2]**  3/24 11/6 | **Street [1]**  1/13 |
| **not [16]** | **really [2]**  4/17 9/11 | **stuff [1]**  11/22 |
| **note [1]**  15/7 | **reasons [1]**  13/22 | **subject [1]**  15/8 |
| **nothing [1]**  9/25 | **record [1]**  4/4 | **submit [1]**  11/12 |
| **now [3]**  3/20 8/5 8/16 | **recorded [1]**  2/7 | **subscribed [1]**  15/10 |
| **NW [2]**  1/13 1/18 | **refuses [1]**  6/17 | **suggest [2]**  11/18 12/2 |
| | **remotely [2]**  15/5 15/9 | **suggestion [2]**  8/7 11/12 |
| **O** | **report [8]**  10/7 11/9 11/11 11/13 11/25 12/12 13/10 13/13 | **suggestions [1]**  12/17 |
| **oath [2]**  6/7 7/25 | **reported [1]**  15/5 | **Suite [1]**  1/18 |
| **obstinate [1]**  7/21 | **reporter [5]**  2/1 2/1 3/5 15/2 15/14 | **supervisor [1]**  6/14 |
| **occurred [1]**  15/7 | **reporting [1]**  15/9 | **supervisors [5]**  7/7 7/10 8/9 9/22 10/7 |
| **off [1]**  5/15 | **representation [3]**  3/13 13/10 13/15 | **supposed [1]**  8/16 |
| **offer [9]**  3/23 4/8 4/15 4/16 4/25 6/4 6/11 6/12 7/4 | **request [1]**  9/13 | **sure [7]**  4/10 5/7 11/4 11/10 12/4 12/4 13/20 |
| **office [3]**  6/15 7/3 9/24 | **require [1]**  9/18 | **sworn [1]**  3/8 |
| **official [4]**  2/1 4/20 15/2 15/14 | **resolved [1]**  11/2 | |
| **Oh [1]**  5/16 | **responsibility [1]**  4/6 | **T** |
| **Okay [2]**  13/14 13/21 | **right [13]**  3/11 3/14 3/15 4/24 5/13 6/9 7/17 11/17 12/10 12/20 12/24 13/2 13/25 | **table [1]**  4/25 |
| **one [16]** | **Room [1]**  2/2 | **take [4]**  6/2 10/7 10/12 11/21 |
| **ones [1]**  7/15 | **RPR [2]**  2/1 15/14 | **taking [1]**  8/16 |
| **only [3]**  4/7 4/15 4/25 | **running [1]**  13/23 | **talk [5]**  6/15 7/1 8/24 12/8 12/8 |
| **other [8]**  4/16 6/11 6/15 6/20 7/2 8/8 8/21 9/8 | | |

**T**

**talking [4]** 3/13 4/21 4/23 9/7
**technological [1]** 15/9
**tell [1]** 3/15
**telling [1]** 9/4
**tentative [1]** 11/15
**terms [1]** 9/11
**thank [8]** 3/10 3/21 10/1 12/13 12/19 14/4 14/5 14/6
**that [44]**
**that's [14]** 4/24 5/21 6/10 7/12 7/22 7/24 8/6 8/7 8/22 9/12 10/9 11/11 11/23 13/4
**their [4]** 7/7 7/10 8/22 8/23
**them [4]** 3/23 5/25 6/1 7/9
**then [8]** 5/23 9/25 10/7 11/1 11/3 11/4 11/18 11/21
**there [4]** 3/12 9/7 12/11 13/25
**there's [2]** 12/15 13/16
**therefore [1]** 15/8
**Thereupon [1]** 3/8
**these [2]** 6/15 8/12
**they [5]** 3/24 4/16 6/10 7/7 9/4
**they're [1]** 7/15
**They've [1]** 5/21
**things [1]** 3/16
**think [11]** 3/14 6/8 7/18 8/23 9/12 10/4 10/9 10/16 11/2 11/21 11/23
**third [1]** 10/22
**this [14]** 3/2 3/14 3/24 4/4 4/12 7/6 7/21 8/19 10/6 10/12 11/2 13/2 15/7 15/11
**those [1]** 9/21
**though [1]** 9/10
**Three [7]** 4/20 4/22 4/23 5/12 8/20 9/16 9/25
**through [4]** 13/2 13/3 13/8 13/23
**Thursday [1]** 1/5
**time [9]** 3/12 6/16 6/23 6/23 6/24 8/7 8/15 10/25 12/5
**today [3]** 3/5 3/23 14/1
**told [1]** 7/6
**toll [1]** 13/23
**tone [1]** 10/20
**transcript [3]** 1/8 2/7 15/5
**transcription [1]** 2/7
**trial [18]**
**trials [3]** 8/11 8/14 8/16
**trouble [1]** 3/18
**true [1]** 15/5
**try [3]** 6/16 8/19 9/25
**trying [2]** 7/23 8/15
**two [8]** 4/20 5/2 5/4 5/12 7/22 9/8 9/21 10/12

**U**

**U.S [3]** 2/2 6/14 7/3
**ubong [3]** 1/16 1/20 3/4
**ultimate [1]** 9/23
**unavailable [1]** 12/10
**under [3]** 6/7 7/24 7/25
**understand [2]** 9/18 12/24
**understood [3]** 9/1 10/1 10/19
**UNITED [8]** 1/1 1/3 1/10 3/3 3/4 8/9 9/24 15/3
**until [3]** 3/23 8/17 11/1
**up [2]** 7/10 8/24

**upcoming [1]** 13/17
**ups [2]** 6/14 8/8
**us [5]** 6/11 9/4 9/4 10/6 12/7
**USC [1]** 4/9
**usdoj.gov [1]** 1/14
**used [2]** 9/9 9/19
**using [2]** 4/8 9/17

**V**

**versus [1]** 3/3
**very [4]** 4/4 4/11 10/12 11/11
**view [1]** 7/22
**VITALI [2]** 1/5 3/3

**W**

**waive [1]** 13/1
**waives [1]** 13/7
**want [10]** 6/21 7/22 8/15 9/23 10/2 10/3 10/12 11/10 11/12 12/4
**wants [2]** 7/13 13/25
**was [2]** 3/12 3/13
**Washington [4]** 1/5 1/13 1/19 2/3
**waste [3]** 6/16 6/23 8/7
**way [1]** 13/2
**we [25]**
**we'll [6]** 7/4 10/6 10/7 11/14 12/17 13/19
**we're [6]** 3/11 3/24 4/21 4/23 13/14 13/18
**we've [2]** 7/6 13/22
**weapon [6]** 4/8 5/22 6/19 7/16 9/9 9/20
**weapons [1]** 5/24
**week [3]** 10/25 11/7 11/24
**weeks [2]** 7/22 10/13
**well [4]** 5/11 7/9 11/4 12/1
**were [2]** 3/12 3/14
**what [8]** 6/2 7/13 7/14 8/6 9/4 9/11 9/14 10/6
**what's [1]** 12/9
**when [5]** 6/18 6/24 7/11 8/20 11/18
**where [1]** 3/15
**whereas [1]** 9/17
**whereof [1]** 15/10
**which [4]** 4/9 5/20 7/25 9/8
**whoever [1]** 7/10
**why [5]** 6/13 7/1 7/20 8/19 12/3
**will [6]** 8/23 9/1 9/5 11/4 12/11 12/14
**willing [10]** 4/5 4/5 4/13 4/16 6/18 7/12 8/20 9/14 9/21 13/1
**witness [1]** 15/10
**words [1]** 6/21
**work [1]** 11/21
**would [15]** 4/3 7/5 9/3 9/8 9/18 9/22 10/4 10/5 10/12 11/8 11/19 11/21 12/7 13/8 13/17
**wrong [1]** 9/18

**Y**

**yeah [1]** 10/4
**yell [2]** 10/21 12/20
**yes [9]** 3/21 4/23 5/8 5/14 5/15 8/4 12/25 13/4 13/4
**you [44]**
**you'll [1]** 12/17
**you've [1]** 8/2
**your [24]**