## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| v. | ) | **No.** | **21-cr-123 (PLF)** |
| | ) | | |
| **VITALI GOSSJANKOWSKI,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |
| _____ | ) | | |

### RESPONSE TO GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY

In accordance with the Court's August 5, 2022 Memorandum Opinion and Order, ECF 58, Mr. Vitali Gossjankowski, through counsel, hereby responds to the Government's Motion for Excludable Delay Under the Speedy Trial Act or Alternatively, For a Trial Date Within Speedy Trial Act Deadlines, ECF 57.

Mr. Gossjankowski agrees that qualified, certified legal ASL interpreters are required for trial and are often difficult to obtain on short notice, but that will be the case whenever trial is set. Thus, unclear interpreter availability is not a reason to exclude time. Mr. Gossjankowski disagrees that this case is unusual or complex for STA purposes. The main dispute in this simple assault case arises from the government's perception of approximately five seconds (or less) of pixelated Go-Pro video footage, which it significantly doctored and modified before showing to the grand jury. Mr. Gossjankowski is the sole defendant and all charges arose from events on one single day. This is not a multi-defendant conspiracy case taking place over a term of years.

Accordingly, Mr. Gossjankowski respectfully requests a speedy trial, and that the Court set motions deadlines for the filing and disposition of pretrial motions (which would automatically toll time under § 3161(h)(1)(D) from filing through disposition).  Based on the Court's availability set forth in its August 5 Order, Mr. Gossjankowski requests that the Court schedule trial for January 2023.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

UBONG AKPAN
CELIA GOETZL
Assistant Federal Public Defenders
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500