UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 21-cr-123 (PLF) |
| ) | |
| VITALI GOSSJANKOWSKI, ) | |
| ) | |
| Defendant ) | |
| ) | |

**ORDER**

Upon consideration of the defendant's Motion to Suppress Statements filed herein, and finding good cause shown, it is hereby

**ORDERED** that the motion is GRANTED.

DATE: _____

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE