UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            v.                                         )<br>                                                          )<br>VITALI GOSSJANKOWSKI,         )<br>                                                          )<br>            Defendant                        )<br>_____) | No. 21-cr-123 (PLF) |

**ORDER**

Upon consideration of the defendant's Motion to Dismiss Restricted Area Charges Under 18 U.S.C. § 1752(a) (Counts Four and Five) filed herein, and finding good cause shown, it is hereby ORDERED that the motion is GRANTED. Counts Four and Five of the Superseding Indictment, ECF No. 41, are hereby DISMISSED.

DATE: _____

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE