D STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )   No. 21-cr-123 (PLF) |
| | ) |
| **VITALI GOSSJANKOWSKI,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

**ORDER**

Upon consideration of the defendant's Motion to Dismiss, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

DATE: _____

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE