# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 21-cr-123 (PLF) |
| | ) | |
| **VITALI GOSSJANKOWSKI,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## SUPPLEMENT TO MOTION TO DISMISS OBSTRUCTION CHARGE UNDER 18 U.S.C. § 1512(c)(2) (COUNT TWO)

Vitali GossJankowski, through undersigned counsel, respectfully files this Supplement to the Motion to Dismiss the Obstruction charge, filed at ECF 68, and hereby includes Exhibits 1 and 2, cited in the Motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong Akpan
Celia Goetzl
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

1