UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | No. 21-cr-123 (PLF) |
| ) | |
| VITALI GOSSJANKOWSKI,   ) | |
| ) | |
| Defendant   ) | |
| _____) | |

**ORDER**

Upon consideration of the defendant's Motion for Change of Venue, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

DATE: _____

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE