UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No.   21-cr-123 (PLF) |
| ) | |
| VITALI GOSSJANKOWSKI ) | |
| ) | |
| **Defendant.**  ) | |
| _____) | |

**UNOPPOSED MOTION FOR LEAVE TO LATE FILE SUPPRESSION MOTION**

Mr. Vitali GossJankowski, through counsel, respectfully requests that the Court allow him to file the attached motion to suppress physical evidence after the September 9, 2022 deadline for suppression motions set by the Court in its August 15, 2022 Memorandum Opinion and Order, ECF 63.  This motion raises significant legal issues that required considerable time to address.  Counsel are submitting the motion at the earliest opportunity and sincerely apologize for the delay in filing.  The government does not oppose this request.  Accordingly, Mr. GossJankowski respectfully requests that the Court accept and consider the attached motion.

                                              Respectfully submitted,

                                              A.J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                                                /s/
                                              _____
                                              UBONG AKPAN
                                              CELIA GOETZL
                                              Assistant Federal Public Defenders
                                              625 Indiana Ave. NW, Ste. 550
                                              Washington, D.C. 20004
                                              (202) 208-7500