UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 21-cr-123 (PLF) |
| | ) | |
| **VITALI GOSSJANKOWSKI,** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion for Leave to Late File Suppression Motion filed herein, and finding good cause shown, it is hereby ORDERED that the motion is GRANTED.

DATE: _____

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE