FD-302 (Rev. 5-8-10)

176-WF-3366759-GOSSJANKOWSKI-Serial 3
- 1 of 2 -

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 01/19/2021

    On January 18, 2021, at approximately 1:30 p.m., Agents and Task Force Officers of the FBI Washington Field Office (WFO) Safe Streets Task Force (SSTF) executed an arrest warrant upon VITALI GOSSJANKOWSKI, ▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇, and a search warrant upon GOSSJANKOWSKI's residence ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Washington, D.C.; specifically his room (Room A) within this residence, Room A. These warrants were issued in the United States District Court for the District of Columbia on January 18, 2021. Present for the search warrant were Special Agents Thomas Ryan, James Mulvihill, Benjamin Bullington, Richard Migliara, John Hoyt, David Johnson; Task Force Officers (TFO) Scott Brown, Vincent Witkowski, Ali Ramahdan, and Sign Language interpreters Samantha Jo Schein, Alexandria Pucciarelli Miller, Rebecca Halls Hasbrouck.

    TFO Brown sent a text to GOSSJANKOWSKI asking him to come to the front door of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Washington, D.C. At approximately 1:30 p.m., GOSSJANKOWSKI was arrested at the front foor. Found on GOSSJANKOWSKI's person was his iPhone 11 Pro Max. GOSSJANKOWSKI was wearing a light blue UNDER ARMOUR jacket with a hood (evidence item 1B2).

    Agents then entered ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Washington, D.C. and moved directly to GOSSJANKOWSKI's room. GOSSJANKOWSKI's room was located on the second floor, and to the left of the bathroom. GOSSJANKOWSKI's room was vacant. The following is what was seized from GOSSJANKOWSKI's room with the exception of 1B7:

| 1B# | Item: Description | Locating Officer | Location |
| --- | --- | --- | --- |
| 1B1 | Droid Phone | SA Bullington | Room A, GOSSJANKOWSKI's room; In box on floor |

**UNCLASSIFIED//FOUO**

Investigation on 01/18/2021 at Washington, District Of Columbia, United States (In Person)

File # 176-WF-3366759-GOSSJANKOWSKI      Date drafted 01/18/2021

by Benjamin J. Bullington

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

176-WF-3366759-GOSSJANKOWSKI

Continuation of FD-302 of (U//FOUO) Search Warrant executed upon ▮▮▮▮▮▮▮▮▮▮▮▮, Washington, D.C. , On 01/18/2021 , Page 2 of 2

| 1B2 | Blue Coat | SA Mulvihill | GOSSJANKOWSKI's Person |
| 1B3 | Tablet in black case | SA Migliara | Room A, GOSSJANKOWSKI's room; On floor by bed |
| 1B4 | Silver Apple Laptop Serial FVFZLQDQJ1WK | SA Migliara | Room A, GOSSJANKOWSKI's room; In box on floor |
| 1B5 | Silver Apple Laptop Serial CO2C80V6LVDN | SA Migliara | Room A, GOSSJANKOWSKI's room; In box on floor |
| 1B6 | Black Lenovo laptop | SA Migliara | Room A, GOSSJANKOWSKI's room; In box on floor |
| 1B7 | One (1) pair of black Nike sunglasses | SA Ryan | Kitchen, on counter |
| 1B8 | iPhone 11 Pro Max | SA Mulvihill | On GOSSJANKOWSKI's person |
| 1B9 | Red iPhone XR | SA Bullington | Room A, GOSSJANKOWSKI's room; In box on floor |

All items were seized by SA Bullington at approximately 2:19 p.m. The evidence items were transported to WFO and processed according to FBI policy.

UNCLASSIFIED//FOUO