## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )   No. 21-cr-123 (PLF) |
| | ) |
| **VITALI GOSSJANKOWSKI,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

### ORDER

Upon consideration of the defendant's Unopposed Motion for Leave to Late File Suppression Motion filed herein, and finding good cause shown, it is hereby ORDERED that the motion is GRANTED.

DATE:  September 22, 2022

/s/
_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE