# ADVICE OF RIGHTS

Place: Washington Field, FBI
Date: 1/18/2021
Time: 3:46 pm

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights. ✓ GJ

You have the right to remain silent. ✓ GJ

Anything you say can be used against you in court. ✓ GJ

You have the right to talk to a lawyer for advice before we ask you any questions. ✓ GJ

You have the right to have a lawyer with you during questioning. ✓ GJ

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish. ✓ GJ

If you decide to answer questions now without a lawyer present, you have the right to stop ✓ GJ answering at any time. ✓ GJ

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed: *[signature] Vitali Loss[?]*

Witness: *[signature] James R. Mulhall* FBI, SA
Witness: *[signature] Ryan A. Savoy* MPD D2-1480
Time: 3:47 pm