UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-123 (PLF) |
| v. : | |
| : | |
| VITALI GOSSJANKOWSKI, : | |
| : | |
| : | |
| Defendant. : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Adam M. Dreher is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/
ADAM M. DREHER
MI Bar No. P79246
Assistant United States Attorney
601 D. St. NW
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 6th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/
Adam M. Dreher
Assistant United States Attorney