# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-123-PLF |
| | : | |
| **VITALI GOSSJANKOWSKI,** | : | |
| | : | |
| Defendant. | : | |

## RESPONSE TO THE DEFENDANT'S RULE 12.3 NOTICE AND REQUEST FOR DISCLOSURE OF WITNESS INFORMAITON

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in response to the defendant's notice that he may assert as a defense at trial that he was acting under "actual or believed public authority at the time" of his offenses because "he was and believed he was directed and authorized to engage in the conduct" by Donald Trump (ECF 81) sets forth the following:

1. The United States denies that the defendant exercised the public authority identified in his notice.

Pursuant to U.S.C.S. Fed Rules Crim Proc R 12.3(a)(4)(A) the United States requests that the defendant provide to the government a written statement that discloses the name, address, and telephone

number of each witness the defendant intends to rely on to establish the public-authority defense set forth in his Notice (ECF 81).

                                 Respectfully submitted,

                                 MATTHEW M. GRAVES
                               United States Attorney
                               D.C. Bar No. 481052

By:   */s/ Barry K. Disney*
       BARRY K. DISNEY
       KS Bar No. 13284
       Assistant United States Attorney – Detailee
       U.S. Attorney's Office for the District of Columbia
       601 D Street, N.W.
       Washington, D.C. 20530
       Email: Barry.Disney@usdoj.gov
       Cell: (202) 924-4861

## CERTIFICATE OF SERVICE

On this 13th day of October, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                             */s/ Barry K. Disney*
                                             BARRY K. DISNEY
                                             Assistant United States Attorney – Detailee
                                             U.S. Attorney's Office for the District of Columbia