# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.    ) | No.   21-cr-123 (PLF) |
| ) | |
| **VITALI GOSSJANKOWSKI** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Mr. Vitali GossJankowski, through counsel, respectfully requests that the Court extend the time for him to file the reply to the government's response to the motion to suppress physical evidence by October 20, 2022. Undersigned counsel is working on several new matters and needs additional time. The government does not oppose this request.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
UBONG E. AKPAN
CELIA GOETZL
Assistant Federal Public Defenders
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500

1