**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 21-cr-123 (PLF)** |
| | ) | |
| **VITALI GOSSJANKOWSKI,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion for Extension of Time to

Reply, and finding good cause shown, it is hereby ORDERED that the motion is GRANTED.


DATE: _____


_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE