UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No. 21-cr-123 (PLF) |
| | : | |
| **VITALI GOSSJANKOWSKI,** | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO EXTEND DEADLINES FOR
JOINT STATUS REPORT, MOTIONS *IN LIMINE*, AND DAUBERT MOTIONS**

Mr. Vitali GossJankowski, through counsel, respectfully requests that this Honorable Court extend the deadlines for (1) filing the joint status report and (2) the filing the motions *in limine* and *Daubert* motions.   The defense states as follows:

1. The Court ordered that parties file (1) a Joint Status Report by October 19th and (2) motions *in limine* and Daubert motions by October 21st.

2. Ms. Akpan and Mr. Disney conferred on October 13, 2022 regarding the remaining deadlines.  Both parties would like the opportunity to discuss the remaining motions and trial issues when all counsel for both parties are available.

3. The parties anticipate meeting by October 24st in order to streamline the remaining issues for the case.

4. Hence, the parties request that this Honorable Court extend the deadline to file the Joint Status report by October 26th.

5. The parties also request that this Honorable Court extend the deadlines for the motions *in limine* and *Daubert* motions as follows:

    a. October 28th for motions *in limine* and *Daubert* motions;

    b. November 7th for opposition to motions *in limine* and *Daubert* motions; and

    c. November 15th for replies to motions *in limine* and *Daubert* motions.

6. The government does not oppose this motion.

                                       Respectfully submitted,

                                       A. J. KRAMER
                                     Federal Public Defender

                                     /s/
                                   Ubong E. Akpan
                                   Celia Goetzl
                                   Assistant Federal Public Defenders
                                   625 Indiana Avenue, N.W.,
                                   Suite 550
                                   Washington, DC 20004
                                   (202) 208-7500
                                   ubong_akpan@fd.org
                                   celia_goetzl@fd.org