UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                  )<br>        v.                                        )   Criminal No. 21-0123 (PLF)<br>                                                  )<br>VITALI GOSSJANKOWSKI,          )<br>                                                  )<br>        Defendant.                      )<br>                                                  ) | |

ORDER

Upon consideration of the defendant's Unopposed Motion for Extension of Time to File Joint Status Report, Motions in Limine, and Daubert Motions [Dkt. No. 88], it is hereby

ORDERED that the defendant's Unopposed Motion for Extension of Time to File Joint Status Report, Motions in Limine, and Daubert Motions [Dkt. No. 88] is GRANTED; it is

FURTHER ORDERED that the prior deadlines for filing a joint status report, motions in limine, and Daubert motions are vacated; and it is

FURTHER ORDERED that the new deadlines are as follows:

On or before October 26, 2022, the parties shall file a joint status report informing the Court of the status of the case and any issues to raise before the Court.

On or before October 28, 2022, the parties shall file any motions in limine and Daubert motions.

On or before November 7, 2022, the parties shall file oppositions to motions in limine and Daubert motions.

On or before November 15, 2022, the parties shall file replies to motions <u>in limine</u> and <u>Daubert</u> motions.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 10/18/22