UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 21-CR-123-PLF |
| VITALI GOSSJANKOWSKI, | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

On October 18, 2022 the Court ordered the parties to file a joint status report informing the Court of the status of the case and any identifying any issues that should be raised before the Court prior to October 26, 2022 (ECF 89). In compliance, the parties set forth the following:

1. The case is set to commence to jury trial on January 4, 2022. Both parties are ready for trial on January 4, 2022.

2. The Government has provided a list of proposed stipulations to the defense, which the defense is in the process of reviewing.

3. The defense notes that the government has not provided requested discovery in connection with the motion to suppress statements, including: 1) the text messages between law enforcement and Mr. GossJankowski referenced in the government's pleading; 2) the video recordings of the certified deaf interpreter ("CDI") at the January 17th and January 18th interviews; 3) the full name and American Sign Language qualifications of the MPD DHHU officer who interviewed Mr. GossJankowski; 4) identity of the individuals present at the January 14th interview.

1

4. The government notes the defense discovery request and asserts that it has acted in good faith to be responsive to the same. Specifically, the government sets forth the following:

   a) The phone containing the text messages between the defendant was downloaded and returned to the defendant, providing him with access to the text messages requested. The government has, however, requested that a copy of the text messages be made for the defense.

   b) The video recordings of the CDI at the January 17th and 18th interview of the defendant have been obtained and the government anticipates providing this to the defense by October 28, 2002.

   c) The name of those present during the January 17th and 18th interviews of the defendant has been provided to the defense. The defense has been notified the that the officer's first language is American Sign Language. The government is unaware of any "qualifications" to provide to the defense.

5. To date, neither party has noticed any experts.  The government has indicated that it does not intend to call any experts, except in response to any defense expert.  In light of discovery issues noted above, the defense needs additional time to consult with possible expert witnesses.  The parties agree that disclosure of expert witnesses needs to occur before it is possible to file motions under *Daubert v. Merrell Dow Pharmaceuticals,* 509 U.S. 579 (1993).  Accordingly, the parties request until November 16, 2022 to disclose any expert witnesses.

6. The defense requests an immediate hearing and ruling on the pending Motion for Return of Property, filed at ECF No. 72-2, which is fully briefed and ripe for this Court's review.

7. The defense has requested a hearing on the pending motions to suppress the statements and physical evidence, filed at ECF Nos. 66 and 72-2, respectively. Therefore, the defense requests that the Court convert the November 21, 2022 motions hearing to an evidentiary hearing.

                          Respectfully submitted,

                          MATTHEW M. GRAVES
                          UNITED STATES ATTORNEY
                          D.C. Bar No. 481052

By:    /s/ BARRY K. DISNEY
           Barry K. Disney
           Trial Attorney, Capital Case Section
           Detailee – Capitol Siege Division
           Kansas Bar No. 13284
           U.S. Department of Justice
           1331 F. St. NW, Suite 6000
           Washington, D.C. 20005
           202-305-4367 (office)
           202-924-4861 (cell)
           Barry.Disney@usdoj.gov


           A. J. KRAMER
           FEDERAL PUBLIC DEFENDER

           /s/
           Ubong E. Akpan
           Celia Goetzl
           Assistant Federal Public Defenders
           625 Indiana Avenue, N.W.
           Suite 550
           Washington, DC 20004
           (202) 208-7500

4