UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
| v.                                  ) | Criminal No. 21-0123 (PLF) |
|                                     ) | |
| VITALI GOSSJANKOWSKI,               ) | |
|                                     ) | |
| Defendant.                          ) | |

ORDER

Upon consideration of the parties' Joint Status Report [Dkt. No. 91], it is hereby

ORDERED that the prior deadlines for filing any motions in limine and Daubert motions are vacated; it is

FURTHER ORDERED that the oral argument scheduled for November 21, 2022 is converted to an evidentiary hearing on Mr. GossJankowski's Motion to Suppress Statements [Dkt. No. 66] and Motion to Suppress Physical Evidence and Return Property [Dkt. No. 72-2]; and it is

FURTHER ORDERED that trial will proceed pursuant to the following schedule:

| Date | Description |
|---|---|
| November 16, 2022 | The parties shall disclose any expert witnesses. |
| November 21, 2022 at 10:00 a.m. | Evidentiary hearing on Mr. GossJankowski's Motion to Suppress Statements [Dkt. No. 66] and Motion to Suppress Physical Evidence and Return Property [Dkt. No. 72-2]. |
| November 23, 2022 | The parties shall file any motions in limine and Daubert motions. |

| | |
|---|---|
| November 30, 2022 at 10:00 a.m. | The Court will hear oral argument on all non-evidentiary motions in Courtroom 29. |
| December 7, 2022 | The parties shall file oppositions to motions in limine and Daubert motions. |
| December 14, 2022 | The parties shall file any replies to motions in limine and Daubert motions. |
| December 19, 2022 | The parties shall file proposed jury instructions and a jury verdict form. The parties shall exchange proposed case-in-chief exhibits and witness lists. |
| December 21, 2022 at 10:00 a.m. | Final pretrial conference in Courtroom 29. The Court will hear oral argument on all motions in limine and Daubert motions. |
| January 4, 2023 at 10:00 a.m. | Jury selection will commence in Courtroom 29. |
| January 5, 2023 at 10:00 a.m. | Trial will commence in Courtroom 29 with opening statements and will continue each weekday at 10:00 a.m. until concluded. |

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 10/28/22