UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | No. 21-cr-123 (PLF) |
| ) | |
| **VITALI GOSSJANKOWSKI,** ) | |
| ) | |
| **Defendant**  ) | |
| ) | |

## MOTION TO CONTINUE TRIAL DATE AND DEADLINES

Vitali GossJankowski, through counsel, respectfully moves this Honorable Court to continue the January 4, 2023 jury trial. The defense needs additional time to consult with experts. Specifically, there are issues critical to Mr. GossJankowski's defense that undersigned counsel recently learned, which require retaining and consulting with additional expert witnesses. There is insufficient time to retain experts to perform necessary analysis, provide disclosures, and litigate any potential objections in advance of the current trial date. Hence, to ensure Mr. GossJankowski receives his constitutional right to the effective assistance of counsel, the defense requests that the trial be continued and requests additional time to provide expert notice disclosures.

Therefore, the defense proposes a trial date in either February 2023 or June 2023.

For a February trial date, the defense proposes the following schedule:

| Date | Description |
|---|---|
| **January 6, 2023** | The parties shall submit Expert Disclosures. |
| **January 13, 2023** | The parties shall file any additional motions *in limine* and *Daubert* motions. |
| **January 27, 2023** | The parties shall file oppositions to motions *in limine* and *Daubert* motions. |
| **February 3, 2023** | The parties shall file any replies to motions *in limine* and *Daubert* motions. |

1

| February 17, 2023 | The parties shall file proposed jury instructions, proposed voir dire, and a jury verdict form. |
| --- | --- |
| | The parties shall exchange proposed case-in-chief exhibits and witness lists. |
| **Week of February 21, 2023** | Final Pretrial Conference in Courtroom 29. |
| **February 27, 2023** | Jury selection will commence in Courtroom 29. |
| **February 28, 2023 to March 10, 2023** | Jury trial shall commence. |

For a June trial date, the defense proposes that the trial begin with jury selection on June 13, 2023 and end on June 23, 2023.

The defense requests that this Honorable Court conduct the combined evidentiary hearing and oral argument on non-evidentiary motions on December 14, 2022 at 10:00 a.m., as previously scheduled.

The government opposes the motion and asked that the defense note its objection in this motion.

The defense understands that the time between now and the new trial date is excludable under the Speedy Trial Act, to enable the defense to prepare for trial as discussed above.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Celia Goetzl
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500