# D STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | No. 21-cr-123 (PLF) |
| ) | |
| **VITALI GOSSJANKOWSKI,** ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

## ORDER

Upon consideration of the defendant's Motion to Continue the Trial Date and Deadlines, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

DATE: _____

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE