UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 21-0123 (PLF) |
| ) | |
| VITALI GOSSJANKOWSKI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On December 14, 2022, the Court will hear evidence and oral argument on certain pending motions in Courtroom 29 of the William B. Bryant Annex to the E. Barrett Prettyman Courthouse beginning at 10:00 a.m. See November 10, 2022 Minute Order; Memorandum Opinion and Order [Dkt. No. 100] (setting forth the amended schedule for pretrial motions and trial).

The following six motions are now ripe: (1) defendant Vitali GossJankowski's Motion to Suppress Statements [Dkt. No. 66]; (2) Mr. GossJankowski's Motion to Dismiss Restricted Area Charges Under 18 U.S.C. § 1752(a) (Counts Four and Five) [Dkt. No. 67]; (3) Mr. GossJankowski's Motion to Dismiss Obstruction Charge Under 18 U.S.C. § 1512(c)(2) (Count Two) [Dkt. No. 68]; (4) Mr. GossJankowski's Motion to Dismiss Civil Disorder Charge Under 18 U.S.C. § 231(a)(3) (Count One) [Dkt. No. 69]; (5) Mr. GossJankowski's Motion to Suppress Physical Evidence and Return Property [Dkt. No. 72-2]; and (6) Mr. GossJankowski's Amended Motion for Transfer of Venue [Dkt. No. 79]. Upon review of the parties' written submissions and after consultation with the parties by email, the Court has decided to hear evidence and argument on certain motions and decide others on the papers without argument.

Accordingly, it is hereby

ORDERED that the December 14, 2022 hearing will proceed pursuant to the following schedule:

1. Evidentiary hearing on Mr. GossJankowski's Motion to Suppress Statements [Dkt. No. 66] and Mr. GossJankowski's Motion to Suppress Physical Evidence and Return Property [Dkt. No. 72-2] at which the parties shall present evidence, elicit any testimony, and provide oral argument.

2. Argument on Mr. GossJankowski's Amended Motion for Transfer of Venue [Dkt. No. 79]; and it is

FURTHER ORDERED that on or before December 9, 2022, the parties shall deliver to the Court one set of paper copies of any documentary evidence to be presented and physical disks containing any audio-video evidence. The parties shall also provide the Court with electronic copies of that evidence via electronic file-share.

SO ORDERED.

                                                                                                     _____
                                                                                                     PAUL L. FRIEDMAN
                                                                                                     United States District Judge

DATE: 12/1/22