UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-123-PLF |
| v. | : | |
| | : | |
| VITALI GOSSJANKOWSKI, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED
MOTION TO EXTEND FILING DEADLINE FOR *DAUBERT* MOTION**

On November 21, 2022, this Court amended its scheduling order to provide for disclosures of potential experts to occur on January 6, 2023 and motions challenging the qualification of those proposed experts to occur on January 13, 2023. *See* ECF 100. Defendant provided notice of his potential expert witnesses, along with the rest of Rule 16's required disclosures, on Friday, January 6, 2023.

The Government seeks extension of the filing deadline for *Daubert* motions until Wednesday, January 18, 2023 for the opportunity to ensure all issues can be fully presented to this Court within its initial filing. In communication with defense, Defendant does not oppose this motion.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

　　　　/s/
ADAM M. DREHER
Assistant United States Attorney
MI Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 547-1706
adam.dreher@usdoj.gov