**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-123-PLF** |
| v. : | |
| : | |
| **VITALI GOSSJANKOWSKI,** : | |
| : | |
| **Defendant.** : | |

## ORDER

ORDERED that the Government's Motion to Extend Deadline for *Daubert* Motion is GRANTED; it is

FURTHER ORDERED that the Government shall file its motion by January 18, 2023.

SO ORDERED.

_____
DATE:                                                   PAUL L. FRIEDMAN
                                                        United States District Judge