UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 21-0123 (PLF) |
| ) | |
| VITALI GOSSJANKOWSKI, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the government's Unopposed Motion to Extend Filing Deadline for Daubert Motion [Dkt. No. 105], it is hereby

ORDERED that the government's Unopposed Motion to Extend Filing Deadline for Daubert Motion [Dkt. No. 105] is GRANTED; it is

FURTHER ORDERED that the prior deadlines for filing any motions in limine and Daubert motions are vacated; and it is

FURTHER ORDERED that the parties shall file any motions in limine and Daubert motions pursuant to the following schedule:

On or before January 18, 2023, the parties shall file any additional motions in limine and Daubert motions.

On or before February 1, 2023, the parties shall file oppositions to motions in limine and Daubert motions.

On or before February 8, 2023, the parties shall file any replies to motions in limine and Daubert motions.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 1/13/23