**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C.   20004

**A. J. KRAMER**                                                                                         **TELEPHONE (202) 208-7500**
*Federal Public Defender*                                                                                **FAX (202) 208-7515**

January 6, 2023

Karen Rochlin
Barry K. Disney
Adam Dreher
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530

By Email

      Re: United States v. Vitali GossJankowski, 21-cr-123 (PLF)

Dear Counsel:

      Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), we write to notify you that at the trial in the above referenced matter, we may seek to call Dr. Judy Shephard-Kegl as an expert regarding Deaf communication, speech, and lipreading.   Dr. Shepard-Kegl's opinions and the bases for those opinions are contained in the enclosed report.   Her CV and a list of cases in which she has testified are also enclosed.

      We also may seek to call Dr. Mark Kroll as an expert regarding electrical devices and weapons.   Dr. Kroll's opinions and the bases for those opinions are contained in the enclosed report.   His CV and case list are also enclosed.

      If you have any questions, or need additional information, please let us know.

                                                  Sincerely,

                                                  Ubong Akpan
                                                  Celia Geotzl

Enclosures