# *Linguistic Consulting Service*

JUDY A. SHEPARD-KEGL, PH.D.                                        (207) 766-7097 (VP)
52 WHITNEY FARMS ROAD                                           (207) 400-0493 (CELL/TEXT)
NORTH YARMOUTH, ME 04097                                        kegl.lcs@gmail.com

**English Speech and Lipreading Assessment Report:**

**Vitali GossJankowski**   Dates of Testing: June 10 (initial meeting),  September 19, 2022, September 29, 2022 (focus on speech and lipreading); Age at time of testing: 33-34

**Date of Birth:** September 14, 1988.

**Communication Assessment for:** Celia Goetzl, Assistant Federal Public Defender

**Case:** United States v. Vitali GossJanowski, 21-cr-123 (PLF)

**Date of Submission**: January 5, 2022

**Objective:**  We have been retained by the Federal Public Defender's Office to conduct a communication, cultural, and developmental assessment of Vitali GossJankowski, the defendant in the case: United States v. Vitali GossJanowski, 21-cr-123 (PLF). As part of that assessment, the objective of this evaluation is to assess Mr. GossJankowski's ability to speak and understand spoken English, or lipread.

**List of items considered in making this assessment:**

Background conversation
Cultural profile
Lipreading Task
Narrative Elicitation Materials:
- *Mr. Koumal Flies Like a Bird* (1.5-minute non-verbal cartoon)
- *Mr. Koumal Battles his Conscience* (1.5-minute non-verbal cartoon)

Materials provided to us by the attorneys:
- National Deaf Academy records

**Evaluator:  Dr. Judy Shepard-Kegl, Ph.D., NIC-M, SC: L, CI/CT, CSC, OTC, ED: K-12, NAD-IV, Core-CHI, QMHI**

**From the National Registry of Interpreters for the Deaf:**
Generalist Certificates: Comprehensive Skills Certificate (CSC), Certificate of Interpretation (CI), Certificate of Transliteration (CT), National Interpreter Certification (NIC-Master)
Oral Transliteration Certificate (OTC)
Specialist Certificate: Legal (SC:L)
NAD-IV (recognition of National Association of the Deaf Certification-Level IV)
Educational Certification: K-12 (recognition of EIPA Certification)
Educational Interpreter Performance Assessment (EIPA)-six certifications: ASL (elementary and secondary). PSE (elementary and secondary), MCE (elementary and secondary)

**From the Board of Evaluation of Interpreters, Texas (BEI):**
BEI-Master

**From the Certification Commission for Healthcare Interpreters:**
Core-CHI (Core Certification Health Care Interpreter; from the Certification Commission for Healthcare Interpreters)

**From the Alabama Department of Mental Health:**
Qualified Mental Health Interpreter (QMHI)

**Education:**
B.A. in Anthropology (Brown University)
M.A. in Linguistics (Brown University, Thesis: *Some Observations on Bilingualism: Look at Data from Slovene-English Bilinguals*)
Ph.D. in Linguistics (M.I.T., Dissertation: *Locative Relations in American Sign Language Word Formation, Syntax and Discourse*
Postdoctoral studies: Center for Molecular and Behavioral Neuroscience, Rutgers, The State University of New Jersey)
Master Mentor Certificate, Project T.I.E.M., Northeastern University
Legal Interpreter Certificate Program, Front Range Community College
Training and Approval: (Culturesmart, Inc.; to teach *The Essential Piece* curriculum in medical interpreting)

*Dr. Shepard-Kegl* offers her opinion as a linguist specialized in theoretical and neurolinguistics, an interpreter with national credentialing, and as an interpreter trainer.

She is a native speaker of English who is also fluent in American Sign Language (ASL). She did her bachelor's level work in linguistic anthropology as well as her master's level work in linguistics and bilingualism at Brown University. She completed her Ph.D. work in theoretical linguistics at the Massachusetts Institute of Technology, with a dissertation on word formation, syntax and discourse in ASL. She has taught and worked in linguistics, cognitive science, and psychology research laboratories at Northeastern University and Princeton University, where she also consulted with Educational Testing Services on an ASL Developmental Assessment with Dr. Judith Mounty.  She did her senior postdoctoral work in cognitive neuroscience at the Center for Molecular and Behavioral Neuroscience at Rutgers, the State University of New Jersey and was eventually hired there as a Research Assistant Professor of Neuroscience, before moving to her current position in linguistics at the University of Southern Maine, where she teaches linguistics and interpreting, directs the Signed Language Research Laboratory, and developed and currently coordinates the ASL/English Interpreting Concentration of the Linguistics major. She has served as a Principal Investigator on grants from both the National Science Foundation and the National Institutes of Health. She engages in linguistic, neurolinguistic, and cultural research in both spoken and signed languages. Her research is both nationally and internationally recognized.

She is also nationally credentialed and working as an ASL/English interpreter with specializations in legal interpreting, educational interpreting, medical, and mental health interpreting, in addition to being nationally certified in oral transliteration. She has consulted extensively on both the assessment of interpreting (both spoken and signed), ASL language development, and language breakdown (Aphasia and Parkinson disease). She has served as a consultant on the development of the national assessments for the Cued Speech version of the Educational Interpreter Performance Assessment (EIPA-CS), the Core Certified Healthcare Interpreter Assessment, and most recently on the Registry of Interpreters for the Deaf Task Force exploring the structure of a future assessment for legal interpreters.

She has both produced reports and/or testified in deposition and at trial in over 100 cases. Dr. Shepard-Kegl has been admitted as an expert in courts in Maine, Minnesota, Oregon, Missouri, Louisiana, New Jersey, New York, Pennsylvania, Rhode Island, and Georgia.

Dr. Shepard-Kegl, who can hear and has full access to English and its communities of users, as well as a lifetime of experience navigating a hearing world via sound, brings to this expert team native language competency in English, in addition to fluency in ASL. She was raised in a bilingual/bicultural Slovene/English home, where English was the dominant language. She currently lives in a trilingual English/ASL/Nicaraguan Sign Language (ISN) household with her hearing spouse, Deaf daughter, and hearing grandson and has experienced being the mother of a Deaf child in a Deaf school and mainstream setting. Her research and teaching experience include theoretical linguistics, bilingualism, neurolinguistics, and cultural research in not only spoken and signed languages, but also in emergent languages and cases of language deprivation.

**Methodology: Elicitation, Text Analysis (linguistic analysis, coding)**

Every day, when Dr. Shepard-Kegl walks into an interpreting assignment she is making judgments about the language background and language needs of the consumers that she works with. She does this through interacting and conversing with them. This is an informal means of eliciting the data she needs to make decisions regarding her interpreting approach. What she did in this report is similar, but on a larger scale. She

gathered the information needed regarding the Deaf individual in this case that would allow her to offer an expert opinion on his communication in the context of her expertise in linguistics, interpreting, Deaf education, ASL, and Deaf culture.

The standard methodology used in the linguistic profession is elicitation and linguistic analysis, typically text analysis. The process is very much like the experimental method. A hypothesis is posed and data are elicited to help us to confirm or disconfirm the hypothesis. Standardized testing will not give us the individualized data that we need to inform our opinion. Deaf people are far too diverse and their language backgrounds are very heterogeneous. We need to look at each Deaf individual in an individualized way, using a single case study methodology. The need for individualized assessment is noted by almost every researcher in the field of deafness, especially regarding reading abilities. Some of these opinions are addressed quite well in Mounty and Martin (2005).[1]


## Background on Speech and Lipreading Evaluation

### Spoken English Competency (General Background)

We elicit a sample of spoken English using two 1.5-minute, nonverbal Czech cartoons: *Mr. Koumal Flies like a Bird* and *Mr. Koumal Battles his Conscience*. The Deaf individual views the cartoon as many times as is needed (typically 2) and is asked to recount the story three ways: signed, written, and spoken. For comparison purposes, the content of the cartoons is written in the double-lined boxed below:

> Mr. Koumal Flies Like a Bird is about a man who climbs a mountain with a pickaxe, and seeing a bird flying about, decides he wants to do the same thing. He tries to fly and fails. The bird sees him and laughs, causing some feathers to fall off.  Mr. Koumal puts them on his arms, tries again, and fails.  The bird, laughing even harder, loses all its feathers.  Koumal gathers them up and puts even more on, tries, and again fails, falling into a chicken coop.  At night takes

---

[1] Mounty, Judith and Martin, David S. (eds.) 2005. *Assessing Deaf Adults: Critical Issues in Testing and Evaluation.* Washington, D.C.:  Gallaudet University Press

> feathers from all the birds in the coop, which he leaves completely naked looking up at him, puts them all over his body, creating heavy, elaborate wings, and tries again.  He swoops a few times and crashes into the side of the mountain, which collapses upon him.  As he crawls out of the rubble, he gets an idea.  He decides to use the feathers to make Indian headdresses and sell them to children for money.

> In Mr. Koumal Battles his Conscience, Mr. Koumal is standing outside of a restaurant and sees a beggar.  He feels generous and drops a coin into the beggar's hat.  A rich woman comes up and does the same, but in so doing, a large bundle of money falls unnoticed from her purse.  Mr. Koumal sees it fall and battles with himself (in the form of a devil and angel taking control of him) over whether to take the money and have cars, riches, and world travel; or to return the money and be hugged by St. Peter as he enters the gates of heaven.  While his good and evil side battle things out, the beggar sneaks in and steals the money.  In the end, Mr. Koumal stands outside the restaurant with his pockets empty and his hand extended.  The beggar drives by in a huge car and tosses him a coin, which lands in the palm of his hand.

The spoken version is used for the analysis of speech.

**Speech Skills**

Spoken English Competency is assessed in three ways: for quality, intelligibility and for the impact that it has on communication.

**Speech Quality**

The assessment of speech quality is made by observing a number of features. Does the Deaf individual produce recognizable syllables? If the word is multisyllabic, can each distinct syllable be discerned? Are the vowels in each syllable recognizable as the intended target articulation? Are the consonants clearly articulated and can they be recognized? Are the onsets and offsets of the syllable produced and recognizable? Are consonant clusters reduced or omitted? Are voiced versus voiceless distinctions made?

Is the amplitude (loudness) of the speech controlled? And finally, is prosody (intonation) maintained while speaking or is the production more halting and staccato?

**Speech Intelligibility**

The intelligibility of speech is looked at in two ways, with and without visual cues. Remember that we know the content of the passage, so we have an advantage in terms of recognizing speech produced that individuals unfamiliar with the text would likely miss. At times we will play the speech for someone unfamiliar with the text to get a sense of what it would be like to understand without context. In addition, Dr. Shepard-Kegl, who assesses this component of the testing, is a certified Oral Transliterator (OTC) and is proficient lipreader familiar with Deaf speech. So, her assessment gives an advantage to the speaker.

**Auditory monitoring alone**

Dr. Shepard-Kegl listens to the spoken sample and determines a rough percentage of what she can recognize without lipreading the Deaf individual. This is most indicative of what an individual unfamiliar with Deaf speech and not trained or experienced in lipreading would experience.

**Lipreading and auditory monitoring**

Dr. Shepard-Kegl then looks at the signer while monitoring the speech to see to what extent lipreading aids her understanding. In addition, she carefully transcribes the spoken narrative to the best of her ability stopping and rewinding the tape, and attending to any signing that may be concurrent with the speech, etc.

**Lipreading**

Lipreading is a very labor intensive and difficult task.  Even strong lipreaders tire quickly, and with fatigue ability to lipread declines.  Many words look alike (are homophenous). Every mouth shape has at least three different sounds associated with it. It is reported that only 30-40 of information in the speech signal is visually available.[2]

If one looks in a mirror the words in each of the rows below look identical:

| | |
|---|---|
| **PAN** | **MAD** |
| **BAT** | |
| **NAP** | **DAM** |
| **TAB** | |

The following video link by Rachel Kohl gives the hearing viewer a sense of what the lipreading experience is like: [https://https://www.youtube.com/watch?v=n1jLkYyODsc](https://https://www.youtube.com/watch?v=n1jLkYyODsc)

**Lipreading Task.**  The stimuli for the lipreading task include within them words and sentences taken from a list of words taken from the Wide Range Achievement Test (WRAT) as well as sentences and phrases taken from lipreading assessment used by the Central Institute for the Deaf (CID), but the list is expanded to include additional highly expected stimuli, low expected stimuli, and some phrases and sentences expected to be encountered in employment, medical, and law enforcement contexts. The lipreading task involves two presentations of each stimulus (either a word or whole phrase or sentence).

---

[2] Nitchie, E.P. (1916). The use of homophenous words. *The Volta Review*, 18, pp. 85-93. Berger, K.W. (1972). Visemes and homophenous words. *Teacher of the Deaf*, 70, pp. 396-399.

Erber, N.P. (1974). Visual Perception of Speech by Deaf Children: Recent developments and continuing needs. *Journal of Speech and Hearing Disorders*, 39, pp. 283-287.

Kuhl, P. K., & Meltzoff, A. N. (1988). Speech as an intermodal object of perception. In A. Yonas (Ed.), *Perceptual development in infancy: The Minnesota Symposia on Child Psychology* (Vol. 20, pp. 235-266). Hillsdale, NJ: Erlbaum.

Each presentation is loud and very precise. There are 64 lipreading stimuli in all: 17 single words and 47 phrases of varying length.

Having had speech training is no assurance of success. Ambiguity and guessing are inherent in this system, where most of the articulatory distinctions are hidden within the mouth (vibration of the larynx, dropping of the velum, laxing of the pharynx, etc.).

Note that the lipreading conditions under which these stimuli are presented are ideal. The room is well-lit and quiet. The examples are repeated, sometimes more than twice, face to face and in close proximity by a certified oral transliterator trained to produce clear speech. The goal is to capture the deaf individual's best lipreading under the best conditions. Such ideal conditions cannot be replicated in most of the Deaf individual's daily interactions with hearing individuals.

As a result of the need to do testing at a distance because of COVID-19 restrictions, lipreading assessment is currently being done virtually face-to-face using Zoom. This allowed for both clear presentation and the ability to repeat or not as the Deaf individual's responses dictate. We have done the lipreading assessment at a distance in previous cases as well and the results are parallel. There is the added advantage that both the stimuli and the responses are available in the Zoom recording.

**Lipreading Words**

The single words are all words a Deaf individual would typically be expected to know (*milk, city, in, tree, animal, himself, between, chin, split, form, crazy, stretch, theory, contagious, grieve, toughen,* and *aboard*).

**Lipreading Sentences and Phrases**

The words and phrases were constructed to feature several different characteristics: highly routinized expressions that a deaf lipreader would encounter frequently (e.g., *What's your address*?; *What time did you show up for work this morning*?); sentences that are infrequent (e.g., *I like to visit the zoo; The circle is a round drawing*); numbers alone (42, 1996) and numbers in context (e.g., *President Kennedy was shot in 1963*); sentences that might be encountered in a medical or law enforcement context (e.g., *Do you have a living will?; You have the right to remain silent);* and a few phrases that are known to be homphenous (look alike) on the lips (e.g., *green beads, red beans*). There is also a case near the end of an unfamiliar vocabulary item that one might be able to lipread, but which may not be on one's repertoire (*We found a nodule.*)  The full list of items appears below:

1. The cat has fur.
2. Bob can run fast.
3. His arm hurt.
4. The train was crowded.
5. If you shout, he'll hear you.
6. Put down the correct answer.
7. The circle is a round drawing.
8. Heaven surrounds the earth.
9. Parents educate their children.
10. The material was expensive.
11. The house was in ruin after the fire.
12. Can you understand me?
13. What's your name?
14. How many children do you have?
15. What's your address?
16. Can you tell me your social security number?
17. What's your telephone number?
18. Do you have a tty?
19. I like to visit the zoo.
20. The dress is now in fashion.
21. I believe you are right.
22. My suggestion was followed.
23. What time did you show up for work this morning?
24.  How long have you been working here?
25. When's the last time you met Fred?
26. What's your mother's maiden name?
27. Do you have a living will?
28. What is your retirement plan?
29. President Kennedy was shot in 1963.

30. My family lives in (name of city), but I have a cousin that lives in (name of city or county).
31. What's your favorite movie?
32. seven
33. 42
34. 1996
35. When did you graduate from high school?
36. Have you ever had a transfusion?
37. Do you own your house?
38. How old is your son?
39. red beans
40. green beads
41. Are you aware of your rights?
42. You have the right to remain silent.
43. You will need to have chemotherapy.
44. You have an appointment for the twenty-first.
45. We will need to reschedule you for the eighteenth.
46. We found a nodule.
47. Your test was positive.

When a person has extreme difficulty with this task, we will also present very common items like their name, *thank you*, *I love you*, etc.; telling them we are saying numbers and asking them to identify which ones; or in extreme cases where an individual may have cognitive limitations, presenting a word and having the individual choose items from a set of four pictures.

**Impact on communication**

Finally, we look at the impact on communication. How comfortable is the Deaf individual using speech? Does the speech have characteristics that might juvenilize the Deaf individual in the minds of others? Does the Deaf individual limit speech to words that can be pronounced or does the Deaf individual struggle with speech result in putting out less information?

**Individual Assessment: Vitali GossJankowski (male, 34)**

**Linguistic/Cultural Profile**

Mr. GossJankowski was born deaf in the former U.S.S.R. (Russia).  Records indicate that his birth mother was also deaf, so we assume his deafness to be hereditary.  She gave him up at birth and he was placed in an orphanage, where he remained until age five. At that point, he was adopted and raised by a Deaf same-sex couple, both of whom were fluent in American Sign Language (ASL) and immersed in Deaf culture.  He attended residential schools for the Deaf through his graduation from high school, where he was educated for the most part directly in ASL and without the use of interpreters.  He currently works for Door Dash, which is a job requiring little interaction in English to perform, allowing him to work without the requirement of lipreading or speaking English on a daily basis.  He lives with two deaf roommates and a hearing roommate. Mr. GossJankowski's primary and preferred means of communication and the language in which he most reliably produces and comprehends information is ASL, or an English-influenced form of ASL. His primary means of communicating with people who can hear is typically texting, writing notes, gesturing, or communicating through signing friends.

**Spoken English Competency**

Mr. GossJankowski's speech is not intelligible.

**Speech.**

After signing and writing renditions of the two 1.5-minute Mr. Koumal cartoons, Mr. GossJankowski was asked to speak a rendition of each of the Koumal cartoons. He was not comfortable speaking, in both a psychological and physical sense. His different comfort level in ASL versus English is evident when comparing the videos of his signed narratives with his spoken narratives. When trying to speak he exhibits clear embarrassment and discomfort.  While cooperating and doing his best, at several points he comments that he really cannot speak. In speaking, he needed to read from his written text or sign concurrently to even keep the speech flowing.

**Speech Quality.**

Mr. GossJankowski's speech samples appear below, using International Phonetic transcription (IPA).  To transcribe this speech, Dr. Shepard-Kegl needed to rely upon Mr. GossJankowski's written renditions of his Koumal narratives.  Without these

supporting documents, recognition of his speech targets would have been completely unrecognizable.

| *Mr. Koumal Flies like a Bird (spoken)* | | | Vitali GossJankowski | | | |
|---|---|---|---|---|---|---|
| ʌay | us. | may | ʧuw | tʌgɛ tap | maʊn. | |
| a guy | use | mining | tool | to get top | mountain | |
| | | | | | | |
| i | sart | æ | æpɪlali | a tap. | ʧʃil. | i tʊ |
| he | started | dancing | happily | on top | hill. | he took... |

| *Mr. Koumal Battles his Conscience* **(spoken)** | | | Vitali GossJankowski | | |
|---|---|---|---|---|---|
| omlɛs | bɛ | fʌ | əmʌɪ. | ʌlʌ | [laughs nervously] |
| homeless. | beg. | for | money | Adult...... | |
| | | | | | |
| ʌlʌ | ʌvʌ | homəle | ey | cæpʌ. | pʊ ɑ: pʊpə. |
| Adult. | give a | homeless | guy | cap | Put aaa woman. |
| | | | | | |
| ɪv | oyn | æpə | | | |
| give | coin | cap | | | |
| | | | | | |
| dʌðə | [Signs, I can't. Reading again, signing while speaking.] | | | | |
| ??? | | | | | |
| | | | | | |
| omlɛs | stæn | sɔ | pʊɛ | pʊ | If |
| homeless | stand | saw | put in | purse | give |
| | | | | | |
| lʊ kɪ | im. | ʌ ay | pʊʧ | dɛfʌ | |
| look at | him | a guy | punch | devil | |
| | | | | | |
| tʊk | ʌ | mʌ-ɪ | pey | | |
| take the | money | spend. | [Signs, it's hard. I can't.] | | |
| | | | | | |
| Dr. Shepard-Kegl asks, "What happened at the end?" | | | | | |
| | | | | | |
| fʌ-i | fay | ey | mʌ-i. | owey | [signs the final part] |
| fight | fight | take | money | go away | |

Mr. GossJankowski's speech has a low amplitude and at times there is no phonation (sound) accompanying his speech. The pitch of his voice varies. At times it rises to a very high pitch; at other times it lowers to a more gravely pitch. Vowels tend to be centralized to a schwa sound, losing all distinctions. Initial and final consonant clusters are simplified and frequently omitted. Many consonants when produced are imprecise in their placement in the mouth as well as their articulation. Alveolar sounds like /t/ and /s/ are often palatalized to /ʧ/ (a "ch" sound).

**Intelligibility.**

Mr. GossJankowski's speech production is completely unintelligible. With repeated viewing, knowing the story, and eventually referring to his written transcript, recognition of his speech was still extremely difficult and unreliable. The best way to appreciate the poor quality of his speech is to listen to the two attached videos of his speech production: Koumal Bird Spoken VGJ 9/29/22.mp4 and Koumal Conscience Spoken VGJ 9/29/22.mp4.

**Auditory monitoring alone**.

With auditory monitoring alone, GossJankowski's speech was completely unintelligible. He is unable to rely upon speech for access to communication.

**English Lipreading Proficiency**

The other side of communicating through speech is using lipreading to receptively process the speech of others. The lipreading task involves two presentations of each stimulus (either a word or whole phrase or sentence). Each presentation was loud and very precise. If Dr. Shepard-Kegl felt Mr. GossJankowski was close, she would sometimes repeat the item more than twice. We were on Zoom with Mr. GossJankowski viewing Dr. Shepard-Kegl's face full screen. In the video we see Mr. GossJankowski full screen, his view was of Dr. Shepard-Kegl full screen. Each word, phrase or sentence was enunciated clearly and loudly, allowing the best possible chance of being understood.

Mr. GossJankowski was tested under ideal conditions. The room was well-lit and devoid of background noise. We were directly facing each other one-on-one over a Zoom screen. Items were repeated and the stimuli were produced by a certified oral transliterator (OTC) trained to produce clear speech.

**Lipreading Words.** Of the 17 words, Mr. GossJankowski correctly identified 2/17 (12%). While he scored very poorly in lipreading words, his guesses showed clear attempts at phonemic processing. For example, for the word *tree*, he guessed *you read*. If we analyze the word *read* phonetically, we see that he guessed the vowel correctly as well as the onset to that vowel which was an /r/. The /d/ is also the voiced equivalent of /t/. For *animal*, he guessed *mail*, getting the initial and final consonants of the final syllable. For *himself*,

he actually responded *self*, but in his second change he moved farther rather than nearer to the lipreading target. For *chin*, he responded with check, which has the same initial consonant and a vowel that like [I] is made in the front of the mouth. The same is true for his response of *the* for *theory*. In these two words the initial consonants, while spelled the same, are actually pronounced differently, one is voiced (*the*; ð, a voiced interdental continuant consonant where the vocal cords vibrate) and the other is unvoiced (*theory*; θ, an unvoiced interdental continuant consonant, where the vocal cords don't vibrate). There is no way to see the difference between a voiced versus unvoiced consonant on the lips. When he responded *basking* for *split*, he picked up on the /p/ and the /I/ sounds.

The two words he got correct were *form* and *crazy*. The word *form* is one of the more frequently and easier words to lipread. When Dr. Shepard-Kegl produces the words *crazy* and *grieve*, she produces an accompanying facial expression to see if that facial gesture supports the lipreading. Mr. GossJankowski picked up on that facial expression.

**Lipreading Sentences and Phrases.** Of the 47 sentences and phrases, Mr. GossJankowski correctly identified only 3 out of 44 (6%). All three of the sentences he was able to lipread are highly frequent and highly routinized: *Can you understand me?; What's your name?;* and the number *seven*. Numbers are notoriously easier for deaf lipreaders to recognize. Still, he got only 3 out of the 16 highly routinized sentences and numbers in the task. In some of the items he would catch a word or phrase: *Bob can run <u>fast</u>; The material was <u>expensive</u>; The <u>house</u> was in ruin after the fire; <u>What's your</u> address?; <u>Can you tell me</u> <u>your</u> social security number?; <u>Have you</u> ever had a transfusion?; Do you own your house? <u>How old</u> is your son?*

Mr. GossJankowski's lipreading results are summarized below:

| correct | incorrect | Stimulus (lipreading) | % correct | % incorrect | TOTAL STIMULI | |
|---|---|---|---|---|---|---|
| 5 | 59 | 64 stimuli | 8% | 92% | Total Stimuli | 64 |
| 2 | 15 | 17 words | 12% | 88% | Total of Word Stimuli | 17 |
| 3 | 44 | 47 phrases and sentences | 6% | 94% | Total of sentence stimuli | 47 |

Mr. GossJankowski's  lipreading is poor—so poor that within sentences he cannot catch enough to make a good guess at the overall meaning.

**Impact on communication**

Of the total 64 stimuli, he got 5 correct (8%). Mr. GossJankowski is a poor lipreader. In fact, his lipreading skills are negligible. He is unable to rely upon lipreading for access to communication in even the most basic situations.

**Expert Opinion:**

In my expert opinion as a linguist, oral transliterator, and interpreter and based upon my assessment of Mr. GossJankowski's speech, he is neither comfortable nor competent at spoken English.  His speech is completely unintelligible and practically non-existent. He is unable to rely upon speech for access to communication.  He never spoke during our time with him except during his required attempts to speak during the speech task.

In my expert opinion as a linguist, oral transliterator, and interpreter and based upon my assessment of Mr. GossJankowski's lipreading abilities, Mr. GossJankowski is completely unable to understand spoken English.  His lipreading skills are negligible.  He can comprehend less than 8% of verbal communication through lipreading under ideal environmental conditions.   He is unable to rely upon lipreading for access to communication in even the most basic situations.   In my expert opinion, Mr. GossJankowski is completely unable to access information via lipreading.

In my expert opinion and based upon my assessment of Mr. GossJankowski, at no time during the events of January 6th (including the rally, march, and events at the Capital) could he have accessed or shared communication with anyone (other participants or law enforcement officers) via lipreading and speech.

I reserve the right to expand or amend this report at a later time should new evidence be introduced.

*Judy A Shepard-Kegl*

Dr. Judy Shepard-Kegl

January 5, 2023