UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-cr-123 (PLF) |
| | ) | |
| VITALI GOSSJANKOWSKI, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**RESPONSE TO GOVERNMENT'S MOTION IN LIMINE REGARDING
SPECIFIC LOCATIONS OF U.S. CAPITOL POLICE SURVEILLANCE CAMERAS**

Mr. Vitali GossJankowski, through counsel, hereby responds the government's Motion in Limine Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras ("Gov't MIL"), ECF 93.

As a threshold matter, Mr. GossJankowski appears on footage from only one single CCTV camera and objects to the government's presentation of other CCTV footage because it is irrelevant to this case and any *de minimis* probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, and needlessly presenting cumulative evidence.

The defense has no intention of presenting the camera map at trial or questioning witnesses about the exact location of the surveillance cameras. However, being unaware of the government's presentation of evidence, the defense cannot foreclose the possibility it will become relevant on cross-examination.

In addition, Mr. GossJankowski should be permitted to question witnesses about the lack of video footage of him in certain areas, specifically the West Terrace. As of this writing, no USCP footage of Mr. GossJankowski outside of the West Terrace "tunnel" has been provided to

1

the defense, and this is apparently because no USPC cameras are located outside in that area. The government thus has no CCTV footage of the alleged assault charged in this case. Mr. GossJankowski should be permitted to establish this fact at trial through cross-examination of appropriate law enforcement witnesses.

          Respectfully submitted,

          A.J. KRAMER
          FEDERAL PUBLIC DEFENDER

          _____/s/_____
          Ubong Akpan
          Celia Goetzl
          Edward Smock
          Assistant Federal Public Defenders
          625 Indiana Ave., N.W., Suite 550
          Washington, D.C.  20004
          (202) 208-7500