Name: Judy Anne Shepard-<u>Kegl</u>  (Curriculum Vitae: December, 2022)

Current Position:   Professor of Linguistics (tenured), Director of the Signed Language Research Laboratory, Coordinator of the ASL/English Interpreting Concentration of the Linguistics Major, Linguistics Department, University of Southern Maine.

Date of Birth: ▆▆▆▆▆▆         (Evergreen Park, Illinois)

Addresses:

| | |
|---|---|
| Linguistics Department | Signed Language Research Lab |
| University of Southern Maine | 410 Science Building, Wing A (lab) |
| 96 Falmouth Street (P.O. 9300) | 310 Science Building, Wing A (office) |
| Portland, Maine 04104-9300 [mailing address] | [campus address] |

Linguistic Consulting Services
▆▆▆▆▆▆▆▆▆▆
North Yarmouth, ME 04097

Phone:   Home:      (207)  400-0493    (v/txt/FT)    Cell:   (207) 400-0493
         Lab:       (207)  400-0493    (voice)       Email: kegl@maine.edu
         Office:    (207)  400-0493    (voice)       VP: (207) 766-7097

Webpage: http://usm.maine.edu/linguistics/judy-shepard-kegl
NSF Science Nugget: https://www.nsf.gov/news/special_reports/linguistics/examples.jsp
[This site was developed by NSF to showcase our NSF-funded research.]

Educational Background:

| | | |
|---|---|---|
| | B.A.  1975 | Brown University Field: Anthropology (Magna Cum Laude) |
| | M.A.  1975 | Brown University Field: Linguistics |
| | | Thesis: *Some Observations on Bilingualism: A Look at Data from Slovene-English Bilinguals* (Advisor: William O. Beeman) |
| | Ph.D. 1985 | Massachusetts Institute of Technology Field: Linguistics Dissertation: *Locative Relations in American Sign Language Word Formation, Syntax and Discourse* (Co-chairpersons: Noam Chomsky, James Higginbotham, Wayne O'Neil and John Ross) |
| | PostDoc 1990-92 | Center for Molecular and Behavioral Neuroscience, Rutgers University (Senior Postdoctoral Fellow in Neuroscience) |
| | Certificate 2002-03 | Legal Interpreting Training Program, Front Range Community College |
| | Certificate, 2003-04 | Master Mentor, Northeastern University |
| | QMHI, 2019-pres | Mental Health Interpreter Training (August, 2018; Practicum January, 2019 Exam passed January 2019) |

**Interpreting/ASL Qualifications:**

Registry of Interpreters for the Deaf:  Interpretation Certificate (**IC;** 1978); Transliteration Certificate (**TC**; 1978); Comprehensive Skills Certificate (**CSC**; 1980); Oral Transliteration Certificate (**OTC**; 2001); Specialist Certificate: Legal (**SC:L**, 2004); Certificate of Interpretation (**CI**, 2006), Certificate of Transliteration (**CT**, 2007); Educational Interpreting K-12 (**ED: K-12**, 2007); National Interpreter Certification-Master Level (**NIC Master**; 2008); National Association of the Deaf-Level-IV (**NAD-IV**);  Core Certification from the Certification Commission for Health Care Interpreters (**Core-CHI**; 2015); Board of Evaluation of Interpreters, TX (**BEI-Master**, 2017);  State of Alabama Department of Mental Health (**QMHI** (Qualified Mental Health Interpreter), 2019); New Hampshire State Screening (1976); Massachusetts Office of Deafness Screening (1976); Sign Communication Proficiency Rating: Advanced Plus; American Sign Language Assessment (hi 4); American Sign Language Proficiency Interview (3). Legal Approved: (Maine 2004- present; Massachusetts 2005-present; New Hampshire 2005-present).  Educational Interpreter Performance Assessment (**EIPA**): Written Test (passed, 2005); Elementary American Sign Language (ASL; 4.5/5); Secondary ASL (4.5/5); Elementary Pidgin Sign English (PSE, 4.5/ 5); Secondary PSE (4.6/5); Elementary Manually Coded English (MCE; 4.2/5); Secondary MCE (4.1/5).

Currently also licensed in Maine (#093, until June 2022) and New Hampshire (until September, 2024). Completed a one year, distance education training course through Front Range Community College, DO-IT Center, for training as a distance specialist in interpreter education (January 2003; refresher January 2006)

**Fellowships and Awards (since 1975):**
1975 Harvey A. Baker Fellowship (Brown University, grant toward graduate education at the university of my choice)
1975 Samuel T. Arnold Fellowship (alternate) (Brown University, grant supporting travel abroad to do independent research)
1977 Collimore-Rogers Fellowship (M.I.T., one year tuition and living stipend, awarded yearly to one female graduate student)
1980 Fellowships to attend the 1980 and 1981 Seminar on Slovene Language, Literature and Culture (University of Ljubljana, Yugoslavia; travel stipend awarded by the Slovene National Benefit Society)
1991 Fellowship to attend the 1991 James S. McDonnell Summer Institute in Cognitive Neuroscience (Topic: Emotion and Attention), Dartmouth College (July 1-12)
1993 Fellowship to attend the James S. McDonnell Summer Institute and Conference, Lake Tahoe, California.(June 27-July 16)
1995 Gift from Merrill Lynch, Inc. to Rutgers University to support research on the transition from homesign to signed language. Research Project: "Critical Period For Signed Language Acquisition" Judy Kegl, Principal Investigator. ($4000)
1999 Admitted to the Lyons Township High School Hall of Fame for research on neurolinguistics, ASL syntax, and the emergence of a signed language in Nicaragua.  (LTHS, Class of 1971)
2007 Award from Maine Registry of Interpreters for the Deaf, Outstanding Contribution to the Interpreting Community (May 20)
2009 Special Commendation Award for contribution to the Deaf Community, Maine Deaf Community, Maine Deaf Culture Week, Hall of Flags, State House. (September 24)
2010 Betsy Reifman Award, Maine Registry of Interpreters for the Deaf.   (April, 2010) (http://www.mainerid.org/betsy-reifman-leadership-award/)
2010 Region I RID Career Achievement Award, Region I conference, Albany, NY (August 15, 2010)
2013 The Honor Society of Phi Kappa Phi, founded to recognize and encourage superior scholarship in all academic disciplines. Faculty invitation.  (April, 2013)
2015 Service Award. Faculty Senate. University of Southern Maine.

**Grant Support:** (currently active grants indicated in ***bold italics***)
| | |
|---|---|
| 1979 | Grant from the **Mellon Foundation** to develop courses in Anthropology and Linguistics at Hampshire College; Course Developed: "Language, Culture and Politics" (with Mark Feinstein and Leonard Glick) |
| l980 | Grant from **New England Telephone** with matching funds from **AT&T** to furnish and equip an American Sign Language Laboratory and set up a regular summer institute at Hampshire College for the study of American Sign Language Linguistics $50,000 |
| 1981-83 | **NIH.** (NS14923), National Institute of Neurological Disorders and Stroke, Processing Units in American Sign Language of the Deaf. Northeastern University. (Co-P.I., with Harlan Lane and Francois Grosjean) $92,080 |
| 1983 | **Biomedical Sciences Grant** #9460 (#RR07142, Dept. of Health and Human Services, Beginnings and Endings of Signs. (with Kerry Green) $2000 |
| 1985-86 | **Biomedical Sciences Grant**, Northeastern University. Research on the Perception, Memory and Semantics of ASL. (with Mordechai Rimor and Dana Ginsberg)$1500 |
| 1985-86 | **RSDF** (Research and Development Fund Grant), Northeastern University. Acquisition of American Sign Language in a Bilingual Environment. $2365 |
| 1984-86 | Also had partial involvement in a multi-user computer grant, a grant to purchase an eye tracker and video equipment, biomedical sciences grant to purchase a spectrograph. (all funded) |

1987    **LSA** Travel Grant to Attend AILA Conference in Sydney Australia. $700.

1989    **NSF** (NSF#89-50-990) Equipment Grant for "Swarthmore Phonetics Laboratory" (Co-P.I., with Donna Jo Napoli) $27,000 **NCSA** Computer Access Grant #12582 from the National Center for Supercomputing Applications 6 hours of supercomputer time, plus 2 hours for students sponsored in subprojects **Sloan Foundation Fund.** For course development: Linguistics 45: Phonetics and Phonology $5000 **Joel Dean Fund.** Summer Research Support. Swarthmore College (Nicaraguan Sign Language Research) $2000 **Faculty Research Support.** Swarthmore College. $1400. **Curricular Development Fund.** Swarthmore College. Psychology/Linguistics 60: Concepts, Word Meaning, and Development (with Debby Kemler-Nelson) $1750

1990-   **NSF.** (NSF#BNS-9000407) The Structured Use of Space and Movement In a Visual Language, $100,000/year (Co-P.I. with Howard Poizner, P.I.)

1991    **NIH-NIDCD.** (NIH# DC 01664) The Neural Basis of American Sign Language. (funded 5 yrs. (7/92-6/97) Annual Costs -$100,021 (Co-investigator with Howard Poizner, P.I.)

1992    **NSF.** (NSF#BNS-9000407) The Structured Use of Space and Movement in a Visual Manual Language (1989-1992; renewal funded for (12/92-11/95), co-P.I., with Howard Poizner) **NIH-NIDCD/NINDS** (NIH# DC01656) (First Award; funded for 5 yrs (9/92-8/97; annual budget $100,000; no cost ext. to 1998) Access to Argument Structure in Agrammatism. (P.I.)

1994    **NSF.** (#**SBR-9410562**) (11/94-10/97). The Architecture of Functional Categories in American Sign Language. ($350,000 over three years; Rutgers subcontract-$164,518; Co-P.I., with Carol Neidle (Boston University) and Otmar Foelsche (Dartmouth College)) http://web.bu.edu/ASLLRP/talks.html

1995    **NSF.** (#**IRI-9528985; IRIS & CDA; CISE Directorate and ARPA**). (10/1/94-8/31/99; no cost extension to 10/31/99) Signstream: A Multimedia Tool For Language Research. Project Director, with Carol Neidle (Boston University), P.I.. Total Costs $748,000; Rutgers Subcontract-$91,000 (Kegl, P.D.). **NSF. (NSF#SBR-9513762)** The Structured Use of Space and Movement in a Visual Manual Language (8/1/96-7/31/99) (P.I) Total costs $384,874. 1997 **Merrill Lynch**. "Language Assessment in Deaf Adults and Children with Atypical Exposure to ASL," $5000.

1998    **NSF.** (#**SBR-9729065**) (4/98-3/01). The Architecture of Functional Categories in American Sign Language. ($350,000 over three years divided between Rutgers and Boston University) (P.I., with Carol Neidle, Co--P.I.; collaborative grant). Total Costs: $350,000. Rutgers Component: $140,000 *Maine Department of Education.* (11/98-6/30) American Sign Language (ASL) English Interpreting (approximately $133,000 annually over 5 years) Co-P.I., with Wayne Cowart, P.I.)

1999    **NSF** (**NSF#SBR-9996330**) The Emergence of a Sign Language in Nicaragua (8/1/99-7/31/00) (P.I Total costs $384,874. [transferred from Rutgers to USM]. *NSF.* (#**SBR-9996297**) (4/99-3/01). The Architecture of Functional Categories in American Sign Language. $140,000 [transferred from Rutgers to USM]

2002    *Maine Department of Education.* **(9/2002-8/2012)** Funding to place 9 working educational interpreters from Maine into a three year, distance education program through the DO-IT Center, Front Range Community College. (2 Cohorts funded, six educational interpreters each.) Currently funded to work with these two cohorts plus 5 additional educational interpreters toward credentialing; to under go accreditation by CCIE, and to develop a Master's program in Educational Interpreting.

**2003**  Subcontract. *U.S. Department of Education* (grant awarded to Brenda Schick and Kevin William (9/03-10/03) "Development of a Cued Speech module for the Educational Interpreter Performance Assessment" Co-PI with Jeanne Krause, University of South Florida)

**2016**  **Penobscot Foundation for Developmental Disabilities.** Grant to *Independence without Fear* (Maine SSP Program). Administered by The Iris Network. $15,000.

**2018**  **Penobscot Foundation for Developmental Disabilities.** Bridge Grant to *Independence without Fear* to purchase Humanity Referral System and cover operations from March-May. $1000

.       USM Community Fund. Grant for $5000 to covering interim program operations to August, 2018.

Research Interests. (**bolding** indicates current research involvement): **Neurolinguistics**: Aphasia, sign aphasia,

Effects of motor disorders on signing, fMRI studies of grammatical and affective facial expression. Phonology: Autosegmental Phonology, SPE phonology, metrical phonology, Three-dimensional phonology, feature geometry **Syntax:** Transformational Grammar, Relational Grammar, **Government-Binding Theory; argument structure;** Psychology/Psycholinguistics: general background, lexical organization and memory, language development, **on-line sentence processing in interpretation**, **language deprivation**; **Cognitive Science:** general background with a focus on Natural Language Processing, dictionaries as linguistic databases, and connectionism; **Linguistics of American Sign Language**: Syntax, phonology, morphology, phonetics, semantics, discourse and narrative structure; Slovenian: Phonology (segmental, syllable structure and accent); code switching Other Sign Languages: **Idioma de Señas de Nicaragua, Peruvian Sign Language**, Sign Language on Martha's Vineyard, Warlpiri Sign Language, Plains Indian Sign Language, Taiwan Sign Language, Brazilian Sign Language (LIBRAS) **Comparative linguistics: American Sign Language and Algonquian Languages (polysynthetic languages);** Sociolinguistics: Conditions on Code Switching; **Pidgins and Creoles. Anthropology:** Folklore, Slovene Folklore and Superstition, **Ethnography**, Archaeology (Industrial Age), **Field Methods** and Anthropological Linguistics, **Linguistic Fieldwork (Nicaragua, Peru). Interpreting:** Processing for simultaneous and consecutive interpreting, pedagogical methods in interpreter training; **The Integrated Model of Interpreting and Process Mediation** for mentoring Interpreters.

Language Interests: **Conversant in**: American Sign Language, Spanish, Nicaraguan Sign Language, Peruvian Sign Language, German, *Slovenian, and *Serbo-Croatian (*limited conversational skills). **Read:** German, Spanish, Slovenian, Serbo-Croatian, limited reading knowledge of Russian and French. **Structure Courses in**: Old English, Middle English and Old Icelandic; Warlpiri, Turkish, and Mandarin Chinese. **Field Methods Courses:** Ngamambo, Kikuyu, American Sign Language, Idioma de Señas de Nicaragua, Langue de Signe Francais, Langue de Signe Quebecois, Taiwan Sign Language. Limited Work in: Warlpiri Sign Language, Plains Indian Sign Language. Recent language study: Abenaki, an Algonquian language of Maine (2 courses).

**Interpreting:** American Sign Language, English; also trained in specialty areas of oral transliteration, Deaf-Blind interpreting, legal interpreting and medical interpreting. Specialized in Postsecondary Education (Linguistics, Psychology, Neuroscience), Conference Interpreting, Legal, and Medical Interpreting.

## Employment:

| | |
|---|---|
| 1974-75 | Research Asst. to Prof. W.O. Beeman, Anthropology, Brown University |
| 1975 | Research Asst. to Prof. George Lakoff. Summer Meetings of the Mathematical and Social Sciences Board (MSSB), University of California at Berkeley |
| 1975-78 | Research Assistant, Research Lab of Electronics, M.I.T. |
| 1976-77 | Research Assistant to Prof. Roger Brown, Harvard University |
| 1976-78 | ASL/English Interpreter (Massachusetts Rehabilitation Commission); state certification |
| 1977-81 | Asst. Professor of Linguistics, School of Language and Communication, Hampshire College, Amherst, Mass. |
| 1978 | Sign Language Instructor. School of Social Work, Smith College |
| 1978-pres. | Professional freelance ASL/English Interpreter |
| 1980 | Research Associate in the Psychology Dept., Northeastern |
| 1981-87 | Asst. Professor of Psychology, Psychology Dept., Northeastern |
| 1986-87 | Visiting Asst. Professor of Psychology, Princeton University |
| 1987 | Visiting Asst. Prof., Linguistics, Univ. of Pennsylvania (1 course) |
| 1987-88 | Lecturer (Asst. Prof. Level), Psychology and Linguistics, Princeton |
| 1988-90 | Associate Professor of Linguistics and Psychology, Swarthmore College |
| 1990-92 | Senior Postdoctoral Fellow, Cognitive Neuroscience Laboratory, Center for Molecular and Behavioral Neuroscience, Rutgers University, Newark Research |
| 1992-98 | Assistant Research Professor of Neuroscience, Center for Molecular and Behavioral Neuroscience, Rutgers University, Newark |
| 1998-2000 | Associate Professor of Linguistics, Linguistics Program, University of Southern Maine, Portland, ME |
| 1990-pres | Expert Witness and Language Consultant, Linguistic Consulting Services (ADA cases |

(medical, educational, law enforcement, employment), competency, etc.) New Jersey, New York, Maine, Minnesota, California, Florida, Massachusetts, Minnesota, Arizona, Connecticut, Oregon, Louisiana, Wisconsin, Illinois and Georgia. (colleagues: Amy June Rowley, Romy Spitz, Anne Marie Baer, Betty Colonomos, Eileen Forestal

1999-2000    Associate Professor of Linguistics, University of Southern Maine
2000-pres    Professor of Linguistics, University of Southern Maine

Other University Affiliations:

| 1997-2007 | City University of New York Adjunct member of the doctoral faculty of the Graduate School and University Center's Ph.D. Program in Speech and Hearing Sciences, Language Sciences | supervision of doctoral thesis by Elizabeth Galletta: *On-line Sentence Processing of Agreement in American Sign Language (ASL)* (not continued) |
|---|---|---|
| 2003-2011 | The Union Institute and University Field Faculty Advisor | Brian Edward Cerney PhD, 2004, *Relayed Interpretation from English to American Sign Language via a Hearing and a Deaf Interpreter* Alysse Rasmussen, Ph.D. (resigned) Brooke Macnamara, M.A, *Interpreter Cognitive Aptitudes* (2008) |
| 2005 | University of the Basque Country Visiting Professor of Linguistics | Summer course: *Contrastive Analysis of Signed and Spoken Languages* |
| 2005-2008 | The University of Texas at Arlington Special Member of the Graduate Faculty Department of Linguistics and TESOL | Traci Weast, Ph.D. (2008), *How the face works in American Sign Language* |
| 2006-2016 | The University of Northern Colorado College of Education and Behavioral Science; Adjunct faculty member. | Facilitator for Legal Interpreter Certificate Program; Course: INTR 480 *Introduction to the American Legal System* (Spring 2006); INTR 483-900 Internship: Skills Development in Legal Interpreting (Spring 2013) |
| 2012-2014 | The University of Northern Florida, Adjunct faculty member | Graduate courses in interpreting: INT 6277 Expansion and Compression, INT 6435 Mental Health Interpreting |

Teaching Experience:

1976          **Massachusetts Institute of Technology**
              **Position: Graduate student**
              I.A.P. Course: Field Methods in American Sign Language

1978-81       **Hampshire College, School of Language and Communication**
              **Position: Assistant Professor of Language and Communication**
              LC 195 American Sign Language and Its Structure (Fall 1978, 1979, 1980)
              LC 171 Language, Culture and Society (Fall 1978)
              LC 109 Animal Communication (Spring 1979)

LC 295 Controversial Issues in ASL Linguistics (Spring 1979)
LC 295 Psycholinguistics of ASL (Spring 1980)
LC 226 Theory of Language: Phonology part of course (Fall 1980)
LC 331 Integrative Seminar: Language in Context (Fall 1980)

1979     **Smith College, School of Social Work**
       **Position: Visiting Instructor**
       Intermediate American Sign Language (co-taught with Linda Carroll Harris, R.S.C.)

1983     **Boston University**
       **Position: Adjunct Assistant Professor of Deaf Studies**
       The Structure of American Sign Language (co-taught with Robert Hoffmeister and James Gee)

1980-86   **Northeastern University, Department of Psychology**
       **Position: Assistant Professor of Psychology**
       19.990 Special Topics in Psychology: Unsolved Problems in ASL Linguistics (Winter 1980)
       19.154   Linguistics of American Sign Language (Winter 1981, PSY1363 Fall 1981, Spring 1983, Winter 1985, Fall 1985)
       19.235   Animal Communication (Spring 1981, Fall 1982, Fall 1985 (with Harlan Lane))
       19.930   Graduate Seminar in ASL Linguistics (Fall 1981)
       19.930   The Structure of ASL (grad. course) (Winter and Spring 1983)
       19.931   Special Topics in ASL Linguistics: The Locative Hypothesis and Spatial Notions in Language (Winter and Spring 1983)
       19.182   Neurolinguistics/Language and the Brain (Winter 1982, Winter 1983, Spring 1986)
       19.152   Phonetics and Phonology (Spring 1982, Spring 1986)
       no num.   Informal Seminar on Language Acquisition (Northeastern University and Boston University, Winter and Spring 1982)
       19.817   Graduate Proseminar in Language and Cognition (Fall 1982)
       PSY1263   Child Language (Spring 1985)
       PSY1112   Foundations of Psychology 2 (Spring 1985, Winter 1986)
       PSY1663   Seminar in Linguistics (Fall 1985)
       ENG1118 Introduction to Linguistics (Winter 1985)
       ASL1401 American Sign Language Literature (Winter 1984,1985) [with Marie Jean Philip]

       Computer Courses: XYWRITE (seminars for Northeastern faculty and staff, word processing, Winter 1986, Spring 1986)

**1986-88**   **Universidad Centroamericana, Managua, Nicaragua (summer)**
       **Position: Visiting Professor of Linguistics**
       Linguistics Institute: Structure of Nicaraguan Sign Language (Field Methods) Sponsored by: Lingüistas Pro Nicaragua, July, 1986)
       Nicaraguan Sign Language for Vocational Teachers (Instituto Nicaragüense de Seguridad Social y Bienestar; Centro Ocupacional para Discapacitados (Nicaraguan Institute of Social Security and Benefits, Occupational Center for the Handicapped); in conjunction with fieldwork conducted at the school aimed at the development of dictionary and Grammar of Lengua de Signos Nicaragüense

1987-88   **Princeton University, Linguistics Program and Psychology Dept.**
       **Position: Assistant Professor of Linguistics and Psychology (visiting first year)**
       LING531 Advanced Phonology Seminar (Fall 1986)
       LING302 Introduction to Syntax (Spring 1987)
       LING301 Phonetics and Phonology (Fall 1987)
       LING213 Introduction to Linguistics (Fall 1987)

PSY309 Psychology of Language (Spring 1987, 1988)

1987     **University of Pennsylvania, Department of Linguistics**
**Position: Visiting Assistant Professor of Linguistics**
LING 242 Linguistics of American Sign Language (graduate) (Fall 1987)

**1988-90**     **Swarthmore College, Departments of Linguistics and Psychology**
**Position: Associate Professor of Linguistics and Psychology**
Ling 1 Introduction to Linguistics (Fall 1988)
Psych 1 Introduction to Psychology (Attachment: "Language and Thought when the
    System Breaks Down") (Fall, Spring 1988)
Psych 34/Ling 34 Psychology of Language (Spring 1989)
Ling 41 Linguistics of American Sign Language (Spring 1989)
Psych/Ling 60 Concepts, Word Meaning and Development (Fall 1989)
Psych/Ling 107 Psycholinguistics Seminar (Fall 1989)
Psych 6 Critical Issues in Cognitive Science (Fall 1989)
Ling 40/Phil 40 Semantics (Fall 1989)
Ling 45 Phonetics and Phonology (Spring 1990)

1994-pres     **Position: President of Nicaraguan Sign Language Projects, Inc.**

Coordinated a week long intensive immersion program in Bluefields, Nicaragua for Deaf home
signers and their families to establish their first contact with a formal signed language, Nicaraguan
Sign Language. Sponsored by Los Pipitos, Bluefields. (with James Shepard-Kegl, Gene Mirus, three
Deaf representatives of Associación Nacional de Sordos de Nicaragua (ANSNIC), and an
ISN/Spanish interpreter). December 31-January 7, 1995.

Visiting professor. (July 17-August 26) Escuelita de Bluefields, Bluefields, Nicaragua.
Intensive Summer Sign Language program for Deaf homesigners and their families. June 23-August
30, 1995; Summer 1996 , July-August 1997.

Coordinator and co-teacher: Sign Immersion Workshop, Condega, Nicaragua.
December 15-20, 1998. (Part of Hurricane Mitch Relief: two Deaf instructors, 27 deaf
students (home signers), their parents and siblings). Sponsored by Los Pipitos, Condega.

1990-1991     **Rutgers University, Center for Molecular and Behavioral Neuroscience**
**Position: Senior Postdoctoral Fellow (1990-91)**
**Position: Research Assistant Professor of Neuroscience (1991-98**)
Foundations of Neuroscience: Cognition and Language Component (Spring 1992-1998)

1998-pres.     **University of Southern Maine (linguistics, ASL structure, interpreting)**
**Position: Associate Professor of Linguistics (1998-2001; sabbatical 2005-06)**
**Full Professor of Linguistics, with tenure (2001-present)**
LIN 105 Contrastive Analysis: American Sign Language and English (Fall 2013, 2014, 2015; 2017-2021)
EYE 124 The Birth of a Language in Nicaragua (Fall 2009)
LIN 112E Analyzing Language: The Emergence of a Signed Language in Nicaragua (Fall 2007, 2008)
LIN 112 Interdisciplinary Perspectives on the Birth of a Language (Spring 2014, 2015, Sum 2016; Fall
    2016, 2017-2019; Spring 2020-2022, planned summer 2023)
LIN 185J Language, Mind and Society (Spring 1999; Fall 1999) with Dana McDaniel and Wayne
    Cowart
LIN 299 Language and the Brain (Spring 1999)
LIN 310 Signs of Language in the Brain (Fall 1999; Spring 2000; Fall 2002; Fall 2003; Fall 2004; Fall
    2018, with Romy Spitz; Spring 2020-2023)

LIN 232 Introduction to Educational Interpreting (Fall 1999-ITV course; Spring 2000-ITV course; Spring 2001-ITV course; summer 2001-immersion course)

LIN 305 Contrastive Analysis: ASL and English (Fall 1999; Spring 2000 –ITV course with Jimmy Challis Gore; Fall 2001; Fall 2002; Fall 2003; Spring 2004; Spring 2005; Fall 2006; Spring 2008 (on-line); Spring 2009 (face to face and on-line); Spring 2010; Spring 2011 (face-to-face and on line)

LIN 315 Field Methods (Spring 2000 [Idioma de Señas de Nicaragua], Spring 2002) [Idioma de Señas de Nicaragua]; Spring 2004)

LIN 231/331/425 Interpreting Immersion Summer Session (Coordinated program and co-taught courses with James Lipsky, CDI-P and Mary Jane Olson Summer 2000; summer 2001; supervised a similar interpreter immersion in Bangor March-April 2001 with Jane Hecker-Cain CSC, CI,CT and James Lipsky, CDI-P); summer 2002 (with Lipsky and Olson; summer 2003 (with Olson)

LIN 236 Not Yet Ready for Prime Time Interpreting (2012-present)

LIN 321 Advanced American Sign Language I: Literature (Spring 2000 with Roxanne Baker)

ASL 301 American Sign Language Literature in ASL  (Spring 2009 with Regan Thibodeau) Spring 2012)

ASL 302 American Sign Language Linguistics in ASL (Fall 2010, Spring 2011, 2013; 2015)

ASL 416 American Sign Language Linguistics in ASL (2018)

LIN 599 American Sign Language Linguistics in ASL for ASL Teachers (Spring 2016)

LIN 332 Consecutive Interpreting and Deaf/Hearing Teams (Fall 2000 with Lois Morin; Spring 2002; Spring, 2003 with Guillaume Chastel; Fall 2012 with Stacey Bsullak; Fall 2017 with Regan Thibodeau)

LIN 333 Interpreting: Source Language English (Spring 2009 with Ann Swope)

LIN 334 Interpreting: Source Language English (Fall 2000; Spring 2002; Spring 2003; Spring 2004; Spring 2005; Fall 2008 to 2022)

LIN 336 Observational Internship (2012-2022)

LIN 401-404 Foundations of Interpreting I-IV (offered each semester, including summer (Spring 2009-pres)

LIN 425 Advanced ASL Syntax (Spring 2001)

LIN 425 Preparation for the RID Written Exam (Fall 2001; Spring 2002; Fall 2003; Spring 2004; Spring 2008 (on-line); Spring 2011)

LIN 425 Foundations of Interpreting I (Spring 2008, Fall 2008 with Betty Colonomos)

LIN 425 Foundations of Interpreting II (Spring 2008, with Betty Colonomos)

LIN 299 Remedial ASL (Summer 2002) with Guillaume Chastel

LIN 335 Advanced Interpreting: Source Language ASL (Summer 2001; Summer 2004; Summer 2005; Fall 2006; Fall 2007; Spring 2008)

LIN 399 Advanced Interpreting Lab: Source Language ASL (Spring, 2003)

LIN 399 Not Yet Ready for Prime Time Interpreting Program (Spring, 2010; Spring 2011; Spring 2015; Fall 2016)

LIN 411 Practicum 1 (2001-2012; 2013 (supervision); Spring 2014)

LIN 412 Practicum 2 (2001-2003, 2006 2009-2012; 2013; Spring 2014)

LIN 413 Supervised Mentoring (Fall 2002, 2003; 2004)

LIN 415 ASL Literature in ASL (Spring 2018)

LIN 499 Supervised Interpreting (2001, 2002, 2003; 2004)

LIN 422 A Cognitive Perspective on Syntax (Spring 2010-2017 with Wayne Cowart and Dana McDaniel)

LIN 434 Research Practicum (Spring 2010-present; 2018 with Regan Thibodeau)

LIN 435 Advanced Interpreting + practicum/research (Spring 2010-2015; 2017-2023)

LIN 436 Advanced Interpreting and practicum II (Spring 2012-2023)

LIN 425 Deaf-Blind Interpreting and Service Support Professional Immersion (Summer 2010)

LIN 425 Deaf-Blind Interpreting (Summer 2012)

LIN 425 Sighted Guide (SSP) Technique and Deaf Blind Interpreting Summer 2012; Summer 2013)

LIN 425 Sighted Guide Technique (Summer 2012, (supervision; instructors Roger Poulin and Veronica Lepore), Fall 2013; Summer 2013)

LIN 425 Medical Interpreting I, The Essential Piece (Summer 2013; Fall 2014; Summer 2016; Spring 2017; Summer, 2018; Fall 2018; Fall 2019 with Meryl Troop, planned summer 2023)

LIN 425 Medical Interpreting II, Medical Terminology (Spring 2015; Summer 2016, 2017; Spring 2018,

    2019, with Meryl Troop)
LIN 425 Service Learning: Preparation for the Deaf Blind Retreat, Seabeck, WA (Summer 2013, 2014, 2015)
LIN 425 Sight Translation (Fall 2022)
LIN 499 Seminar in Syntax: Wh-Movement (Spring, 2018; with Sandra Wood, Dana McDaniel, and Jeanne Heil)
LIN 423 Seminar in Syntax: Pronouns (Spring, 2019; with Sandra Wood, Dana McDaniel, and Jeanne Heil)
EPB 500 Mentoring I: Guided Self-Assessment (2004-present)
EPB 501 Mentoring II: Talking about the work for seasoned interpreters (2004-present)
EPB 502 Mentoring III: Continued Process Mediation (2004-present)

    Plus numerous internships and independent studies.

1999-2004  Governor Baxter School for the Deaf, Outreach Center. Faculty member ASL
2000-pres.  Freelance Interpreter (specializing in medical and legal)
           Pine Tree Society Interpreting Services
           Certified Interpreting
2006-2018.  Contract Medical Interpreter, through Certified Interpreting (Maine Medical Center and affiliated sites; one day per week)

Immersion weekend (Summer 1999; 2000; 2001; 2002; Winter 2004)

2006-2008,  University of Northern Colorado, Adjunct Faculty, Legal Interpreter Certificate Program
2013        INTR 480 Overview of Interpreting in the American Legal System (Section Facilitator) (Summer 2006); Skills Course (Mentor) (Spring 2007); !NTR 483/900 Internship: Skills Development Legal (graduate level, Spring 2013)

2011-2012  Governor Baxter School for the Deaf.  One-year course for faculty and staff.  How ASL and English Differ.

**Teaching supervision:** Supervise all ASL (until 2002) and interpreting related courses at the University (to present).

**Research supervision: Postdoctoral fellow**: Dr. Romy Spitz (Cognitive development in home signers and late learners; 1998-2000); **Research Assistant:** Helen Stickney (Linguistics of Nicaraguan Sign Language; 2000-2001).

**Doctoral dissertation work**: Mary Jack (research supervisor/committee chairperson, Ph.D. dissertation: Arguments Structure and Circumlocution in Aphasic Subjects--Psychology Department, Rutgers 1997-1998); Elizabeth Galletta (research supervisor/committee member, Ph.D. dissertation: On-line sentence processing in ASL -CUNY Graduate Center and University Center's Ph.D. Program in Speech and Hearing Sciences, New York, NY 1996-1999); Alysse Rasmussen (The Union Institute and University, 2008-2011), *Proficiency level differences between adult hearing mono- and bilinguals after one year of study of ASL.*

**Doctoral dissertations completed:** Psychology Dissertations (Committee member): Mordechai Rimor (completed 1983); Kerry Green (completed 1984); Charles Rosenberg (completed 1987); Walter Charles (completed 1988). Linguistics dissertations: Deborah Aarons (committee member, Ph.D dissertation (completed 1994): Aspects of the syntax of American Sign Language—Linguistics Program, Boston University; Ann Senghas (research supervisor/committee member, Ph.D. dissertation (completed 1995): Children's Contribution to the Birth of a Language—MIT, Dept. of Brain and Cognitive Sciences; Benjamin Bahan (committee member Ph. D. dissertation (completed 1996): Non-manual realization of agreement in American Sign Language—Linguistics Program, Boston University; Dawn MacLaughlin (committee member, Ph.D. dissertation (completed 1997): The Structure of Determiner Phrases in American Sign Language--Linguistics Program, Boston University; Ruth Grossman (Research supervisor/committee member, Ph.D. dissertation completed April 2001), A Behavioral, Coding, and Neuroimaging Analysis of Facial Expression in Deaf and Hearing Signers of American Sign Language—Boston University, University Professors Program; Brian Cerney, Ph.D., Deaf/Hearing Team Interpreting, (committee

member, The Union Institute (2004); Traci Weast, Univ. of Texas at Arlington (2008), *Questions in American Sign Language: A quantitative analysis of  raised and lowered eyebrows.*
**Master's work completed:**  Brooke Macnamara, (Vermont College of Union Institute and University, 2007). *Aptitudes predictive of successful outcomes for the training of ASL/English Interpreters.*

**Graduate student advising**: Michael Patterson (CMBN)--evolution and neurological correlates of language; Martha Tyrone (CMBN)--Fingerspelling in signers with Parkinson's disease; Helen Stickney (USM)—syntax of Nicaraguan Sign Language, and above.

**Undergraduate interns**: Silvana Mastrolia (argument structure and bilingual aphasia); Dani Nightingale (aphasia); Rebecca Damon (ASL acquisition); Allison Faunce (neurolinguistics); Sarah Eberhardt (William's Syndrome); Jeremy Federman (Landau-Kleffner Syndrome); Saamanta Serna, Corinna Dauber (Nicaraguan Sign Language, fieldwork at Escuelita de Bluefields. Bluefields, Nicaragua); Shannon McHale (Peruvian Sign Language and American Sign Language research); Polly Lawson (Peruvian Sign Language)

Professional Activities:
**Consulting:**

| | |
|---|---|
| 1976-77 | Boston Regional Language Committee (language curriculum for Deaf children; Newton North High School Deaf program) |
| 1976-78 | Linguistics consultant to Prof. Roger Brown, Psychology Dept., Harvard University (ASL Research) |
| 1979-80 | Linguistics consultant to Prof. Harlan Lane, Psychology Dept., Northeastern University (ASL Research) |
| 1980 | Linguistics consultant to the ASL Laboratory at the Salk Institute, La Jolla California (ASL Research; one week) |
| 1981-85 | Linguistics consultant to Charlotte Reed and Nathanial Durlach, M.I.T. (Research on tactile communication in speech and signing of Deaf-Blind signers) |
| 1980-84 | Member of the Advisory Committee for the Deafness Communication/ Interpreter  Training Program, Northern Essex Community College, Haverhill, MA |
| 1982-85 | Affiliated faculty member in the Deaf Studies Masters Program in the School of Education at  Boston University |
| 1988-90 | Consultant to Bell Communications Research--participating in research and development activities in the field of Artificial Intelligence Consultant to the Cognitive Science Laboratory, Princeton University--continuation of research with Prof. George Miller on Lexical Memory |
| 1990-92 | Consultant to Judith Orasanu, Army Research Department(1990-91), NASA (1991-92).  Research on discourse interaction/problem resolution in two person flight crews. |
| 1990-91 | Consultant/Expert Witness to Public Defender (NJ); Language Skills Assessment |
| 1991-92 | Consultant to Judith Mounty, Sign Assessment, Inc.--checklist for ASL development. |
| 1987-95. | Major Linguistic Consultant to Equinox Films, concerning the production of four films on language (3 currently airing on PBS) |

The Human Language Series:
*Part One: Discovering the Human Language: "Colorless Green Ideas"*
*Part Two: Acquiring the Human Language: "Playing the Language Game"*
*Part Three: The Human Language Evolves: "With and Without Words"*

| | |
|---|---|
| 1992-94 | Consultant to Educational Testing Services, Princeton (sign language assessment and videodisc technology) |
| 1993-94 | Resource advisor to the Public Advocate's Office and to the State Department of Mental Health and Hospitals with regard to the development of means to evaluate and provide adequate services to Deaf individuals entering the mental health system |
| 1994-pres. | Language evaluator, Individual Educational Plan (for home signers, late-learners, and fluent signers of ASL); school districts in New Jersey, Pennsylvania, and Maine. |
| 1995-pres. | Language assessment of Deaf adults in the context of legal proceedings (expert witness)—approximately 125 cases to date (New Jersey State Prosecutor's Office, Superior Court of |

Monmouth County; Clara R. Smit, Attorney at Law, NJ and FL; Dierdre Smith, Attorney at Law; Judith Plano, Attorney at Law, ME; James Moore, Assistant District Attorney, U.S. Dept. of Justice, Roderick McPherson, Minnesota Disability Law Center; Kristin Aiello, Deaf Rights Maine; Sharon Caserta, Esq., FL; Andrew Rozynski, Eisenberg and Baum; ACLU & NAD in NAD v. Trimp; , Ian Hoffman, Arnold & Porter; Andrew Bizer and Garrett DeReus, LA; Arizona Disability Group; California Department of Developmental Services; Edward Zwilling, Esq., AL; Michael, Edward, Esq., MA; Whitney Hall, Esq., Cedar Law, CA; Fabian Zazueta, Esq., AZ;  University of Maryland Law Clinic; Louisiana Fair Housing; inter alia.

| 1998-pres | Local Test Administrator for the Registry of Interpreters for the Deaf, and Regional Test Site Coordinator |
| 2002-pres | Local Test Administrator for the Educational Interpreting Performance Assessment; applying to administer knowledge test as well (2022) |
| 2003-2005 | Consultant to Dr. Brenda Schick and Kevin Williams for development of the Cued Speech module of the Educational Interpreter Performance Assessment (with Dr. Jean Krause)-module completed 2005 |
| 2003-2007 | Consultant to Dr. Sudeep Sarkar, University of Southern Florida for research on stereo processing of multi-channel ASL sentences in development of an interactive ASL information kiosk for use at airports (NIH grant; with Brenda Schertz) |
| 2004-2007 | CIT representative to the Commission for Intercollegiate Education for development and implementation of an accreditation system for Interpreter Training Program in the U.S. and Canada, and appointment of the first independent Board of Commissioners (transition appointment) |
| 2008-pres | CCIE, rater |
| 2010-2014 | Commissioner, Collegiate Commission on Interpreter Education (CCIE); Secretary 2012-2014) |
| 2006-pres | Member of the Advisory Board of the National Cued Speech Association |
| 2005-2006 | Member of committee developing a Medical Interpreting Curriculum for spoken and signed language interpreters in Maine (USM, UNE, Catholic Charities, Maine Medical Center, Office of Immigrant and Multicultural Services, LANA (Language Access for New Americans, AHEC (Area Health Education Center), etc. |
| 2010-pres | Founding member of Independence Without Fear, Maine's Support Service Provider Project, The Iris Network, Portland, ME.  Approved Support Service Provider 2010-present. SSP/DB Interpreting Evaluator 2012-pres.) |
| 2011-2015 | Volunteer SSP and Deaf Blind Interpreter, Deaf Blind Retreat, Seabeck, WA. |
| 2017 | Consulting Expert for the Certificate in Healthcare Interpreting Written Test |
| 2017-pres | Advisory Committee for Maine Licensure: American Sign Language Interpreters |
| 2018-pres | Registry of Interpreters for the Deaf, Legal Credentialling Task Force |
| 2019-2021 | American Sign Language Linguistics Consultant, INTEL. |
| 2022 | Certification Commission for Healthcare Interpreters Language Proficiency for Interpreters (LPI) Task Force |

**Reviewing:**

**Editorial Board:** *Discourse Processes (1987-1991), Behavioral and Brain Sciences, Psycholoquy* (linguistics, psycholinguistics, sign language)

**Granting Agencies:** National Science Foundation, NIH--National Institute of Neurological Disorders and Stroke (grant evaluator, site visitor, ad hoc representative to Evaluation Committee B); National Institute on Deafness and Other Communication Disorders (grant evaluator--small grants; review panel; site visitor for Center Grants), American Association of University Women (pre-doctoral fellowships);Australian Research Council, Department of Employment, Education and Training, Large Research Grants Program; Engineering and Research Council Grants (England); Research and Scholarship Development Fund (Northeastern); The Wellcome Trust (England); Scientific Research Foundation (China).

**Journals:** *Cognition, Computational Linguistics, Journal of Speech and Hearing Disorders, Natural Language and Linguistic Theory, Journal of Phonetics, Language, International Journal of Sign Language Research, Restorative Neurology and Neuroscience, Phonology Yearbook, Journal of Pragmatics, Brain and Language, Journal of Cognitive Neuroscience, Current Anthropology, Journal of Linguistics, Neuropsychologia, Brain and Cognition, Journal of Interpreting, Syntax, Journal of Expertise, Society for American Sign Language Journal, Syntax,*

**Publishers:** McGraw Hill, MIT Press, Harper and Row, National Textbook Company, Oxford University Press,

Cambridge University Press, Wiley.

**Conferences:** BU Language Development Conference, NorthEastern Linguistic Society, MIT Student Conference in Linguistics, Theoretical Issues in Sign Language Research, TENNET (Theoretical and Experimental Neuropsychology), Evolution of Language Conference, West Coast Conference on Formal Linguistics (WCCFL), Linguistic Society of America, World Association of Sign Language Interpreters (WASLI)

**Conference Organizing:** 1977 Coordinator of the Seventh Annual Meeting of the North Eastern Linguistics Society, Cambridge, MA 1978 Coordinator of the M.I.T. Symposium on Sign Language Linguistics, Cambridge, MA 1979 Local arrangements committee for the winter meetings of the Linguistic Society of America, Boston, MA 1981-82 Symposium on American Sign Language sponsored by the Sign Language Programs, Northeastern University, Boston, MA (May, 1982). 1986-87 Conference on Linguistics in the Undergraduate Curriculum, Princeton University, March 1987. 1996-pres. Program Committee, TENNET (Theoretical and Experimental Neuropsychology) conference, Montreal 1999-2000 Advisor to the program committee for the 2000 annual meeting of the Linguistic Society of America; *Beyond the Standards*, Advanced Interpreter Training and Standards for Legal Interpreters (2007-2008: Nov. 9-11, Jan. 26-27, March 28-30, May 30-June 1, co-organizer with Denise Martinez)

**Current Membership in Professional Organizations:** Linguistics Society of America, American Psychological Society, Academy of Aphasia, Society for Neuroscience, Cognitive Neuroscience Society, International Society for Women in Cognitive Neuroscience, American Association for the Advancement of Science, National Registry of Interpreters for the Deaf, Maine Registry of Interpreters for the Deaf, American Sign Language Teachers Association, National Association of the Deaf, Conference of Interpreter Trainers, Mano a Mano (Trilingual Interpreters); NAOBI (National Alliance of Black Interpreter, WASLI (World Association of Sign Language Interpreters); Member NCIHC (National Council on Interpreting in Health Care); Member IMIA (International Medical Interpreters Association), Collegiate Commission on Interpreter Education (2006-2014; Commissioner (2009-2014; Secretary 2011-2014); SSR evaluator; site visitor).

**Positions held:**

**Interpreting**--Vice President of the Massachusetts Registry of Interpreters for the Deaf (1981-82) and Chairperson of the Interpreter Evaluation Committee (1981-83), Local Test Administrator (1999-pres.), Coordinator of Regional Testing Supersite for the National Testing System of RID (2000-pres.); NJ Registry of Interpreters for the Deaf (1992-93; Chairperson of ByLaws Committee, 1994-96); Region I Representative to the Council of Interpreter Trainers; member of the professional standards committee (2002-2003); Chairperson of the Standards Committee (2003-2004); CIT-CCIE Committee on Collegiate Interpreter Education Work Group (for development of national accreditation for interpreter training programs) (2004-2006); CCIE Commission on Collegiate Interpreter Education (2008-2014;  SSR rater and site visitor); Maine Registry of Interpreters for the Deaf (President elect May 2010-2012; Legal Representative 2018-present)

**Linguistics**--appointed 1993-2000 by the Executive Committee of the Linguistics Society of America to be on the Advisory Committee on Social and Political Concerns; Member at Large, Section Z for the American Association for the Advancement of Science (AAAS), elected 2003-2008)

**Neuropsychology**--TENNET (Theoretical and Experimental Neuropsychology Conference, program committee (appointed 1996); Academy of Aphasia, membership committee (appointed 1994-1997)

**Administration:**

1974-75    Brown University Student Representative to the
           Linguistics Department

1976-77    Massachusetts Institute of Technology
           Student Representative to the Linguistics Department

| | |
|---|---|
| 1978-81 | Hampshire College |
| | 1978-79 Five College Linguistics Committee (Hampshire College Rep.), Educational Studies Committee, Academic Advisor |
| | 1979-80 Five College Linguistics Committee, Educational Studies Committee, Academic Advisor, Chairperson of Linguistics Position Search Committee, College Senate |
| | 1980-81 Five College Linguistics Committee, Academic Advisor, College Senate, Affiliated Faculty in Cognitive Science Program, U Mass, Amherst |
| 1981-85 | Northeastern University |
| 1981-82 | College Council, Linguistics Program Committee, Undergraduate Advisor (Psychology), Graduate Admissions Committee (Psychology), Chairperson of Cognitive Psychology Position Search Committee |
| 1982-83 | College Council, Linguistics Program Committee, Director of the Undergraduate Linguistics Program, Undergraduate Linguistics Advisor, Undergraduate Curriculum Committee (Psychology), Academic Advisor (psychology) |
| 1983-84 | Graduate Admissions Committee (Psychology), Linguistics Program Committee, Academic Advisor (Psychology)1984-85 Coordinator of the Psychology Colloquium Series, Linguistics Program Committee 1985-86 Linguistics Program Committee, Undergraduate Curriculum Committee (psychology), College Honors Committee (elected position) |
| 1987-88 Princeton University |
| | 1987-88 Cognitive Science Committee, Linguistics Program Committee |
| 1988-90 Swarthmore College 1988-90 Linguistics Program Committee 1989-90 Academic Advisor (linguistics), Director of Phonetics Laboratory and American Sign Language Laboratory, Linguistics Search Committee, Developmental Psychology Search Committee, Computer Science Search Committee |
| 1986-pres. | Nicaraguan Sign Language Projects, Inc.  Director of Project, President of the Board of Trustees. Supervision of Postdoctoral Fellow: Dr. Romy Spitz (Cognitive development in Nicaraguan home signers; University of Southern Maine, 1998-2000). Research Supervisor: Ann Senghas (1990-pres.; Doctoral dissertation, M.I.T., 1995); Richard Senghas (1991-pres.; Master's Thesis, anthropology, (1992); Doctoral Dissertation, Anthropology, Univ. of Rochester, expected 1997); Jane D'Alonzo (Senior Thesis, Linguistics; 1989) Cynthia Norman (Senior Thesis, Northeastern Univ.; 1988); Independent Studies: Ute Fischer, Princeton Univ. (1987) Josep Fontana, Megan Moser, lingusitics, Univ. of Pennsylvania (1988); Katharine Hind, anthropology, Univ. of Edinburg (1988); Gayla Iwata, linguistics (1989-90), Alice Turk, Princeton Univ. (1989); Gene Mirus, anthropology, Univ. of Texas, Austin (1994-95); Gary Morgan, linguistics, Univ. of Bristol, UK (1995), Jill Morford, psychology, McGill University, CA (1995), Darline Clark, Deaf Action Committee for SignWriting (1996); Rodolfo Celis, linguistics,University of Chicago (1996); Jennifer Doscher, The Learning Studio (1996); Janice Vasquez, linguistics, California State University at Dominguez Hills (1996-1997; Master's Thesis, English (TESL), "Literacy in Nicaraguan Sign Language: Assessing Word Recognition Skills at Escuelita de Bluefields (1997) ). |

**1998-pres. University of Southern Maine**

| | |
|---|---|
| 1998-pres. | Director, Signed Language Research Laboratory and Coordinator of the ASL/English Interpreting Track of Linguistics major, Academic Advisor to students in the ASL/English Interpreting Track; Practicum and Internship Supervisor for placements of advanced interpreting students |
| 1999-2003; 2007-2011. | Curriculum Review Committee, College of Arts and Sciences |
| 2005-2006 | USM representative to interagency committee to develop a Medical Interpreting Program for signed and spoken language interpreters in Maine |
| 2010-2011 | Faculty Senate, Proxy for Peter Aicher, College of Arts and Science |
| 2011-2017 | Faculty Senate, School of Science, Technology and Health (CSTH) |
| 2011-2013 | Faculty Ambassador, Center for Educational Technology |

2019-pres   Patient Safety Committee
2019-pres   Interprofessional Education Committee with School of Nursing  and Athletic Training
2020-pres   Math Preparation Committee, CSTH

**Service to the State of Maine (legislative appointments):**
1999-2002 Member of the Maine Educational Assessment Advisory Committee
2000-2003 Member of the Needs Assessment Team for the Governor Baxter School for the Deaf
2010-pres USM representative to the Organizing Committee for Independence without Fear (Service Support
        Provider Program for Deaf-Blind and dual sensory impaired individuals in Maine in collaboration with
        The Division of the Deaf , Hard of Hearing and Late Deafened; The Division of the Blind and Visually
        Impaired, The Iris Network, and the Helen Keller National Center; Director of *Independence without Fear*
2011-2012 Commissioner, Division of the Deaf, Hard of Hearing and Late Deafened (Dept. of Labor)

**Service to the Community:**
1998-2001 Member of the Deaf Advocates Group (DAG) in the capacity of a service provider in interpreter
          training
2001-pres. Member of the Deaf Resources Group (DRG) in the capacity of a service provide in interpreter training
2003-pres. Member of the Legal Interpreting Committee (Maine)
2010-2012  President, Maine Registry of Interpreters for the Deaf; 2012-2014. Chair of the Professional
          Development Committee; Second term as Medical Representative)
2009-present Founder and Board Member of *Independence without Fear*, Maine Support Service Provider Program
          for DeafBlind individuals and Dual Sensory Impaired individuals. Director (2017-2022)

**National Service:**
1999-2020  Supersite director for RID and EIPA Testing; RID LTA
2006-pres  Rater/Site Visitor for CCIE Accreditation (have not has assignments since 2014)
2010-2014  Commissioner, Collegiate Commission on Interpreter Education
2020-pres  Member, Registry Interpreters for the Deaf SC:L Task Force (to determine new credentialing for Legal
          Interpreters.

**International Service:**
1995-pres.  Coordination and funding of educational programs for Deaf individuals in Nicaragua
2009-2020   Advisor to Congressman Urtecho (to 2009), Peru and to programs supporting Deaf Peruvian Signers
          in Peru

<u>**Publications:**</u>

**Articles in Refereed Journals (33)**

1.     Kegl, J.A. and N. Chinchor. 1975. A Frame analysis of American Sign Language. *American Journal of
       Computational Linguistics*, Microfiche 35. pp. 84-96.

2.     Gee, J. and J.A. Kegl. 1982. Semantic Perspicuity and the Locative Hypothesis: Implications for
       Acquisition. *Journal of Education*, vol.164, no. 2, pp. 185-209.

3.     Gee, J. and J.A. Kegl. 1983. Narrative/Story Structure, Pausing and American Sign Language.
       *Discourse Processes*, vol. 6, pp. 243-258.

4.     Rimor, M., J.A. Kegl, T. Schermer and H. Lane. 1984. "Natural Phonetic Processes Underlie Historical
       Change and Register Variation in American Sign Language." *Sign Language Studies*, vol. 43, pp. 97-119.

5.     Atkins, B., J. Kegl and B. Levin. 1988. Anatomy of a Verb Entry: From Linguistic Theory to
       Lexicographic Practice. *International Journal of Lexicography*, vol. 1.1. pp. 84-125. [Reprinted in.
       Zampolli, A., N. Calzolari, and M. Palmer (eds.) (1994) *Current Issues in Computational Linguistics:
       In Honor of Donald Walker*. Special issue of *Linguistica Computazionale*, vol. 9., no. 10, pp. 237-266.

6.	Miller, G. A., C. Fellbaum, J. Kegl and K. Miller. (1988) WORDNET: An Electronic Lexical Reference System Based on Theories of Lexical Memory. *Revue Quebecoise de Linguistique*, vol. 17, no. 2, pp. 181-211. [Also appears as Cognitive Science Technical Report 11, Cognitive Science Laboratory, Princeton University.]

7.	Poizner, H. and J. Kegl. (1992). The Neural Basis of Language and Motor Behavior: Perspectives from American Sign Language. *Aphasiology*, vol. 6, pp. 219-256.

8.	Aarons, D., B. Bahan, J. Kegl, and C. Neidle. (1992) Clausal Structure and a Tier for Grammatical Marking in American Sign Language. *Nordic Journal of Linguistics*, vol. 15, no. 2, pp. 103-142.

9.	Brentari, D., H. Poizner, and J. Kegl. 1995. Aphasia and Parkinsonian Signing: Differences in Phonological Disruption, *Brain and Language,* vol. 48, no. 1, 69-105.

10.	Kegl, J. 1995. Levels of Representation and Units of Access Relevant to Agrammatism. *Brain and Language,* 50, 151-200.

11.	Loew, R., J. Kegl, and H. Poizner. 1995. Flattening of Distinctions in a Parkinsonian Signer. *Aphasiology.* 9(4), pp. 381-396.

12.	Shepard-Kegl, J., C. Neidle, and J. Kegl. 1995. Legal Ramifications of an Incorrect Analysis of Tense in ASL. *Journal of Interpretation,* vol. 7, no. 1, pp. 53-70. (Special Issue on the Bilingual/Bimodal Courtroom)

13.	Kegl, J., Neidle, C., MacLaughlin, D., Hoza, J., and Bahan, B. 1996. The Case for Grammar, Order, and Position in ASL: A Reply to Bouchard and Dubuisson. *Sign Language Studies*, vol. 90, no. 1, pp. 1-23.

14.	Kegl, J. and H. Poizner. 1997. Crosslinguistic/Crossmodal Syntactic Consequences of Left-Hemisphere Damage: Evidence from an Aphasic Signer and his Identical Twin. *Aphasiology*, vol. 11, no. 1, pp. 1-37.

15.	Loew, R., J. Kegl, and H. Poizner. 1997. Fractionation of the Components of Roleplay in a Right-Lesioned Signer. *Aphasiology,* vol. 11, no. 3., 263-281.

16.	Kegl, J. and H. Poizner. 1998. Shifting the Burden to the Interlocutor: Compensation for Pragmatic Deficits in Signers with Parkinson's Disease, *Journal of Neurolinguistics*, vol. 11, nos. 1/2, pp. 137-152.

17.	Neidle, C., B. Bahan, D. MacLaughlin, R.G. Lee, and J. Kegl 1998. Realizations of Syntactic Agreement in American Sign Language: Similarities between the Clause and the Noun Phrase. *Studia Linguistica.* vol. 52, no. 3, pp. 191-226.

18.	Baynes, K., Kegl, J., Brentari, D., Kussmaul, C. and Poizner, H. 1998. Chronic Auditory Agnosia Following Landau-Kleffner Syndrome: A 23 Year Outcome Study. *Brain and Language*, vol. 63, 381-425.

19.	Bahan, B., J. Kegl, R.G. Lee, D. MacLaughlin, and C. Neidle. 2000. The Licensing of Null Arguments in American Sign Language. *Linguistic Inquiry*, pp. 1-27.

20.	Tyrone, M., Kegl, J. and Poizner, H. 1999. Deficits in Coordination in Deaf Signers with Parkinson's Disease. *Neuropsychologia*, vol. 37, no. 11, 1271-1284.

21.	Kegl, J. , Cohen, H., and Poizner, H. 1999. Articulatory Consequences of Parkinson's Disease: Perspectives from Two Modalities. In Cohen, H. and Kegl, J. (eds.), Special Issue on Subcortical

Mechanisms in Language and Cognition, *Brain and Cognition,* vol. 40, no. 2, 355-386. .

22.   Neidle, C., D. MacLaughlin, R.G. Lee, B. Bahan, and J. Kegl 1999. Wh-Questions in ASL: A Case for Rightward Movement. *Language*. 74, pp. 819-831.

23.   Spitz, R.V. and Kegl, J. (accepted with revisions). Memory and Visuospatial Analysis with and without Language: Lessons from Homesigners in Nicaragua. *Neuropsychologia.* Decided not to resubmit.

24.   Kegl, J. 2003. Pronominalization in American Sign Language. *Sign language and linguistics* vol, 6, no. 2, pp. 245-265.

25.   Kegl, J. 2004. Relational grammar and American Sign Language: Author's Preface. Sign language and linguistics vol. 7, no. 2, p. 129.

26.   Kegl, J. 2004. Relational grammar and American Sign Language. In: *Sign language and linguistics* vol. 7, no. 2, pp. 131-170.

27.   Kegl, Judy: ASL Syntax: research in progress and proposed research: Author's Preface. In: *Sign language and linguistics* 7: 2 (2004) - pp. 171-172.

28.   Kegl, Judy: ASL Syntax: Research in progress and proposed research. In: *Sign language and linguistics* 7: 2 (2004) - pp. 173-206.

29.   Grossman, R. B. and Kegl, J. 2006. To Capture a Face:  A Novel Technique for the Analysis and Quantification of Facial Expressions in American Sign Language. *Sign Language Studies*, vol. 6. no. 3, pp. 273-305.

30.   Grossman, R.B., and Kegl, J. (2007) Moving Faces: Categorization of Dynamic Facial Expressions in American Sign Language by Deaf and Hearing Subjects. *Journal of Nonverbal Behavior*, vol. 31., no. 1, pp. 23-38.

31.   Krause, J., Kegl, J., and Schick, B. (2008) Toward Extending the Educational Interpreter Performance Assessment to Cued Speech. *Journal of Deaf Studies and Deaf Education*, vol. 13, no. 3, pp. 432-450.

32.   Morgan, G. and Kegl, J. (2006) Nicaraguan Sign Language and Theory of Mind: The Issue of Critical Periods and Abilities. *Journal of Child Psychology and Psychiatry*, vol. 47, no. 8, pp. 811-819.

33.   Macnamara, B., Moore, A.B., Kegl, J, and Conway, A.R.A. (2011). Domain-general cognitive abilities and interpreter skill production. In Schlesinger, M. and Pöchhacker, F. (eds.). *Interpreting: International Journal of Research and Practice in Interpreting*, vol. 13, no. 1.


**Edited journal issues refereed (1):**

34.   Cohen, H. and Kegl, J. 1999. The Contribution of Subcortical Structures in Cognition and Language. In Cohen, H. and Kegl, J. (eds.), Special Issue on Subcortical Mechanisms in Language and Cognition, *Brain and Cognition,* vol. 40, no. 2, pp. 287-288.

35.   Turner, G and Kegl, J. (eds.). 1995. Special Issue on the Bilingual/Bimodal Courtroom, *Journal of Interpretation*, vol. 7, no. 1.

**Published Abstracts and Short Papers refereed (10)**

In journals:

35.     Kegl, J. and H. Poizner. 1991. The Interplay Between Linguistic and Spatial Processing in a Right-Lesioned Signer. *Journal of Clinical and Experimental Neuropsychology*, 13, 38-39.

36.     Carrithers, C., M. Jack, and J. Kegl. 1995. Access to Argument Structure in Agrammatism: Evidence from On-Line Tasks, *Brain and Cognition*, 28, July-August.

37.     Kegl, J. and M. Jack. 1995. The Resilience of Copular Constructions in Aphasic Speech,*Language and Cognition*, 28, July-August

38.     Kegl, J., R. Gilmore, E. Fennell, D. Bowers, H. Poizner, and K. Heilman. (in press) Wada Testing of a Deaf, Left-handed, ASL Signer Reveals Right Dominance for Language. *Journal of the International Neuropsychological Society*.

39.     Kegl, J. 1995. Levels of Representation and Units of Access Relevant to Agrammatism. *Brain and Cognition*, 28 (1), June. [abstract]

40.     Baynes, K, Brentari, D. and Kegl, J. 1995. Chronic Language Impairment Following Landau-Kleffner Syndrome: A Case Study. In *Journal of the International Neuropsychological Society*, volume 1, no. 2, pg. 152. [abstract]

41.     Kegl, J. 1995. Three-place predicates in aphasic narrative production. *Brain and Language,* vol. 51, no. 1, October 1995, pp. 122-124. . [abstract]

42.     Kegl, J. Gilmore, R.L., Leonard,C. , Bowers, D. Fennell, E. Roper, S.N. , Trowbridge, P., Poizner, H. and Heilman, K.M. (in press) Wada and Functional Cortical Mapping of a Deaf Signer of ASL, Right Dominant for Signed and Spoken Language. *International Journal of Neuroscience*. [abstract]

43.     Kegl, J., R. Gilmore, C. Leonard, D. Bowers, E. Fennell, S.N. Roper, P. Trowbridge, H. Poizner, and K. M. Heilman. 1996. Lateralization and Intrahemispheric Localization Studies of a Familially Left-handed, Deaf, Epileptic Signer of American Sign Language, *Brain and Cognition, 32,* (2) 96, 335-338. [short paper]

44.     Kegl, J., K. Baynes, D. Brentari, and H. Poizner. 1996. Landau-Kleffner Syndrome: Modality Independence of Linguistic Competence. *Society for Neuroscience 26th Annual Meeting: Abstracts. Part 1,* pg. 184.

45.     Kegl, J. and Poizner, H. 1998. Losing Face: Differential Breakdown in the Production of Facial Expressions Society for Neuroscience, Session 160.9 Basal Ganglia: Clinical Disorders and Models. *Society for Neuroscience 28th Annual* Meeting*: Abstracts. Part 1*.

**Invited Journal Articles (5):**

46.     Kegl, J. 1994. Conference Report: Linguistic Society of America Meeting, January 6-9, 1994. *Signpost.* vol.7, no. 1, Spring, pp. 62-66.

47.     Kegl, J. 1994. The Nicaraguan Sign Language Project: An Overview. *Signpost.* vol.7, no. 1, Spring, pp. 24-31.

48.     Senghas, R., and J. Kegl. 1994a. Social Considerations in the Emergence of Idioma de Signos Nicaragüense (Nicaraguan Sign Language). *Signpost.* vol.7, no. 1, Spring, pp. 40-46.

49.     Senghas, R., and J. Kegl. 1994b. Soziale Gesichtspunkte bei der Herausbildung der Nicaraguanishen Gebärdensprache. *Das Zeichen,* no. 29, September, pp. 288-293. [German translation of Senghas and Kegl

(1994a)]

50.    Kegl, J., McKinley, F. and Reynolds, D. 2005. The Role of Deaf interpreters: Lessons from the past and a vision for the future. *Interpres*, vol. 18, no. 4, pp. 16-18.

51.    Kegl, J. 2020. Assimilating and Differentiating Societies and Their Relationship to Genetic Patterning Genetic Patterning: Does It Take a "Them" to make an "Us"? *Society for American Sign Language Journal*, vol. 4. no. 2, pp, 14-16.

**Books (3)**

52.    Kegl, J. A. (1985) *Locative Relations in American Sign Language Word Formation, Syntax, and Discourse*. MIT Working Papers in Linguistics, Cambridge, MA.

53.    Neidle, C., Kegl, J., MacLaughlin, D., Bahan, B., and Lee, R.G. 2000. *The Syntax of American Sign Language: Functional Categories and Hierarchical Structure*. Cambridge, MA: The MIT Press.

54.    Shepard-Kegl, J. M. , Vega, B. J., and Kegl, J. *Nicaraguan Sign Language Handbook*.  (2013; revised 2014; Second Edition 2017); Third Edition 2018.  North Yarmouth, ME: Nicaraguan Sign Language Projects, Inc.

**Edited volumes (3):**

55.    Kegl, J., D. Nash and A. Zaenen (eds.) 1977. *Proceedings of the Seventh Annual Meeting of the North Eastern Linguistics Society*. Cambridge, Mass.: North Eastern Linguistics Society.

56.    Freidin, R, J. Kegl, and K. Miller (eds.) 1988. *Linguistics in the Undergraduate Curriculum*, CSL Report 17, Cognitive Science Laboratory, Princeton University, Princeton, NJ.

57.    Napoli, D.J. and J. A. Kegl (eds.) 1991. *Bridges between Psychology and Linguistics: A Swarthmore Festschrift for Lila Gleitman*. Hillsdale, NJ: Lawrence Erlbaum Associates.

**Articles in Edited Volumes (30)**

58.    Chinchor, N., J. Forman, F. Grosjean, M. Hajjar, J. Kegl, E. Lentz and R. Wilbur. 1976. Sign Language Research and Linguistic Universals. In *University of Massachusetts Occasional Papers in Linguistics*. Amherst, MA: Graduate Linguistic Student Association, pp. 70-94.

59.    Kegl, J.A. 1986. "Clitics in American Sign Language." In H. Borer, ed., *The Syntax of Pronominal Clitics*. New York: Academic Press, pp. 285-309.

60.    Kegl, J.A. and J. White Eagle. 1986. "Plains Indian Sign Language." In S.P. Parker, ed., *Gallaudet Encyclopedia of Deaf People and Deafness*. New York: McGraw Hill Book Company, pp. 97-100.

61.    Kegl, J.A. 1987. "Coreference Relations in American Sign Language." In B. Lust, ed., *Studies in the Acquisition of Anaphora: Applying the Constraints, Volume 2*, pp. 135-170. Dordrecht: D. Reidel Company.

62.    Kegl, J. A. 1988. "Extending a Linguistics Curriculum without Overextending the Faculty." In Freidin, R, J. Kegl, and K. Miller, eds., *Linguistics in the Undergraduate Curriculum*, CSL Report, Cognitive Science Laboratory, Princeton University, Princeton, NJ, pp. 95-106.

63.    Kegl, J. 1989 "The Boundary between Word Knowledge and World Knowledge." Y. Wilks, ed., *Theoretical Issues in Natural Language Processing*. Hillsdale, NJ: Lawrence Erlbaum, pp. 22-27.

64.    Kegl, J. 1990. "Predicate Argument Structure and Verb Class Organization in the ASL Lexicon." In C.

Lucas, ed., *Theoretical Issues in ASL Linguistics*. Washington, D. C.: Gallaudet University Press, pp. 149-175.

65.     Poizner, H. and J. Kegl. 1993. Neural Disorders of the Linguistic Use of Space and Movement. In Tallal, P., Galaburda, A.M., Llinas, R., and von Euler, C. (Eds.), *Temporal Information Processing in the Nervous System: Special Reference to Dyslexia and Dysphasia*. Series: Annals of the New York Academy of Sciences. New York: The New York Academy of Sciences, vol. 682, pp. 192-213.

66.     Aarons, D., B. Bahan, J. Kegl, and C. Neidle. 1995. Lexical Tense Markers in American Sign Language. In Emmorey, K. and J. Reilly (Eds.) *Language Gesture and Space*. Hillside, NJ: Lawrence Erlbaum Assoc., pp. 225-254.

67.     Kegl, J. 1995. Language and the Brain: For Interpreters. In Wilcox, P., Bybee, J. and Wilcox, S., (eds.), *Linguistic Training of Signed Language Interpreters Manual*. Department of Linguistics, The University of New Mexico, Albuquerque, pp. 11-18.

68.     Kegl, J.A. 1995. Machine-Readable Dictionaries and Education. In D. Walker, A. Zampolli and N. Calzolari, (eds.), *Automating the Lexicon: Research and Practice in a Multilingual Environment*. Oxford: Oxford University Press, pp. 249-284.

69.     Shepard-Kegl, J. A. 1997. Prólogo. In Lopez Gomez, J.J., Peréz Castellon, A. M., Rivera Rostrán, J. M., and Baltodano Baltodano, J.F., (eds.), *Diccionario del Idioma de Señas de Nicaragua*. Managua: Asociación Nacional se Sordos de Nicaragua (ANSNIC), pp. ix-xi.

70.     Neidle, C., J. Kegl, B. Bahan, D. Aarons, and D. MacLaughlin. 1997. Rightward Wh-Movement in American Sign Language. In Beerman, H., Le Blanc, D., and D. Van Riemsdijk , (eds.), *Rightward Movement*. Philadelphia, PA: John Benjamins, pp. 247-278.

71.     Kegl, J. and H. Poizner. 1998. Shifting the Burden to the Interlocutor: Compensation for Pragmatic Deficits in Signers with Parkinson's Disease. In Paradis, M., (ed*.), Pragmatics in Neurogenic Communication Disorders*. Oxford, Pergamon Press, pp. 137-152.

72.     Kegl, J., A. Senghas, and M. Coppola. 1999. Creation through Contact: Sign Language Emergence and Sign Language Change in Nicaragua. In M. DeGraff, ed., *Language Contact and Language Change: The Intersection of Language Acquisition, Creole Genesis, and Diachronic Syntax*. Cambridge, MA: MIT Press, pp. 179-237.

73.     Morford, J. P. & Kegl, J. 2000. Gestural precursors of linguistic constructs: How input shapes the form of language. In D. McNeill (Ed.), *Language and Gesture*. Cambridge: Cambridge University Press, pp. 358-387.

95.     Poizner, H., Brentari, D., Tyrone, M. and Kegl, J. 2000. The Structure of Language as Motor Behavior: Clues from Signers with Parkinson's Disease. In K. Emmorey and H. Lane, (eds.), *The Signs of Language Revisited: An Anthology in Honor of Ursula Bellugi and Edward Klima*. Mahwah, NJ: Erlbaum Publishers, pp.509-532.

96.     Kegl, J. 2002. Language Emergence in a Language-Ready Brain: Acquisition Issues. In Morgan, G. and Woll, B., *Language Acquisition in Signed Languages*. Cambridge University Press, pp. 207-254.

97.     Kegl, J. 2004.  Language Emergence in a Language-Ready Brain: Acquisition Issues. In Jenkins, Lyle, (ed), *Biolinguistics and the Evolution of Language*. John Benjamins.

98.     Kegl, J. (2006). ¿Qué es el Idioma de Señas de Nicaragua?  [What is Nicaraguan Sign Language?]  In A. Senghas and D. Roman, (Eds.), *Simply Unique: What the Nicaraguan Deaf Community can Teach the World*.

London/Managua: Leonard Cheshire International.

99. Kegl, J. (2008) The Case of Signed Languages in the Context of Pidgin and Creole Studies.  In Singler, J. and Kouwenberg, S., (eds.), *The Handbook of Pidgin and Creole Studies*.  London:  Blackwell, pp. 491-511.

100. Kegl, J. (in press). Pronominalization in American Sign Language. In Massone, M.I., (ed.), Gramatica de la Lengua de Señas [title tentative]. Buenos Aires: Edicial, S.A. [published in Spanish, not sure of status]

101. Krause, J.C., Schick, B., Kegl, J.A. (2010) A version of the Educational Interpreter Performance Assessment for Cued Speech transliterators: Prospects and significance. In C.J. LaSasso, K.L. Crain, J. Leybaert (Eds.), *Cued Speech and Cued Language Development of Deaf Students*. San Diego, CA: Plural Publishing, Inc., pp. 531-552.

102. Macnamara, B., Moore, A.B., Kegl, J, and Conway, A.R.A. (2014) *Domain-general cognitive abilities and interpreter skill production*. In Schlesinger, M. and Pöchhacker, F. (eds.), *Aptitude for Interpreting*. Benjamins Current Topics Series.   Amsterdam: John Benjamins Publishing.

103. Kegl, J. (2018) Sign Language Acquisition: Input. In Fernández, E. M. Cairns, H. S., eds *Handbook of Psycholinguistics*. Hoboken, NJ: Wiley-Blackwell, pp. 674-704.

81. Spitz, R. and Kegl, J. (2019) Enhancing Communication Skills in Persons with Severe Language Deprivation: Lesson learned from the rise of a signing community in Nicaragua.  In Glickman, N. and Hall, W. C. (eds.), *Language Deprivation and Mental Health*. New York: Routledge. pp. 185-209.

82. Spitz, R. and Kegl, J. (in preparation; 2021-22). Deaf in the Extreme: Language Deprivation and its Effect on Well-being. In Kyle, J., Gulliver, M., Denmark, C., and Sutherland, H. (eds.). *Handbook of Deaf Studies*. London: Palgrave Macmillan.

## Encyclopedia entries (4)

83. Kegl, J.  2005. Goodglass, Harold (1920-2002) In *Encyclopedia of Language and Linguistics*, vol. 7,  Jankowsky, K. (ed.), Biographies. 2nd Ed., ed. Keith Brown. Oxford: Elsevier, pp. 103-104.

84. Kegl, J.  2005. Partee, Barbara H.  (b. 1940) In *Encyclopedia of Language and Linguistics*, vol. 7, Jankowsky, K. (ed.), Biographies. 2nd Ed., ed. Keith Brown. Oxford: Elsevier, 209-210.

85. Kegl, J.  2005. Hale, Kenneth L. (1934-2001) In *Encyclopedia of Language and Linguistics*, vol. 7, Jankowsky, K. (ed.), Biographies. 2nd Ed., ed. Keith Brown. Oxford: Elsevier, 192-193.

86. Kegl, J.  2005. Hahn, Adelaide E.  (1893-1967) In *Encyclopedia of Language and Linguistics*, vol. 7, Jankowsky, K. (ed.), Biographies. 2nd Ed., ed. Keith Brown. Oxford: Elsevier, p. 191.

87. Kegl, J. (2021) Language Emergence. In Stanlaw, James, et al., eds. *The International Encyclopedia of Linguistic Anthropology*. 3 vols. Malden, MA: Wiley-Blackwell.

88. Kegl, J. (2021) Unique Features of Human Language. In Stanlaw, James, et al., eds. *The       International Encyclopedia of Linguistic Anthropology*. 3 vols. Malden, MA: Wiley-Blackwell.

## Articles in Conference Proceedings (13)

89. Kegl, J.A. and R. Wilbur. 1976. "When Does Structure Stop and Style Begin? Syntax, Morphology and Phonology vs. Stylistic Variation in American Sign Language." In Mufwene, Walker and Steever, eds.. *Papers from the Twelfth Regional Meeting of the Chicago Linguistics Society*. Chicago, Illinois: University of Chicago Press, pp. 376-396.

90.     Gee, J. and J.A. Kegl. 1982. "Semantic Perspicuity and the Locative Hypothesis." In Macaulay, et al., eds. *Proceedings of the Eighth Annual Meeting of the Berkeley Linguistics Society.* Berkeley, California, pp. 335-353.

91.     Kegl, J.A. 1985. "Causative Marking and the Construal of Agency in American Sign Language." In I.W. Eilfort, P.D. Kroeber and K.L. Peterson, eds.. *CLS 21, Part 2: Papers from the Parasession on Causatives and Agentivity.* Chicago, Illinois: Chicago Linguistic Society, pp. 120-137.

92.     Kegl, J. and S. Schley. 1986. "When Is a Classifier No Longer a Classifier?" In N. Nikiforidou, M. Van Clay, M. Niepokuj and D. Feder, eds., *Proceedings of the Twelfth Annual Meeting of the Berkeley Linguistic Society,* Berkeley, Calif.: Berkeley Linguistics Society, pp. 425-441.

93.     Atkins, B.T., J. Kegl and B. Levin. 1986. "Explicit and Implicit Information in Dictionaries." In *Advances in Lexicology,* Proceedings of the Second Conference of the Center for the New OED, University of Waterloo, Waterloo, Ontario, November 9-11. [Revised versions appear as Cognitive Science Technical Report 5, Cognitive Science Laboratory, Princeton University and Lexicon Project Working Papers 12, Center for Cognitive Science, MIT.]

94.     Kegl, J. 1987. "The Boundary Between World Knowledge and Word Knowledge." In Y. Wilks, *TINLAP3: Position Papers* (Theoretical Issues in Natural Language Processing-3). Morristown, NJ: Association for Computational Linguistics, pp. 28-33. [Also distributed as part of the series Memoranda in Computer and Cognitive Science, Computing Research Laboratory, New Mexico State University, Las Cruces, NM].

95      Hanson, S.J. and J. Kegl. 1987. "PARSNIP: A Connectionist Network that Learns Natural Language Grammar from Natural Language Sentences." *Program of the Ninth Annual Meeting of the Cognitive Science Society,* Hillsdale, N.J.: Lawrence A. Erlbaum Associates, Inc. [Also a Technical Report at Bell Communications Research, Morristown, NJ.]

96.     Kegl, J. and C. Fellbaum. 1988. "Non-Canonical Argument Identification." H. Borer. ed. *Proceedings of the Seventh West Coast Conference on Formal Linguistics* [WCCFL VII], University of California at Irvine, pp. 187-202. [Also appears as CSL Report 25, Cognitive Science Laboratory, Princeton Univ.]

97.     Kegl, J. and C. Fellbaum. (1989). "An Analysis of Obligatory Adjuncts: Evidence from the Class of Measure Verbs." In *Proceedings of ESCOL '88* (Fifth Eastern States Conference on Linguistics), Ohio State University, Columbus, OH

98.     Kegl, J. and G. Iwata. 1989. Lenguaje de Signos Nicaragüense: A Pidgin Sheds Light on the "Creole?" ASL. In Carlson, R., S. DeLancey, S. Gildea, D. Payne, and A. Saxena, (eds.). *Proceedings of the Fourth Meetings of the Pacific Linguistics Conference.* Eugene, Oregon: Department of Linguistics, University of Oregon, pp. 266-294.

99.     Fellbaum, C. and Kegl, J. 1990. Taxonomic Structures and Cross-Category Linking in the Lexicon. In *Proceedings of ESCOL '89* (Sixth Eastern States Conference on Linguistics), Ohio State University, Columbus, OH.

100.    Miller, G. A., C. Fellbaum, J. Kegl and K. Miller. 1991. The Princeton Lexicon Project: A Report on WordNet. In T. Magay. ed., *BUDALEX '88 Proceedings.* Papers from the 3rd International Congress on Lexicography in Budapest, 4-9 September 1988. Tubingen: Niemeyer.

101.    Aarons, D., B. Bahan, J. Kegl, and C. Neidle. 1994. Subjects and Agreement in American Sign Language. In Ahlgren, I., B. Bergman, and M. Brennan, *Selected Proceedings of the Fifth International Symposium on Sign Language Research.* Durham, UK: International Sign Linguistics Association, pp.

13-28.

102.  Kegl, J. 1995. The Manifestation and Grammatical Analysis of Clitics in American Sign Language. In Dainora, A., Hemphill, R., Luka, B. and Need, B., and Parmigan, S. , (eds.), *Proceedings of the Thirty-First Annual Meeting of the Chicago Linguistics Society: Parasession on Clitics*. Chicago: Chicago Linguistic Society, pp. 140-167.

103.  Bahan, B., J. Kegl, D. MacLaughlin, and C. Neidle. 1995. Convergent Evidence for the Structure of Determiner Phrases in American Sign Language. In L. Gabriele, D. Hardison and R. Westmoreland (eds), FLSM VI, *Proceedings of the Sixth Annual Meeting of the Formal Linguistics Society of Mid-America, Volume Two*. Bloomington, IN: Indiana University Linguistics Club Publications, 1-12.

104.  Kegl, J. and J. McWhorter. 1997. Perspectives on an emerging language. *Proceedings of the Stanford Child Language Research Forum*. Palo Alto: Center for the Study of Language and Information, pp. 15-36.

105.  Kegl, J. 2000. Is it soup yet? Or, When is it Language? In the *Proceedings of the Child Language Seminar* 1999. City University, London.


Technical Reports —lists only reports that have not appeared elsewhere (5)

106.  Freidin, R, J. Kegl, and K. Miller, eds. 1988. *Linguistics in the Undergraduate Curriculum, CSL Report 17*, Cognitive Science Laboratory, Princeton University, Princeton, NJ.

107.  Gross, D., J. Kegl, P. Gildea, and G. A. Miller. 1989. *A Coded Corpus and Commentary on Children's Dictionary Strategies. CSL Report 39*, Cognitive Science Laboratory, Princeton University, Princeton, NJ.

108.  Lee, R.G., C. Neidle, D. MacLaughlin, B. Bahan, and J. Kegl (1997) Role Shift in ASL: A Syntactic Look at Direct Speech. In C. Neidle, D. MacLaughlin, and R.G. Lee (eds), *Syntactic Structure and Discourse Function: An Examination of Two Constructions in American Sign Language*. American Sign Language Linguistic Research Project Report No. 4, Boston University, Boston, MA. May 1997, 24-45.

109.  Hoza, J., C. Neidle, D. MacLaughlin, J. Kegl, and B. Bahan (1997) A Unified Syntactic Account of Rhetorical Questions in American Sign Language. In C. Neidle, D. MacLaughlin, and R.G. Lee (eds), *Syntactic Structure and Discourse Function: An Examination of Two Constructions in American Sign Language*. American Sign Language Linguistic Research Project Report No. 4, Boston University, Boston, MA. May 1997, 1-23.

110.  Neidle, C., MacLaughlin, D., Bahan, B., Lee, R., Kegl, J. (1997). *The SignStream™ Project*. Report No. 5. American Sign Language Research Project, Boston, MA.

111.  Jean Krause, Judy Shepard-Kegl, and Brenda Schick (2006). *Educational Interpreter Performance Assessment - Cued Speech Pilot Test Training Manual*. EIPA Diagnostic Center, Boys Town National Research Hospital, Omaha, NE.

**Newsletter Articles (5)**

112.  Shepard-Kegl, J. 1992. The National ASL Literature Conference: What an Experience. *NJRID Mediator: The Newsletter of the New Jersey Registry of Interpreters for the Deaf*. April issue. New Jersey Registry of Interpreters for the Deaf, Trenton, NJ. p. 10.

113.  Kegl, J., H. Poizner, and T. Fuller. 1993. What Interpreters Should Know about Signers with Brain

Damage. *NJRID Mediator: The Newsletter of the New Jersey Registry of Interpreters for the Deaf.* Spring issue. New Jersey Registry of Interpreters for the Deaf, Trenton, NJ.

114. Kegl, J. 1994. Research Focus: Language and Its Modalities of Expression. *International Society for Women in Neuroscience Newsletter.* Spring Issue, March.

115. Nolin, M. and Kegl, J.  2006. IMPORTANT Information for Educational Interpreters! *Issues @ Hand*, February, 2006, p. 11.

**Articles in the media about my research (sampling):**

Oettel, K. Kegl Preserves Nicaraguan Sign Language in 1st Dictionary, *Phoenix Features*. February 9, 1990.

Radetsky, P. Silence, Signs, and Wonder. *Discover*. August 1, 1994. [See page 68.] (http://magazines.enews.com/magazines/discover/magtxt/gopher/1994/080194.6)

Purcell, J. Signing on in Nicaragua. *The Princeton Packet*, Lifestyle Section. May 19, 1995.

Marvin, Holly. 'Signing in Nicaragua': Bluefields Project Special Report, *Princeton Packet*, Lifestyle Section, vol. 211, no.72, September 8, 1995, pp. 1, 15A-17A, 22A.

Project Studies Birth of New Language, *Silent News*, July , 1995, pg. 10.

Brooks, Clark. A Language of Their Own, *San Diego Union Tribune*, Sunday Currents Section, March 17, 1996, pp. D1-D2.

Horgan, John. A Sign Is Born. *Scientific American*, vol. 273, no. 6, December, 1995, pp. 18-19.

Short, Lorraine. The Lab Report. *Hearing Health*, vol. 12, no.2., March-April, 1996, pg. 35.

Short, Lorraine. The Lab Report Update.... *Hearing Health*, vol. 12, no. 6., March-April, 1996, pg. 35.

Bär, Nora. Cómo nace el lenguaje. *La Nacion*, Science Section, February 17, 1996, pg. 8.

Glovin, Bill. In the Hands of Child. *Rutgers Magazine*, vol. 75, no. 1, Spring, 1996, pp 24-31,44.

Fischer, Carol. Planning a Special Summer, Summit Independent Press, vol. 33, no. 28, April 3, 1996, pp. 1-2.

Kesterton, Michael. Social Studies: A Daily Miscellany of Information--A new language. *The Globe and Mail*, Facts and Arguments Section, Friday, August 9, 1996. [Canadian]

Matthews, Robert. Handmade by children: a new language--Innate Signs. *The Sunday Telegraph*, July 21, 1996.[British]

Howe, Michele. Signs of Empowerment. *Star Ledger*. Feature Article: Today Section. March 10, 1997, pp. 31-32.

Anda, Rune. En språkforskers spennende studium i Nicaragua. *Døves Tidsskrift*, vol. 16, 1997, pp. 11-14.

Glovin, Bill. Portrait: Talking Hands. *Brown Alumni Monthly Magazine*. March/April 1998, pp.46-47. (http://cgi-user.brown.edu/Administration/Brown_Alumni_Magazine/98/3-98/features/portrait.html)

Brownlee, Shannon. Cover Story: The Mystery of Language. U.S. News and World Report, June 15, 1998, vol. 124, no. 23, pp. 48-55.

Garber, Andrew. Maine/New England: Feature Article (Section B). Linguist to help fill deaf pupils' need. Maine Sunday Telegram, December 6, 1998, pp. 1B, 16B.

Bernstein, Charlie. Signing lab opens opportunities for deaf. *The Free Press*, vol. 31, Issue 9, November 1, 1999.

Osborne, Lawrence. A New Language is Born. *New York Times Sunday Magazine* , Section 6, October 24, 1999.

Breuer, Hubertus. Sprachwissenschaft: Linguistischer Urknall. *Der Spiegel,* Nr. 3, January 17, 2000, pp. 180182.

Rose, Marcy. 2003. After years of giving couple gets something in return. *Deaf Today*. (February 20, 2003). http://www.deaftoday.com/news/archives/001629.html

Perez Solis, R.  2005. Reportaje Especial:  Hablando con Señas. [Special Report: They are speaking with signs] *La Prensa*. (January 16).  Also shorter electronic version available at: http://www-ni.laprensa.com.ni/cgi-bin/print.pl?id=nacionales-20050116-01

Kennedy, Sara. 2005.  Deaf Children in Nicaragua Teach Scientists about Language. Hands and Voices. http://www.handsandvoices.org/articles/misc/V8-2_nicaragua.htm

Hay varias lenguas de signos igual de complejas que las orales. [Interview with Judy Kegl" There are varias signed languages equal in complexity with spoken languages]  *Minoría Sorda,* May 31, 2005 [Correo digital de Alava, Basque Country, Spain.] (http://www.minoriasorda.com/modules.php?name=News&new_topic=9&pagenum=25), etc.

Rosenheck, Dan. 2018. Language: Signs and Wonders. *The Economist*. 1843 Magazine. (February/March). https://www.1843magazine.com/features/signs-and-wonders

Parks, Shoshi. Atlas Obscura.  How Deaf Children in Nicaragua Created a New Language: It happened on the playground. July 13, 2018. https://www.atlasobscura.com/articles/what-is-nicaraguan-sign-language

Erard, Michael.  Independent. In the name of research: Why some linguistics are keeping some sign languages hidden. June 3, 2019. https://www.independent.co.uk/news/long_reads/sign-language-hidden-linguists-indonesia-nicaragua-a8794556.html [First published in Mosaic. Can linguists study emerging languages without contaminating or killing them? https://scroll.in/article/914325/can-linguists-study-emerging-sign-languages-without-contaminating-or-killing-them

Trula, Esther Miguel.  Unos niños sordos crearon  en 1980 su propia lengua. Y causaron una revolucion lingüistica. July 14, 2020. https://magnet.xataka.com/preguntas-no-tan-frecuentes/unos-ninos-sordos-nicaragua-crearon-1980-su-propia-lengua-causaron-revolucion-linguistica

Bouchard, Kelley. March 19, 2018. Portland Press Herald. Seeing the signs: Renowned USM professor reflects on life-changing language discovery by Kelley Bouchard. https://www.pressherald.com/2018/03/19/seeing-the...

BBC World Service. February 4, 2020. Witness History: The stories of our times told by people who were there, Birth of a new Language. www.bbc.co.uk/programmes/p0827h15

West, Edmund. British Deaf News. April 3, 2020Nicaraguan Sign Language: One of the World's Youngest Languages.  https://www.britishdeafnews.co.uk/nicaraguan-sign-language

Curiosity Stream. April 22, 2021. How the World's Newest Language Developed. https://youtu.be/1xd3IdYXdow

**Radio and Television Programs:**

Warner, Justin. 1996. Science Update: The Birth of a Language in Nicaragua. *America in the Morning*. American Association for the Advancement of Science. (Radio interview with Dr. Judy Kegl, distributed to affiliates of the Mutual Broadcasting System, February, 1996. [radio]

Riley, Terry (director). 1996. The Birth of a Language: Programmes One and Two. *See, Hear*. British Broadcasting System. (Bryn Brooks, Terry Riley, directors).

[TV]http://www.bbc.co.uk/education/progs/specneeds2.html

Bunting, Judith (director). "Silent Children, New Language." Horizon. British Broadcasting System. [TV] http://www.bbc.co.uk/horizon/96-97/silent.html (Also recently shown on the Discovery Channel)

Anna, Lorenzo (journalist), Borelli, C. (producer). "ISN: Birth of a Language" Superquark (RAI-channel 1). Spring 1998.

Channel 8 News, Portland. Wednesday, February 2, 5.p.m. [on the interpreting program at USM] Klein, Janet. [producer] *Birth of a Language*. Sixty Minutes II. April, 2000.

Nicolasen, Michelle. Human Evolution. Part 7 of an 8 part series on evolution will highlight our work on the emergence of Nicaraguan Sign Language. *Evolution: The Mind's Big Bang*. Nova. WGBH Boston Video. First aired September 28, 2000.

Ampie, Carlos. (in preparation) Nicaraguan Sign Language. *Esta Semana*. [A weekly TV news magazine in Nicaragua.]

Heebner, M. (under negociation) Made for TV Movie on the Nicaraguan Sign Language Research Project.

Mundt, T. *The Todd Mundt Show*, National Public Radio. Taped December 13, 2001.

Portland News, WMTW. Update on Interpreting Program and work in Nicaragua. March, 17, 2003.

Nicolasen, Michelle.  Human Evolution.  Part of an 8 part series on evolution will highlight our work on the emergence of Nicaraguan Sign Language.   *Nova*.  Aired January 2001. A five minute web documentary was also created: http://www.pbs.org/wgbh/evolution/library/07/2/l_072_04.html

Ampie, Carlos.  2005.  January.  Nicaraguan Sign Language.  *Esta Semana*. Interviewed by Carlos Mantica. January, 2005. Nicaraguan Sign Language. Interview. *Buenas Dias!, Nicaragua*. Canal Seis. Managua, Nicaragua.

Lanchin, Michael, Witness History, BBC World Service. *Nicaraguan's Deaf Children Invented a New Sign Language*. Film: https://www.bbc.co.uk/news/av/stories-51372265/how-nicaragua-s-deaf-children-invented-a-new-sign-language; Radio:  https://www.bbc.co.uk/programmes/w3csyx5h. February 6, 2020.

Zall, Carol.  The World. *The origin of Nicaraguan Sign Language tells us a lot about language creation.* RADIO: September 29, 2020, Website and link to radio: https://www.pri.org/stories/2020-09-29/origin-nicaraguan-sign-language-tells-us-lot-about-language-creation


**Papers Presented (220):**

1975      A Frame Analysis of American Sign Language. Presented at the Thirteenth Annual Meeting of the Association for Computational Linguistics, Cambridge, Mass. (with N. Chinchor)

1976      Some Current Work on the Phonology and Syntax of ASL. Presented at the University of Massachusetts at Amherst, Linguistics Department. March. (with N. Chinchor)

When does Structure Stop and Style Begin? Syntax, Morphology and Phonology in American Sign Language. Presented at the Twelfth Annual Meeting of the Chicago Linguistics Society. April. (with R. Wilbur)

Sign Language Research and Linguistic Universals. Presented at the Summer Meeting of the Linguistics Society of America. Oswego, New York. August. (with N. Chinchor, J. Forman, F. Grosjean, M. Hajjar, E.

Lentz and R. Wilbur)

ASL Pronouns and Conditions on Their Use. Presented at the Summer Meeting of the Linguistics Society of America, Oswego, New York. August. (with E. Lentz and M. Philip)

1978    How Does a Linguist Study the Syntax of American Sign Language? Presented at Hampshire College, lecture for job interview. March.

ASL Agreement. Presented at the M.I.T. Symposium on Sign Language Linguistics, M.I.T.. May.

1979    Classifiers and Verb Stems in ASL. Presented at the NATO Advanced Study Institute. Conference on Recent Developments in Language and Cognition: Sign Language Research (Session on Morphology). Audiologopedic Research Group, University of Copenhagen, Copenhagen, Denmark. August 21-29.

Locative and Directional Verbs In ASL: Their Agreement. Presented at the NATO Advanced Study Institute. Conference on Recent Developments in Language and Cognition: Sign Language Research (Session on Morphology). Audiologopedic Research Group, University of Copenhagen, Copenhagen, Denmark. August 21-29.

1980    Series of Lectures on Research in Progress (5 lectures). Presented at the Salk Institute, American Sign Language Laboratory. La Jolla, California. January.

The Structure of the ASL Verb. Presented at Northeastern University, Psychology Department Colloquium Series (lecture for job interview). February.

1981    Mind and Hand. Presented at M.I.T., January Term Lecture Series sponsored by the Language and Mind Program.

Sequential Phonology and Lexical Access Questions in American Sign Language. Presented to Seminar on Lexical Access, M.I.T.. February.

Sequential ASL Phonology: Infixation, Stress Subordination and Word Formation. Presented to the Research Lab of Electronics, Speech Group Lab Meeting, M.I.T.. February.

What Constitutes a Sign Event?: The Interactions of Movements and Locations in ASL Phonology and Morphology. Presented to the Language Work Group, First International Conference on Event Perception, University of Connecticut at Storrs. June.

Narrative/Story Structure, Pausing and ASL. Presentation at NWAVE X (New Ways of Analyzing Variation, Etc.), Tenth Annual Meeting, Philadelphia. October. (with James Gee)

1982    Semantic Perspicuity and the Locative Hypothesis. Presentation at the Eighth Annual Meeting of the Berkeley Linguistics Society. Berkeley, Calif. February. (with James Gee)

ASL Morphology: Implications for Acquisition. Presentation at the Boston University Colloquium Series. May. (with James Gee.)

The Role of Linguistics in ASL Teaching and Research. Workshop on the Language and Culture of Deaf Americans, Symposium on American Sign Language. Northeastern University. May.

A Linguistic and Stylistic Analysis of Narratives in ASL. Workshop on the Literature and Poetry Created by Deaf Artists, Symposium on American Sign Language. Northeastern University, May. (with James Gee and Bonnie Hughes)

1983    Semantic Perspicuity in ASL: Some Implications for Acquisition and Education. Presented to the Research Center on Education and Human Development, Gallaudet College. Washington, D.C.. March. (with James Gee)

Narrative and Discourse Structure in ASL. Presented in Gallaudet College Lecture Series. Washington, D.C.. March. (with James Gee)

Semantic Perspicuity and the Locative Hypothesis: Discussion of the Gee and Kegl paper by Ken Hale with a response by Kegl. Cognitive Science Seminar Series, Center for Cognitive Science, M.I.T.. April.

Semantic Perspicuity and the Locative Hypothesis. Presented at the Psychology Colloquium Series. Northeastern University. May.

ASL Structure: Towards a Theory of Abstract Case. Invited Paper. Eighth Annual Boston University Conference on Language Development. October. (with J. Gee)

Historical Change in the Laboratory: The Interaction between Phonetic Reduction, Stylistic Variation and Language Acquisition. Presented at the Eighth Annual Boston University Conference on Language Development. October. (with H. Lane, M. Rimor and T. Schermer)

Stylistic Variation vs. Historical Change in American Sign Language. Presented at NWAVE XI (New Ways of Analyzing Variation, Etc.), Eleventh Annual Meeting, Montreal. November. (with H. Lane and M. Rimor)

1984    An Independent Linking Account of Affrication, Gemination and Merger in English and Slovene. Presentation to the Research Lab of Electronics, Speech Group Lab Meeting, M.I.T..

1985    What's on the Tiers. Presented at the Lecture Series on Nonlinear Phonology for Non-Linguists. Research Lab of Electronics, M.I.T.. January.

Empty Categories in American Sign Language. Presentation at the Conference on the Nature of Empty Categories. M.I.T.. January.

The Acquisition of Locative Relations in American Sign Language. Presentation to the New England Child Language Association (NECLA). Northeastern University. February.

Session on Semantic Roles. Eastern Psychological Association Meetings. Session Chair. March.

Causative Marking and the Construal of Agency in American Sign Language. Presentation to the Twenty-First Annual Meeting of the Chicago Linguistics Society, Parasession on Causatives and Agentivity, University of Chicago. April.

The Mental Organization of Verbs: Invariant and Variant Aspects. Presentation at NWAVE XIV, Georgetown University, Oct. 25, 1985. (with M. Rimor and H. Lane)

An Empirical Inquiry Into the Semantic Organization of the Mental Lexicon of English Verbs: The Case from American Sign Language. Presented at the Tenth Annual Boston University Conference on Language Development, Oct. 27, 1985. (with M. Rimor and H. Lane)

Evidence in Favor of Independent Linking. Presented at the Linguistic Society of America Winter Meeting, Seattle, Dec. 28, 1985.

Formal Properties of ASL Word Formation. Presented at the Linguistic Society of America Winter

Meeting, Dec. 28, 1985. (with Ward Farrington)

1986    Multi-Dimensional Structures in English Phonetics and Phonology. Eastern Michigan University, Job Talk. February 5.

Opaque Clitics: Differences Between L1 and L2 Signers. University of Texas at Austin, Job Talk. February 10.

ASL Word Formation. Program in Linguistics Colloquium Series, Princeton University. February 13.

When Is Classifier No Longer a Classifier? Presented at the Twelfth Annual Meeting of the Berkeley Linguistics Society, Berkeley, Calif.. February 16.

The Acquisition of American Sign Language by Second Generation Deaf Signers. Linguistics Colloquium Series, Syracuse University. February 28.

Lexical Conceptual Structures in American Sign Language. Lexicon Seminar, Center for Cognitive Science, M.I.T.. March 6.

Characteristics of Literary Narrative in American Sign Language. Presented to the NTID Noontime Lecture Series, National Technical Institute of the Deaf, Rochester. March 14.

Recursive Structure in the ASL Lexicon. Presented to the Department of Linguistics, State University of New York at Stonybrook. March 18.

Sub-lexical Structure in American Sign Language: Morphemes or Phonemes? Swarthmore College, Job Talk. March 19.

The Role of Sub-Lexical Structure in Recreolization. Presented at the 18th Annual Stanford Child Language Research Forum, Stanford University. April 6.

Commentary on a Paper on the Acquisition of American Sign Language by Laura Pettito. Cognitive Science Colloquium Series, M.I.T. (Additional commentator Virginia Valian) May 6.

Presentation and Commentary on "Teaching: The Use of Existing Machine-readable dictionaries in Education and the Design of More Appropriate Ones for the Future" by Tom McArthur. Presented at the Workshop on Automating the Lexicon, Grosseto, Italy. May 21.
Opaque Clitics. Presented at the Conference on Theoretical Issues in American Sign Language, University of Rochester. June 14.

Implicit and Explicit Information: What's in the Dictionary and What's in the User? Presentation to the Harvard University Cognitive Science Society, October 26.

Explicit and Implicit Information in Dictionaries. Presented at the Second Conference of the Centre for the New OED, University of Waterloo, Waterloo, Ontario, November 10. (with B. Atkins and B. Levin)

Perceptual Ambiguity: Implications for the Representation of Phonological Features. Presented in the Cognitive Lunch Series, Psychology Department, Princeton University, December 2.

Nicaraguan Sign Language: A Progess Report. Presented at the Winter Meeting of the Linguistic Society of America, New York, December 30.

1987    Boundary Between Word Knowledge and World Knowledge. Position paper presented in the panel on words and world representation at TINLAP3 (Conference on Theoretical Issues in Natural Language Processing). New Mexico State University, Las Cruces, NM, January 7-9.

Teaching Undergraduate Linguistics: Lab/Independent Study Oriented Approaches. Conference on Linguistics in the Undergraduate Curriculum, Princeton University, March 8-9.

Lexical Regularities: Implications for Dictionary Entries. Instituto di Computazionale, Pisa, Italy, March 17. (with B. Levin and S. Atkins)

Issues in the GB Lexicon. Workshop on the Polytheoretical Lexicon, Pisa, Italy, March 19. (with B. Levin).

A GB Entry for the Verb Bake. Workshop on the Polytheoretical Lexicon, Pisa, Italy, March 20. (with B. Levin and B. Atkins).

A Peek at our Past: Parallels and Divergences in the Historical Development of Nicaraguan Sign Language and American Sign Language. Hamilton College, Clinton, NY, April 29.

Machine-Readable Dictionaries and Education. Educational Testing Services, Princeton, NJ, May 27.

PARSNIP: A Connectionist Network that Learns Natural Language Grammar from Natural Language Sentences. Presented at the Ninth Annual Meeting of the Cognitive Science Society, University of Seattle, WA, July. [also presented at Bellcore Teleconference, June 4; and numerous other presentations]

Hidden Information in the Dictionary. Presented in the Lexicon Workshop at the Linguistics Society of America Linguistics Institute. Stanford California, July.

Possible Passives and Predicate Argument Structure. Presented at the Symposium on Lexical Semantics (sponsored by IREX). Stanford, CA, August 1-2.

Verb: Transitive/Intransitive. 8th World Congress on Applied Linguistics (AILA), Sydney, Australia, August 16-21. (with B. Levin)

Potential Uses of On-Line Dictionaries in Language Teaching. AILA Scientific Commission on Applied Computational Linguistics. Theme: The Use of the Computer in Teaching Language, Linguistics and the Humanities. Sydney, Australia, August 16-21.

AILA Scientific Commission on Lexicography and Lexicology. Topic: Dictionary Projects and Analysis of the Lexicon. Convenor of session. Sydney, Australia, August 16-21.

Current Research on ASL Linguistics. Department of Speech and Audiology, Syracuse University.

The Geometry of Linguistic Features: The Need for 3-D Graphics Systems in Phonological Research. Presented at Princeton University, Human Information Processing Group, December 10.

1988   Non-Canonical Argument Structure. WCCFL VII (West Coast Conference on Formal Linguistics, University of California at Irvine, February 27. (with Christiane Fellbaum) [alternate for GLOW (Generative Linguists of the Old World); Budapest, Hungary, March 29-31.]

Word Organization in the Lexicon. Swarthmore College, Psychology and Linguistics Departments. March 1.

Internal Structure in the American Sign Language Lexicon. Presented to the Cornell University Psycholinguistics Circle, Cornell University. March 3.

Properties of Measure Verbs. Lexicon Seminar, MIT, Cambridge, MA. March 9. (with C. Fellbaum)

Lenguaje de Signos Nicaraguense: Fieldwork Problems and Research Questions. Presented to the Linguistics Colloquium Series, University of Pennsylvania. April 7.

The Interface between Lexical Semantics and Syntactic Projection. Workshop on Theoretical and Computational Issues in Lexical Semantics. Brandeis University, April 21-24.

Argument Structure Typology and Verb Agreement Patterns. Alternate for presentation at the Parasession on Agreement at the 24th Annual Meeting of the Chicago Linguistics Society, University of Chicago. April 28-30.

The Importance of Research on Sign Languages to the Study of Linguistic Theory. University Lecture Series, University of Massachusetts, Amherst. May 5.

A Predicate Argument Typology of Sentential Complement Verbs. Paper presented at the Workshop on Sentential Complements, Center for Cognitive Science, MIT, Cambridge, MA. May 6. (with Beth Levin)

Argument Structure Typology and Verb Class Organization in the ASL Lexicon. Second International Conference of Theoretical Issues in Sign Language Linguistics. Gallaudet University. May 21.

Taxonomic Hierarchies in the Verb Lexicon. BUDALEX '88, EURALEX 3rd International Congress, Budapest, Hungary. September 4-9. (with Christiane Fellbaum)

The Princeton Lexicon Project: A Report on WordNet. BUDALEX '88, EURALEX 3rd International Congress, Budapest, Hungary. September 4-9. (with George Miller, Christiane Fellbaum, and Katherine Miller).

Accomodation to Parametric Choice (Slovenian). Presented at the symposium on "Languages in Contact" at the XII International Congress of Anthropological and Ethnological Sciences (ICAES). Zagreb, Yugoslavia, July 23-24.

An Analysis of Obligatory Adjuncts: Evidence from the Class of Measure Verbs. ESCOL '88 (Fifth Eastern States Conference on Linguistics), University of Pennsylvania. September 30-October 2.

A Typology of Predicate Argument Structures in ASL: A Focus on Psych-Verbs, Unaccusatives, and Unergatives. CUNY Graduate Center. November 17.

1989    Lenguaje de Signos Nicaraguense: A Pidgin Sheds Light on the "Creole?" ASL. Fourth Annual Pacific Linguistics Conference, University of Oregon. May 19. (with Gayla Iwata)

Taxonomic Structure and Object Deletion in the English Verbal System. Presented at ESCOL '89 (Sixth Eastern States Conference on Linguistics) University of Delaware, October 6-8.

1990    Faculty Panel Discussion on "Academia and Social Responsibility." Sponsored by the Volunteer Program as a part of Social Action Week. Swarthmore College. February 17.

Nicaragua: A Personal Perspective. Faculty Seminar on Central America, Swarthmore College. February 22.

The Interplay between Linguistic and Spatial Processing in a Right-Lesioned Signer. Rutgers University Graduate Student and Postdoctoral Mini-Symposium. October 19. (with H. Poizner)

La Comunidad de Sordos de Nicaragua y su Lenguaje de Signos. Encuentro Latinamericano y del Caribe de Educadores de Sordos. (Trans: The Deaf Community in Nicaragua and their Signed Language) Univeristy de los Andes, Merida, Venezuela. November 12-17, 1990. (with Miriam Hebé Lopez A.)

1991    Cross-Linguistic Comparison via the Elicitation of Controlled Narratives. The Annual Meeting of the

Linguistic Society of America. Chicago, Illinois. January 6. (with Annie Senghas)

The Interplay between Linguistic and Spatial Processing in a Right-Lesioned Signer. Annual Meeting of the International Neuropsychological Society. San Antonio, TX. February 15. (with Howard Poizner, poster)

The Brain Organization of Deaf and Hearing Signers of American Sign Language: Evidence from studies of Aphasia and Parkinson's Disease. Cognitive Science Colloquium Series, University of Illinois at Champaign-Urbana. March 4.

Series of workshops on ASL: Details of American Sign Language Syntax (April 5, 9:30-12); Coding American Sign Language Data on Deaf Children (April 5, 2-5:30); Workshop on Argument Structure in American Sign Language (April 6,9-4:30). MOV/LOC Notation and Rules of ASL Word Formation (April 12, 9-1). Boston University School of Education/Deaf Studies Program. Boston, April 5-6, 12.

The Interplay between Spatial Processing in a Right-Lesioned Signer of American Sign Language. Colloquium Series: Seminar in Psychobiology, Institute of Animal Behavior, Rutgers University. April 24.

The Brain Organization of Deaf and Hearing Signers of American Sign Language: Evidence from Right and Left Lesioned Signers. Cognitive Science Colloquium Series, Northwestern University. April 30.

Language from a Child's Eye View. Workshop Series. Marie F. Katzenbach School for the Deaf. September 9. (with Vicki Joy Sullivan)

The Current Status of Sign Language Research on the Organization of the Brain. Institute for Animal Behavior, Seminar Series. Rutgers University. September 11.

Language and Its Modalities of Expression. *Connections from Neuroscience to Cognition: A Joint Research Symposium of the Rutgers University Center for Molecular and Behavioral Neuroscience and the Rutgers University Center for Cognitive Science.* Rutgers University, Newark. December 12.

1992    Linguistic-Specific Processing Deficits in a Left-Lesioned Signer *Aging and the Quality of Life.* Sponsored by the Christopher Columbus Medical Sciences Committee of the National Institutes of Health. Washington, D.C., February 11. (with Howard Poizner and Ruth Loew, poster)

Argument Structure is Predictive of Production and Comprehension Deficits in Aphasia. Presented at the CUNY Sentence Processing Conference, New York. May. (with Mary Jack, poster)

Subjects and Agreement in American Sign Language. Presented at the Fifth International Symposium on Sign Language Research. International Sign Linguistics Association. Salamanca, Spain. May. (with Debra Aarons, and Carol Neidle)

Tense and Agreement in ASL. Presented at the *1992 Theoretical Issues in Sign Language Research* Conference. San Diego, CA. July. (with Debra Aarons, Benjamin Bahan, and Carol Neidle, poster)

Argument Structure Profiles of Aphasic vs. Non-Aphasic Narrative Production. *Boston University Conference on Language Development.* Boston. October 25. (with Mary Jack)

Flattening of Distinctions Constrains Parkinsonian Signing. Boston University Conference on Language Development. Boston. October 25. (with Ruth Loew and Howard Poizner)

Sign Communication Proficiency among Students. Invited Workshop, The 11th Annual Language Coordinator's Workshop: Sign Communication: Contexts, Proficiency and Assessment, The Pennsylvania School for the Deaf, Philadelphia November 5. (with Judy Mounty)

Argument Structure Analysis of Aphasic Production and Comprehension. Neuropsychology Laboratory, Moss Rehabilitation Hospital, Philadelphia, PA. December 15. (With Mary Jack)

1993   Preservation of Syntactic Distinctions in a Moderate to Severe Parkinsonian Signer. Presented at the Sixth Annual CUNY Sentence Processing Conference. University of Massachusetts at Amherst, March 18-20. (with Howard Poizner).

Access to Argument Structure in Agrammatism: Evidence for On-Line Tasks. Presented at the Sixth Annual CUNY Sentence Processing Conference. University of Massachusetts at Amherst, March 18-20. (with Caroline Carrithers and Mary Jack)

Access to Argument Structure in Agrammatism: Evidence from On-Line Tasks. Presented at the Fourth Annual Conference in Theoretical and Experimental Neuropsychology (TENNET IV). University of Quebec at Montreal, Montreal, Quebec. May 12-14. (with Caroline Carrithers and Mary Jack)

The Resilience of Copular Constructions in Aphasic Speech. Presented at the Fourth Annual Conference in Theoretical and Experimental Neuropsychology (TENNET IV). University of Quebec at Montreal, Montreal, Quebec. May 12-14. (with Mary Jack)

Reunión sobre los lenguajes de signos nicaragüenses. Invited workshop. Ministry of Education, Managua, Nicaragua. August 2-3. (with Ann Senghas and Richard Senghas)

The Birth of a Language: The Case of Idioma de Signos Nicaragüense (Nicaraguan Sign Language). Presented at II Congreso Latino-Americano de Bilingualismo (Lingua Oral/ Lingua de Sinais) para Surdos. Federal University of Rio de Janeiro, Rio de Janiero, Brazil. September 13. [Special Invited Lecture]

Syntax for Sign Languages. Syntactic Methodology and Issues in Sign Language Research. Short Course taught at II Congreso Latino-Americano de Bilingualismo (Lingua Oral/ Lingua de Sinais) para Surdos. Federal University of Rio de Janeiro, Rio de Janiero, Brazil. September 12-17. [Invited Course]

The Effects of Aphasia and Parkinson's Disease on Sign Language.. Presented at II Congreso Latino-Americano de Bilingualismo (Lingua Oral/ Lingua de Sinais) para Surdos. Federal University of Rio de Janeiro, Rio de Janiero, Brazil. September 15.

The Distribution of Argument Structure Patterns in Aphasic Narrative Production. Presented at the 31st Annual Meeting of the Academy of Aphasia. Tucson, Arizona. October 25. (poster)

The Role of Language Acquisition Processes in the Emergence of a New Sign Language. Presented at Designs of Nature: The Sixth Annual Graduate and Postdoctoral Minisymposium, Rutgers University, Newark. November 19. (with Ann Senghas and Richard J. Senghas)

The Architecture of Functional Categories in ASL. Linguistics Colloquium Series, Syracuse University. December 10. (with Carol Neidle)

1994   Components of Role Play: Evidence from Deficits in a Right Hemisphere Damaged Signer.  Presented at the Boston University Conference on Language Development. Boston, MA. January. (Ruth Loew , Judy Kegl, and Howard Poizner)

The Phonetics of Contraction in American Sign Language. Presented at the Winter Meeting of the Linguistics Society of America. Boston, MA. January. (Judy Kegl and Howard Poizner)

Sign Language Emergence and Sign Language Change: Children's contribution to the birth of a language. Presented at the Winter Meeting of the Linguistics Society of America. Boston, MA. January.

(with Ann Senghas, Richard J. Senghas, and Marie Coppola; poster)

Evidence for an Innate Language Capacity: The Birth of Idioma de Signos Nicaragüense (Nicaraguan Sign Language). Invited Lecture. Cognitive Colloquium Series, Psychology Department, Rutgers University. January 24.

Psychological Verb Constructions in American Sign Language. Invited Speaker. Washington Area Generative Syntax Group (WAGS). Georgetown University, Washington, D.C. January 28.

Wada Testing of a Deaf, Left-handed, ASL Signer Reveals Right Dominance for Language. Presented at the International Neuropsychological Society, Twenty-second Annual Meeting. Cincinnati, OH. February 2-5. February. (with Robin L. Gilmore, Eileen B. Fennell, Dawn Bowers, Howard Poizner, and Kenneth Heilman)

The Birth of Idioma de Signos Nicaragüense (Nicaraguan Sign Language): Evidence for Both Innate Capacity and the Role of Community. Invited speaker. Language Origins Workshop, University of Chicago. February 28.

Legal Ramifications of an Incorrect Analysis of Tense in ASL. Presented at the Annual Meeting of the American Association for Applied Linguistics as part of a special colloquium *The Bilingual, Bimodal Courtroom* coordinated by Graham H. Turner. Baltimore, MD. March 8. (with James Shepard-Kegl and Carol Neidle)

Characterizing Deep Linguistic Deficits and Decoupling them from the Impingement of other Cognitive Impairments. Innaugural Conference of the Cognitive Neuroscience Society. San Francisco. March 27-29. (with Caroline Carrithers; poster)

Functional Cortical Mapping of a Left-handed, Deaf Signer of ASL, Right Dominant for Signed and Spoken Language. Innaugural Conference of the Cognitive Neuroscience Society. San Francisco. March 27-29. (Robin Gilmore, Judy Kegl, Christiana Leonard, Dawn Bowers, Steven Roper, Eileen Fennell, Howard Poizner, and Kenneth Heilman; poster)

Spared Spatial Grammar in a Right-Lesioned Signer with Severely Disrupted Perception of natural Spatial Frames of Reference. Innaugural Conference of the Cognitive Neuroscience Society. San Francisco. March 27-29. (Judy Kegl, Robert Hoffmeister and Howard Poizner; poster)

Issues of Language Localization and Hand Dominance in a Deaf, familially left-handed, Signer of American Sign Language. Presentation to the Cognitive Neuroscience Seminar Series, University of California at Davis. March 31.

Preservation of Syntactic Information in the Lexicon. Invited Lecture. Colloquium Series, Speech and Hearing Sciences Department, CUNY Graduate Center. April 14.

Advances in Linguistics: Semantics. Tutorial. Conference on *Linguistics, Cognitive Science, & Childhood Language Disorders*. sponsored by the Program in Speech and Hearing Sciences, Graduate School and University Center, City University of New York. (Approved for CEU bythe American Speech-Language-Hearing Association; Judy Kegl and Christiane Fellbaum) April 20.

Wada and Functional Cortical Mapping of a Deaf Signer of ASL, Right Dominant for Signed and Spoken Language. Presented at the New York Neuropsychology Group Fifteenth Annual Conference: "Neuropsychology and Epilepsy: Insights for and from a Special Focus." New York. April 24. (Judy Kegl, Robin L. Gilmore, Christiana Leonard, Dawn Bowers, Eileen Fennell, Steven N. Roper, Patricia Trowbridge, Howard Poizner, and Kenneth M. Heilman; poster)

The Architecture of Functional Categories in ASL. Invited lecture, Linguistics Colloquium Series, Harvard University. May 2. (Carol Neidle, Judy Kegl, and Benjamin Bahan)

Levels of Representation and Units of Access Relevant to Agrammatism. Invited speaker, Special Symposium on Agrammatism (Organizer, Victoria Fromkin). TENNET Conference (Theoretical and Experimental Neuropsychology). Montreal. May 29.

Crucial Ingredients for the birth of a language: Innate language capacity plus Community [A case study of the emergence of Idioma de Signos Nicaraguense]. Invited colloquium. Université du Quebec á Montreal. June 2.

Introduction to syntax for sign language teachers. Workshop presented at the Fourth New York Statewide Conference for Teachers of American Sign Language. New York, NY. June 4. (Ben Bahan, Judy Kegl, and Carol Neidle)

The Spread of Grammatical Facial Expressions and Evidence of the Structure of the Sentence in ASL. Workshop presented at the Fourth New York Statewide Conference for Teachers of American Sign Language. New York, NY. June 4. (Ben Bahan, Judy Kegl, and Carol Neidle) Creation through Contact: The Development of a Nicaraguan Deaf Community and the Nativization of its Language. Presented at the 2nd International Conference on Deaf History. Hamburg, Germany. October 1-4.

Rightward Wh-Movement in American Sign Language. Presented at the Conference on Righward Movement. Tilburg, Germany. October 6-8. (Carol Neidle, Judy Kegl, Benjamin Bahan, Debra Aarons).

Processing of Non-linguistic Auditory Stimuli in Landau-Kleffner Syndrome: A Case Study. Poster presented at The 128th Meeting of the Acoustical Society of America, Austin, TX. November 30. (Clifton Kussmaul, Kathleen Baynes, and Judy Kegl)

1995    Chronic Language Impairment Following Landau-Kleffner Syndrome: A Case Study. Presented at the Twenty-Third Annual Meeting of The International Neuropsychological Society. Seattle, WA. February 8-11. (Kathleen Baynes, Judy Kegl, Howard Poizner, and Diane Brentari)

The Manifestation and Grammatical Analysis of Clitics in American Sign Language. Invited speaker for the Parasession on Clitics at The Thirty-First Annual Meeting of the Chicago Linguistics Society, Chicago, IL. April 20-22.

Articulatory Consequences of Parkinson's Disease: Perspectives from Two Modalities. Presented at the TENNET Conference (Theoretical and Experimental Neuropsychology). Invited Session on Subcortical Issues in Language and Cognition. Montreal. May . (Judy Kegl and Henri Cohen)

Convergent Evidence for the Structure of Determiner Phrases in American Sign Language. Submitted for presentation at the Formal Linguistics Society of the Midwest (FLSM) Conference. Bloomington, IN. May 20. (Benjamin Bahan, Judy Kegl, Dawn MacLaughlin, and Carol Neidle).

Overt Realization of Syntactic Features in American Sign Language, Syntax Seminar, University of Trondheim Linguistics Department, Trondheim, Norway, May 30. (Neidle, C., MacLaughlin, D., Kegl, J., Bahan, B., and Aarons, D.)

Studies of Aphasia in American Sign Language: Points for Comparison and Contrast. Invited participation and presentation in the *Comparative Aphasiology Conference.* Organizer: Lise Menn. June 28-July 6.

Gestural Precursors of Linguistic Constructs. Invited presentation at conference on *Gestures Compared Cross-Linguistically*. Organizers David McNeill and Adam Kendon. Albuquerque, NM, July 8. (with Jill

Morford)

The Deaf Community in Nicaragua and their Signed Language. Presentation at the 1995 Linguistics institute, Albuquerque, NM. July 11. (Judy Kegl, Ann Senghas, Marie Coppola, and Jill Morford)

Nicaragua Report: Escuelita de Bluefields--Education and Social Services in the Nicaragua of the 1990s. The Princeton Arts Center, Princeton, NJ. Sponsored by the Princeton-Granada Sister Cities Committee. October 15. (Judy Kegl and James Shepard-Kegl)

Three-place Predicates in Aphasic Narrative Production. Academy of Aphasia. San Diego, CA. November 6.

Critical Periods in the Acquisition of Language. Invited speaker. Parents for Deaf Awareness Colloquium series. Union County College. Union, NJ. November 29.

1996    El cambio lingüistico, la lengua de señas y la comunidad de los sordos en Nicaragua. [Language change, sign language and the Deaf community in Nicaragua] Taller pre-Congreso. III Congreso Latinoamericano de educacion bilingüe para los sordos. Merida, Venezuela. February 6.

Lingüistica de la lengua de señas. Mesas de discusión. Coordinator: Dra. Lourdes Pietrosemoli. III Congreso Latinoamericano de educacion bilingüe para los sordos. Merida, Venezuela. February 7-8.

Politics and Power Structure in the Deaf Community in Nicaragua. III Congreso Latinoamericano de educacion bilingüe para los sordos. Merida, Venezuela. February 8.

Contacto de la lengua de señas con señas caseras en Nicaragua. [Contact between sign language and home sign in Nicaragua] III Congreso Latinoamericano de educacion bilingüe para los sordos. Merida, Venezuela. February 9.

Research on Signed Language Development and the Brain. Invited Speaker. Administrator's Roundtable Meeting, Marie H. Katzenbach School for the Deaf, West Trenton, NJ. March 6. (Romy Spitz, Patricia Trowbridge, and Judy Kegl)

Brentari, D., K. Baynes, J. Kegl, C. Kussmaul, and H. Poizner. 1996. Impoverished Lexicon with Normal Argument Structure Distribution: Evidence for a Link between Phonology and Lexicon. Cognitive Neuroscience Society: the third meeting (abstract book). Davis, CA: Cognitive Neuroscience Society, pg. 81. March 21.

Perspectives on an emerging language: creolization and critical periods. 28th Annual Child Language Research Forum. Invited workshop. Stanford University, April 12. (Judy Kegl and John McWhorter)

Grammatical characteristics of Nicaraguan Sign Language. Invited speaker. Sign LanguageColloquium Series. University of California at Berkeley, Berkeley, CA. April 16.

Sign Language and Deaf Children in Nicaragua, K-3rd grade classes, Cesar Chavez School, San Francisco, CA, April 17, 1996.

Bluefields Escuelita: What your Interpreter does on her summer vacation. Presbyterian Church of Lawrenceville, Lawrenceville, NJ. April 21. (James Shepard-Kegl and Judy Kegl)

A Language is Born in Nicaragua. Invited speaker. Northwest Jersey Association of the Deaf. May 10.

Non-Manual Correlates of Syntactic Agreement in American Sign Language, University of Iceland, Reykjavik, May 23, 1996, with C. Neidle, D. MacLaughlin, and B. Bahan.

Non-Manual Realization of Agreement in American Sign Language, University of Durham, England, May 28, 1996 (C. Neidle, D. MacLaughlin, B. Bahan, and J. Kegl)

SignStream: A Multimedia Database for Sign Language Research, City University, London, England, May 29, 1996, with D. MacLaughlin, C. Neidle, and B. Bahan, and J. Kegl).

SignStream: Access to Primary Data in the Context of Sign Language Transcription and Analysis, University of Bristol, England, May 30, 1996, (B. Bahan, D. MacLaughlin, and C. Neidle, J. Kegl)

Lateralization and Intrahemispheric Localization Studies of a Familially Left-handed, Deaf, Epileptic Signer of American Sign Language. *TENNET VI I* (Theoretical & Experimental Neuropsychology /Neuropsychologie Experimentale & Theorique). Special Session on Signed Language and the Brain. August 15. [Invited organizer of session, plenary talk, poster]

Alienation as an Impetus for Social Cohesion: What if Everyone Here Really did Speak Sign Language? SS11: Special Session: "Societal Structures and the Lives of Languages: The Sociolinguistics of Signed Languages" Cardiff, UK. September 6-7. [invited presenter]

Grammaticization in a newly emerging signed language in Nicaragua. Poster presented at *TISLR V*, Fifth International Conference on Theoretical Issues in Sign Language Research. Montreal, Sept 19-22. (Jill Morford and Judy Kegl)

Non-manual grammatical marking as evidence for hierarchical relations in American Sign Language. Poster presented at *TISLR V*, Fifth International Conference on Theoretical Issues in Sign Language Research. Montreal, Sept 19-22. (Carol Neidle, Judy Kegl, Benjamin Bahan, Dawn MacLaughlin & Robert Lee)

Landau-Kleffner Syndome: Modality Independence of Linguistic Competence. Poster presenter at the Society for Neuroscience 26th Annual Meeting. Washington, D.C. November 16. (Judy Kegl, Kathleen Baynes, Diane Brentari, and Howard Poizner)

1997    Documenting the Emergence of Language: Issues of Critical Period, Critical Mass, and Innate Language Capacity. Coalition for National Science Funding. Washington, D.C. April 30. [Research Representative of the Linguistic Society of America; showcases the results of NSF-sponsored research] (Judy Kegl and James Shepard-Kegl)

Pragmatic Communication Disorders in Signing and Speaking Subjects with Parkinson's Disease. June. (Judy Kegl)

Workshop for Interpreters of Idioma de Señas de Nicaragua. Asociación Nacional de Sordos de Nicaragua. Managua, Nicaragua. July (8-12). (Judy Kegl)

Workshop for Teachers of the Deaf. Ministerio de Educacion. Managua, Nicaragua. August 27. (Judy Kegl)

The Birth of a Language and the Establishment of a School with only Deaf Faculty in Nicaragua. Pennsylvania School for the Deaf, Philadelphia. October 27. (Judy Kegl, Enrique Javier Marley Ellis, and Anselmo Alvarado Aleman Agustin)

Parkinson's Disease and Aphasia: Effects on Signed Language. Department of Psychology Colloquium Series. Gallaudet University. November 14. (Judy Kegl)

Fractionation of Grammatical Processes that Recruit both Right-and Left-hemisphere Capacities. Carnegie Mellon Psychology Colloquium Series, Carnegie Mellon University. November 19. (Judy Kegl)

Research on Nicaraguan Sign Language. Psychology Department Brown Bag Lunch Colloquium. Department of Psychology, Carnegie Mellon University. November 20. (Judy Kegl)

1998    Inter-articulator Coordination is Impaired in Deaf Parkinsonian Signers. Presented at the Annual Meeting of the Linguistic Society of America. Session on Psycholinguistics. New York. January 11. (Martha Tyrone, Judy Kegl and Howard Poizner)

Documenting the Emergence of Language: Issues of Critical Period, Critical Mass, and Innate Language Capacity. Invited colloquium speaker. University College London. March 8.

Language Emergence in a Language-Ready Brain. Invited Speaker. 2nd International Conference on *The Evolution of Language*. The University of East London, London. April 9.

The Role of Non-Manual Marking in Defining Syntactic Domains in ASL. Colloquium. University of Southern Maine. April 16. (Judy Kegl)

The Neural Substrates of Signed Language Processing: Evidence from Brain-Damaged Signers. University of Southern Maine. April 20. (Judy Kegl)

Language Emergence in a Language-Ready Brain. Cognitive Science Program. University of Southwestern Louisiana. Layfayette, LA. June 2. (Judy Kegl)

Facing the Facts: Using Facial Expressions, Eye Gaze and Other Non-Manual Signals to Appropriately Package Interpreted Text. Workshop presented at the Maine Registry of Interpreters for the Deaf. Augusta. September 11-13.

Losing Face: Differential Breakdown in the Production of Facial Expressions. Poster. 1998 Annual Meeting for the Society for Neuroscience, Session 160.9 Basal Ganglia: Clinical Disorders and Models. Los Angeles, CA. November 11. (Judy Kegl and Howard Poizner) [poster, Q-33]Attribution of Verb Agreement, Argument Structure, and Case Marking to Older Nicaraguan Home Signers is Unwarranted. Presented at the Boston University Conference on Language Development. November 6. (Judy Kegl, Gary Morgan, Romy Spitz, and Jim Kyle)

Categorization of ASL Question Faces by Hearing Non-Signers. *TISLR VI*, The Sixth International Conference on Theoretical Issues in Sign Language Research, Session 29: Gesture/Sign Relations and Discourse Analysis. Gallaudet University, Washington, D.C., November 15. (Ruth Bergida and Judy Kegl)

Interpreting. Two day workshop. Asociacion Nacional de Sordos de Nicaragua (ANSNIC). Managua, Nicaragua. December 28-29.

1999    Birth of a Language. Mental Health, Mental Retardation and Substance Abuse Annual Conference. Waterville, ME. March 12. ((Judy Kegl and Romy Spitz)

Establishing language skills in individuals for who the door the language acquisition has closed . Mental Health, Mental Retardation and Substance Abuse Annual Conference. Waterville, ME. March 12. (Judy Kegl and Romy Spitz)

Categorization of American Sign Language Question Faces by Hearing Non-Signers. Cognitive Neuroscience Society Meeting, Washington, D.C. April 11-13. (Ruth Bergida and Judy Kegl)

Working with Visual/Gestural Signers. New Jersey Network for Deaf Services. East Brunswick, NJ. May 7.

Memory with and without Language. *TENNET X* (Theoretical & Experimental Neuropsychology /Neuropsychologie Experimentale & Theorique). Special Session on Memory with and without Language. [Invited organizer of session] June 17-19.

Memory with and without language: A longitudinal study of home signers and late learners. *TENNET X* (Theoretical & Experimental Neuropsychology /Neuropsychologie Experimentale & Theorique). Special Session on Memory with and without Language. Plenary talk. (Romy Spitz and Judy Kegl) June 17-19.

When is it language? Keynote address to the British Linguistics Association Meeting. London, Sept. 2.

SignStream and Signwriting as systems for documenting child language data in signed languages. European Sign Foundation Committee meeting. London. September 4.

Emergence of a Deaf Community in Nicaragua. Keynote lecture, Governor's Tea. Blaine House, Augusta, ME. September 14.

Cognitive Consequences for Critical Periods of Language Acquisition. Maine Medical Center, Dana Center. Portland, ME. September 16. (with Romy Spitz)

Emergence of a Signed Language in Nicaragua. Invited lecture. Deaf Culture Festival. Governor Baxter School for the Deaf. Mackworth Island, ME. September 18.

2000    The Emergence of a Signed Language and Deaf Community in Nicaragua. Gallaudet University, March. (with Ivonne Elena Vega Obando and Barney Josüe Vega Aburto) [invited lunchtime lecture]. May 18.

Linguistic characteristics of a newly emerged language. . Gallaudet University, March. (with Ivonne Elena Vega Obando and Barney Josüe Vega Aburto)

[evening symposium] (with Ivonne Elena Vega Obando, Barney Josüe Vega Aburto and James Shepard-Kegl). May 18.

Losing Face: Effects of Left and Right Hemisphere Strokes and Parkinson's Disease on Facial Grammar and Affect Marking in ASL. Invited colloquium. Cognitive Neuroscience Laboratory, Universite du Quebec a Montreal. May 20.

A Cross-linguistic comparison of classifier constructions in American Sign Language, Nicaraguan Sign Language, British Sign Language and French Sign Language. NSF Sponsored conference on Cross-linguistic comparison of classifier constructions. San Diego, CA. April 4-5.

Workshop: Cross-linguistic investigations of sign languages: Can similarities and differences be detected without appropriate tools for representing analyzed texts? July 25. (with Elena Pizzuto, Sherman Wilcox, Terry Janzen, Thomas Hanke, and James Shepard-Kegl). [workshop presentation]

Then and Now: Lexical Change in Idioma de Señas de Nicaragua (Nicaraguan Sign Language)(1987-2000). 7th International Conference on Theoretical Issues in Sign Language Research. Amsterdam, The Netherlands. July 26. (with Ivonne Elena Vega Obando and James Shepard-Kegl) [poster]

Lip pointing in Idioma de Señas de Nicaragua (Nicaraguan Sign Language). 7th International Conference on Theoretical Issues in Sign Language Research. Amsterdam, The Netherlands. July 27. (with Ivonne Elena Vega Obando and Enrique Javier Marley Ellis) [presentation]

Language Emergence in a Language-Ready Brain. Mini-Symposium on the Emergence of New Languages. Symposium on "Explaining Humans." The Salk Institute for Biological Studies. La Jolla, CA.

November 17-19.

2001    Language Emergence in a Language-Ready Brain. Invited lecture. Stroudwater Associates, Portland, ME. January 12.

Language-Emergence in a Language-Ready Brain. Collquium speaker. Linguistics Department Colloquium series. University of New Hampshire. January 19.

Language Emergence in a Language-Ready Brain. Topical Lecture [invited]. American Association for the Advancement of Science. Annual Meeting, San Francisco, CA. February 16.

The Emergence of Nicaraguan Sign Language. Special Invited Conference on Language Acquisition. National Endowment for the Humanities. Univ. of Tulsa, Tulsa, OK. April 4-5.

Language Emergence in a Language-Ready Brain: "What do you mean?" [Invited Lecture] The Provost's Summer Writing Seminar, The Stone House, University of Southern Maine. April 14, 2001. [with James Shepard-Kegl]

2002    Relative Clauses in Nicaraguan Sign Language. Linguistics Society of America Meeting, San Francisco, CA. January 3-6.  (with Helen Sitckney)

Serial Verbs in an Emergent Language. Key note Address, Linguistic Association of Great Britain (LAGB) Meeting. London, England. April 8-11.

2003    Aspects of Language Predisposition that persist beyond Critical Period. Seminar in Cognitive Neuroscience, Universite du Quebec a Montreal. March 6, 2003.

Aspects of Language Acquisition that are not Critical Period Bound: From the perspective of Pidgins and Creoles. Graduate class in Pidgins and Creoles, M.I.T., Cambridge, MA. March 10.

Quantifiers and Scope in ASL and ISN. Semantics of Underrepresented Languages of the Americas (SULA) Conference. Vancouver, CA. March 16, 2003. (with Brenda Schertz)

Syntactic Categories: With a focus on the Syntax of American Sign Language. Summer School in Cognitive Neuroscience, Montreal. June 30-July 11.

Sign Acquisition. Linguistics Institute, Summer Course. Michigan State University, July 21-August 8. (3 weeks)

Why are there so few Idioms in American Sign Language. Conference on Idioms and Collocations, Berlin, Germany. September 18-19.

Language predispositions that persist beyond critical periods for language acquisition. Invited colloquium. Center for Cognitive Science, Johns Hopkins University. October 16.

2004    Language Emergence in a Language-Ready Brain. Invited Plenary Speaker. Annual Meeting of the Linguistic Society of America. Boston, Jan 8-11.

Language Emergence in a Language-Ready Brain: The Spontaneous Creation of a Signed Language by Nicaraguan Deaf Children. Invited Speaker for University-wide Colloquium, The Annual Freeman Lecture. The University of Massachusetts at Amherst. February 19, 2004.

Serial Verbs in Nicaraguan Sign Language: Are there? Linguistics Colloquium Series, University of Massachusetts at Amherst. Invited speaker. February 20, 2004.

ASL Linguistics for Educational Interpreters III. Educational Interpreter Regional Mentorship Project. University of the Holy Cross, Worcester, MA. March 27-28, 2004.

Sign Acquisition for Educational Interpreters. Educational Interpreter Regional Mentorship Project. University of the Holy Cross, Worcester, MA. May 1-2, 2004.
Non-manuals in American Sign Language Syntax: Special problems for sign recognition. Department of Computer Science, University of Southern Florida. May 18, 2004.

Signed Language Literacy in Bluefields Nicaragua: The emergence of a language and its writing system. Temple, Brookline, MA. May 22, 2004. (with James Shepard-Kegl)

Mentoring Through Process Mediation: Practice and Theory or Getting in the Zone. Workshop Presentation, Conference of Interpreter Trainers Annual Convention, Washington, D.C. October 1, 2004. (with Lianne Moccia, Kate Eifler, Cass Harvey, Jennifer Raney, Anna Perna, Margaret Haberman, Cindy Herbst, Michael Labadie, Joan Wattman, Trish Yachimski, Amy Williamson-Loga, and Marina McIntire)

ASL Syntax. Workshop. Illinois Registry of Interpreters for the Deaf Annual Conference. Invited Presenter, October 22, 2004.

Look Ma No Hands!: The role of non-manual markers in ASL grammar. Workshop. Illinois Registry of Interpreters for the Deaf Annual Conference. Invited Presenter, October 23, 2004.

2005    Kegl, J. Population Study of the Emergence of ISN: 1986-2005. La Pérgola Roundtable: An interdisciplinary workshop on research related to deafness in Nicaragua. Granada, Nicaragua, January 4. [Invited speaker]

The Bluefields Escuelita Project: Literacy, World-Knowledge, and Language proficiency. La Pérgola Roundtable: An interdisciplinary workshop on research related to deafness in Nicaragua. January 5. (with James Shepard-Kegl) [Invited speaker]

The world is watching: History of the Deaf community and Deaf education in Nicaragua, 1946-present. Biblioteca Roberto Incer Barquero del Banco Central, Managua, Nicaragua, January 11. (with Ann Senghas, Marie Coppola, Mollie Flaherty, Laura Polich, Jennie Pyers. Richard J. Senghas) [Invited speaker]

The Nicaraguan Deaf community and its language: A history for educators, policymakers and public service providers, Centro Cultural Nicaraguense-Norteamericano, Managua, Nicaragua, January 13. (with Ann Senghas, Marie Coppola, Mollie Flaherty, Laura Polich, Jennie Pyers. Richard J. Senghas) [Invited speaker]

The Emergence of Verb Agreement: Introduction to the Session and Discussant for the papers presented. The Analysis of Verb Agreement in Sign Languages. Workshop. Linguistics Society of America 2005 Institute. August 6. [Invited speaker]

Linguistic Society of America Virtual Museum Project: Video Making Workshop. Linguistic Society of America Linguistics Institute, M.I.T., Cambridge, MA. July 22-July 31, 2005. (with Janet Fodor, Sharon Klein, and Sean Hendricks). [refereed workshop

2006    Language Emergence (and Non-Emergence) in a Language-Ready Brain. Session: Emergence and Development of Signed Languages. Revolutions in Sign Language Studies: Linguistics, Literature, Literacy. Gallaudet University, Washington, D.C. March 22. [Invited speaker]

Sign Language as a Research Tool for Exploring Brain Function. Graduate Colloquium. Center For Cognitive Science. University of Minnesota, Minneapolis Campus. April 13. [Invited speaker]

Language Emergence in a Language-Ready Brain. Linguistics Colloquium. Linguistics Department. University of Minnesota, Minneapolis Campus. April 14. [Invited speaker]

Preparing for the Written EIPA.  Focus Group for Educational Interpreters. Portland High School. May 2. [Invited speaker]

Language Emergence in a Language-Ready Brain: Evolution Issues. *The Cradle of Language Conference*. The University of Stellenbosch and the Netherlands Institute for Advanced Study. Stellenbosch, South Africa.  November 7-10. [Invited speaker, refereed]

2007 Metalinguistic Awareness as a Bridge to Late Language Learning and Second Language Learning: Language learning by Deaf Nicaraguans. *International Symposium on Language Teaching and Learning*. University of Toronto. January 25-27.

We give up too soon!:  How to open the window to language and communication when it is already painted shut. *Next Steps Conference*.  Worcester, MA. November 9.  [invited speaker]

Beyond the Standards. Courtroom training for experienced legal interpreters.  Instructors: Carla Mathers, Esq., CSC; Betty Colonomos, MCSC; and Jan DeLap, CDI. Suffolk Law School, Boston, MA. Series of 4 weekend trainings. (Organizer of series with Denise Martinez)

Foundations of Interpreting I and II. Teaching Assistant. Chicago, IL. (with Betty Colonomos)

2008 Tricking the Brain into Learning a Language that isn't There:  The Case of Nicaraguan Sign  Language. Saul O. Sidore Lecture Series. *Inside Deaf Culture: A Visual View of the World.* University of New Hampshire, Manchester.  February 29. [invited speaker]

Foundations I of Interpreting I.  Teaching Assistant. Gorham, ME (with Betty Colonomos)

Model-based Curriculum Design for Interpreter Education Programs: A Case Study.  2008 Conference of Interpreter Trainers Conference. *Putting the Pieces Together:  A Collaboartive Approach to Educational Excellence.* October 24. [Refereed, poster] (with Betty Colonomos)

Four Instincts that Lead us to Language.  Colloquium Series. University of Massachusetts, Boston. November 5. [invited speaker]

The Very Basics of Mentoring: Par1 1, Where we start. MeRID, Maine Medical Center, the Dana Conference Center. October 5.

Model-Based Curriculum Design for Interpreter Education Programs: A Case Study. 2008 Conference of Interpreter Trainers Conference. San Juan, Puerto Rico. October 24.

2009 The Very Basics of Mentoring: Part 2, Finding the Zone.  MeRID, Maine Medical Center, the Dana Conference Center. February 24 [invited presenter]

Foundations of the Interpreting Process II. University of Southern Maine, Portland, ME. Teaching assistant [with Betty Colonomos]. March 6-7.

The Grammar of the Accident: Part II—Story Breakdown. [with David Rivera] April 18.

Language Emergence in a Language Ready Brain. Bates College. Psychology Colloquium Series. May 13. [invited speaker]

2010    The Wild Child (L'Enfant Sauvage) with Judy Kegl, Professor of Linguistics University of Southern Maine.  Science on Screen Series.  Co-sponsored by Museum of Science, Boston and *New Scientist Magazine*.  The Coolidge Corner Theater.  [Invited Pre-Talk before viewing the film.] January 18. (http://www.coolidge.org/science/)

Foundations of the Interpreting Process III. Portland, ME Teaching assistant [with Betty Colonomos]. March 26-28.

Preparation for the Educational Interpreter Performance Assessment.  Northeast Deaf and Hard of Hearing Services. Concord, NH. [day long workshop] April 3.

Language Created by a Language-Ready Brain: Evidence for Universal Grammar.Invited Plenary Presentation, *Preserving the Future: Sustainability of Language, Culture, and Nature* (April 15-17, 2010). Vigdís Finnbogadóttir Institute of Foreign Languages at the University of Iceland, Reykjavík.  April 16. (http://vefir.hi.is/vigdisconference2010/?page_id=36)

Deaf Culture is not the Same Worldwide. Invited presentation to the Icelandic Deaf Association (Felag heyrnarlausra)**.** Reykjavik, Iceland. April 19.

Foundations of the Interpreting Process IV. University of Southern Maine, Portland, ME. Teaching assistant [with Betty Colonomos]. September 24-26.

Everything you always wanted to know about precautions for interpreters working in medical settings. Bangor, ME.  October 25. (with Stacey Bsullak)

We Know What We Teach, What Did They Learn? *Conference of Interpreter Trainers,* San Antonio, TX. (with Rico Peterson, Betsy Winston, Christine Monikowski, Jack Hoza and Laurence Hayes. October 27-30.

Attempts at expressing verb agreement in older Nicaraguan home signers: limits on the system? In Panel Discussion: The conventionalization of talking about space with space.  *Fourth Conference of the International Society for Gesture Studies.* European University Viadrina, Frankfurt, Germany.  July 25-30. (with Gary Morgan)

Porqué es importante aprender temprano la lengua de señas para niños sordos? II Conferencia Nacional de Educacion para Personas Sordas.  Lima, Peru. November 11.

2011    Preparation for Taking the National Interpreter Certification Written Test. Workshop. University of Southern Maine. April 3.

Preparation for taking the Educational Interpreter Performance Assessment Written Test.  KEWL ASL. Somerville, ME. May 8.

Questions relating ASL and AAC.  Think Tank for the Intersection of Linguistic Research and Augmentative and Alternative Communication (AAC). University of Pittsburgh.  Session on Language and Modality. Aug. 9.

Deaf-Blind Immersion and Support Service Provider Training: A Unique Approach. Association for Education and Rehabilitation of the Blind and Visually Impaired (AER) Regional Conference. Samoset Resort, Rockport, ME.  November 3.  (with John McMahon and Patty Sarchi)

2012    Navigating the Minefield: Isolations and precautions for Medical Interpreters.  University of Southern Maine, January 5. (with Stacey Bsullak)

Look Ma, No Hands!  Non-manual Markers in ASL Syntax. Linguistics Colloquium. University of Pittsburg. February 29.

Panel Discussion—Practitioner's Point of View. Institute for Legal Interpreting.  Institute for Legal Interpreting, Westminster, CO. April 11. (with Sharon Neuman-Solow (chair), Margaret Cobb, Rafael Trevino, Rob Cruz, and Linda Lamitola)

Panel Discussion on Research Findings and Implications for Practice. Institute for Legal Interpreting. Institute for Legal Interpreting, Westminster, CO. April 14. (Chair, with Jemina Napier, Risa Shaw, Len Roberson, Tracy Clark, and Jimmy Beldon)

When Medical Interpreting becomes Legal.  Medical Interpreting Roundtable.  University of Southern Maine.  April 26. (with Douglas Newton and Stacey Bsullak)

Four Instincts that lead us to language.  Conference on Core Knowledge, Language, and Culture. Lorentz Center. University of Leiden, The Netherlands.  June 1.

Interpreting Goold Assessments: Language Changes in the Aging Brain. 24th Annual Deaf, Hard of Hearing and Late-Deafened Conference. Colby College, Waterville, ME.  June 29.

2013    Legal Interpreting Study Group.  Weekly meetings. January-June 2013.

Face, Pace, Space: The Economy of ASL. Workshop, University of Southern Maine. (Fundraiser for the USM trip to Seabeck.) July 1, 2013.

Building a Legacy: Interpreter Education Program Accreditation. Registry of Interpreters for the Deaf, Annual Meeting, Indianapolis, IN. August 9.

2015    The Role of Deaf Actors in the Silent Film Era.  *Maine Deaf Film Festival*. University of Southern Maine, Portland, ME. May 2.

Tapping into what happens as we interpret:  A review of the on-line processing literature and a proposal for international cooperation.  *World Association of Sign Language Interpreters (WASLI) Conference: Human Rights: Where to interpreters fit in?* Istanbul, Turkey.  July 22-25. (Poster presentation with Esther Lee Samia, Dana McDaniel, Patty Moers-Patterson, and Amy Williamson)

Legal Interpreting Courtroom Procedure Series I: Correcting the Record. (9-hour workshop). Pine Tree Society Interpreting Services,  Scarborough, ME.  July 14; August 4 and August 11.

Legal Interpreting Courtroom Procedure Series II: Witness Testimony. (9-hour workshop). Pine Tree Society Interpreting Services, Scarborough, ME. October 9, 12, and 24.

Legal Interpreting Courtroom Procedure Series III:  Legal Texts (Miranda Warning, Jury Instructions, Voir Dire). December 15.

2016    Legal Interpreting Courtroom Procedure Series V: Interpreting for a Deaf Witness (3 hour workshop) University of Southern Maine, Portland, ME February 11.

2017    Applicatives in Sign Language Syntax. Princeton University, Princeton, NJ. September 20.

Morphosyntax in Algonquian and ASL: Insights from Comparison. 49th Algonquian Conference. University of Montreal, Montreal, Canada. October 29. (Presentation with Conor Quinn)

2018    Language Emergence. Seminar on Language Evolution. Princeton University, Princeton, NJ. February 19.

Role Prominence in American Sign Language and the Proximate/Obviative Contrast in Algonquian Languages. GLOW 41 Conference (Generative Linguists of the Old World). Workshop: Sign Language Syntax and Linguistic Theory. Research Institute for Linguistics of the Hungarian Academy of Sciences, Budapest, Hungary. April 14. (Presentation with Conor Quinn)

Rule Governed Variation in Elicited Narratives in Peruvian Sign Language (LSP). Poster. *Thinking Matters*. April 20. (with Polly Lawson and Kyle Warnock)

Face and ASL. Colloquium. Concordia University. Montreal, CA. December 7.

2019    Differences in LSF and ASL regarding variable ordering of independent noun phrases corresponding to Figure and Ground constructions. Undergraduate Research Opportunities Program (UROP). Poster presented at *Thinking Matters*. (with Rachelle Mendola) March 6.

A Three Course Series on Medical Interpreting with an Emphasis on Training Peer Professionals. Association of Medical Professionals with Hearing Loss Annual Meeting, Baltimore, MD. (Poster Presentation with Meryl Troop, Rachelle Mendola, and Tristen Downey) June 1, 2019

Enhancing Communication Skills in Persons with Severe Language Deprivation: Lessons learned from the rise of a signing community in Nicaragua. Symposium. University College London. Department of Cognitive, Perceptual and Brain Sciences, Deafness, Cognition and Language Research Centre. June 19. (with Romy Spitz)

Language Deprivation: Meeting the person where they are. Mental Health Interpreter Training: Alumni Session 3: Alabama Department of Mental Health and ADARA. Troy University, Montgomery, AL. August 5. (Workshop with Romy Spitz)

Language Deprivation: A pathway to habilitation. Second Annual Summit for Speech-Language Pathologists using American Sign Language. Conference for SLPs using ASL. Bordentown, NJ. November 1. (with Romy Spitz)

2020    Endpoints in Communication Development: The surprising case of Late Bloomers. American Deafness and Rehabilitation Association (ADARA) Breakout conference: CHAMP! Creating Standards of Excellence for Deaf Mental Health and Related. Boston-Natick, MA. May 4-7. (with Romy Spitz) [conference was cancelled due to COVID]

Language Deprivation: Meeting the person where they are. Mental Health Interpreter Training: Alumni Session: Alabama Department of Mental Health and ADARA. Troy University, Montgomery, AL. August 13, 2020. (with Romy Spitz) [conference was virtual]

2021    Language Deprivation: Meeting the person where they are--Year 3: Co-construction and Context. Mental Health Interpreter Training: Alumni Session: Alabama Department of Mental Health and ADARA. Troy University, Montgomery, AL. October 6, 2021. (with Romy Spitz) [conference was virtual]

2022    Improving Care for Deaf Patients: Developing Interprofessional Teamwork between Athletic Training and ASL Medical Interpreting through Telesimulation. *NAP 2022 Annual Meeting and Forum, National Academies of Practice: Transforming Interprofessional Healthcare*, San Diego, CA. March 3-5, 2022. (With Meredith Madden and Scott Cook)

Language Deprivation and Co-construction of Meaning: The Impact on our Work. *Soaring to New Heights*, 2022 ADARA (American Deafness and Rehabilitation Association) Conference. Albuquerque, NM. March 13-17, 2022. Pre-Conference Workshop (March 13) and Conference Session (March 16).

Credentialing of Legal Interpreters: Report from the RID Legal Interpreting Task Force. *Conference of Interpreter Trainers*, King of Prussia, PA. September 21 (with Jon Lamberton, Margie English, Jeremy Brunson, representing the Legal Credentialling Task Force appointed by the National Registry of Interpreters for the Deaf)

Language Deprivation: Meeting the person where they are--Year 6: Transparency and Descriptive Interpretation in Mental Health work. Mental Health Interpreter Training: Alumni Session: Alabama Department of Mental Health and ADARA. Troy University, Montgomery, AL. October 17-21, 2022. (with Romy Spitz) [conference was virtual]

2023    A novel Interprofessional Telesimulation to enhance care for Diverse Patients *23rd International Meeting on Simulation in Healthcare (IMSH 2023)*. Poster January 21; presentation January 25. (with Catherine Lyden (Nursing) and Meredith McFadden (Athletic Training) [Presenting on virtual simulations we have organized and offered collaboratively with interpreting, nursing, and athletic training over the past three years; most recent training was December 6, 2022.]

**References (from among):**
**Overall**:
*Kenneth Hale, Department of Linguistics and Philosophy, 20D-219, MIT, 77 Massachusetts Avenue, Cambridge, MA 02139 (linguistics, field work)-deceased September, 2001. (deceased, letter available)
*Gene Searchinger, Equinox Films, 200 W. 72nd Street, New York, NY (Filmmaker for "The Human Language" Series) (deceased, letter available)

**Current Colleagues:**
Wayne Cowart, Chair. Department of Linguistics, University of Southern Maine, P.O. Box 9300, Portland, ME 04104-9300 (retired)
Dana McDaniel, Department of Linguistics, University of Southern Maine, P.O. Box 9300, Portland, ME 04104-9300
Romy Spitz, Signed Language Research Laboratory, University of Southern Maine, 5360 Calle Vista, San Diego, CA 92109; romyspitz@hotmail.com.

**Linguistics:**
Noam Chomsky, Department of Linguistics and Philosophy, 20D-219, MIT, 77 Massachusetts Avenue, Cambridge, MA 02139 (linguistics, syntax)
*Morris Halle, Department of Linguistics and Philosophy, 20D-219, MIT, 77 Massachusetts Avenue, Cambridge, MA 02139 (linguistics, phonology) [retired, deceased, letter available]
Donna Jo Napoli. Linguistics Program, Papazian Hall, Swarthmore College, Swarthmore, PA. (linguistics)
Wayne O'Neil, Department of Linguistics and Philosophy, 20D-219, MIT, 77 Massachusetts Avenue, Cambridge, MA 02139 (linguistics)
Beth Levin, Department of Linguistics, Stanford University. Margaret Jacks Hall, Building 460 Stanford University, Stanford, CA 94305-2150
Christiane Fellbaum, Department of Psychology, Green Hall, Princeton University, Princeton, NJ 08544.

**Neuroscience:**
Kathleen Baynes, Center for Neuroscience (#1273), University of California, Davis, CA 95616-8768 (neuropsychology/neurolinguistics) [Currently retired in Maine]
Henri Cohen, Université du Quebec á Montreal, Dept. of Psychology and Research in Neuroscience, P.O. Box 8888, Station A, Montreal, Quebec H3C 3P8, Canada (neuropsychology, neuroscience)
Howard Poizner, Cognitive Neuroscience Laboratory, Center for Molecular and Behavioral Neuroscience, Aidekman Research Center, 197 University Avenue, Newark, NJ 07102. (cognitive neuroscience)
Paula Tallal, Director. Center for Molecular and Behavioral Neuroscience, Aidekman Research Center, 197 University Avenue, Newark, NJ 07102. (language, neuroscience)

**Psychology/Cognitive Science:**

Stephen J. Hanson, Psychology Department, Rutgers, The State University of New Jersey. Newark, NJ 07102. (psychology, cognitive science)

*George A. Miller. Department of Psychology, Green Hall, Princeton University, Princeton, NJ 08544. (psycholinguistics, cognitive science; now deceased)

Gary Morgan, Department of Language and Communication Science, City University, Northampton Square, London EC1V OHB, UK. (psychology)

Bencie Woll, Deafness, Cognition, and Language Research Centre, Human Communication Science, University College London, 46 Gordon Square, London, WC1N 0PD UK.

**Interpreting:**

Betty Colonomos, Bilingual Mediation Center, 9012A 51st Avenue, College Park, MD 20740. (also for teaching and mentoring)

Victor Vigna, Certified Interpreting, The Sign Language Network, P.O. Box 6500, Brunswick, ME 04011.

Douglas Newton, Pine Tree Society Interpreting Services, Nonesuch River Plaza, 51 U.S. Route 1, Suite G, Scarborough, ME 04074. (also for legal interpreting)