UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-123-PLF |
| v. : | |
| : | |
| VITALI GOSSJANKOWSKI, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S UNOPPOSED
MOTION TO EXTEND FILING DEADLINE FOR *DAUBERT* REPLY**

On January 13, 2023, this Court amended its scheduling order to allow replies to *Daubert* motions on February 8, 2023. *See* ECF 106.

The Government seeks extension of the filing deadline for *Daubert* replies until Friday, February 10, 2023. In communication with defense, Defendant does not oppose this motion.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
MI Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov