**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-123-PLF** |
| **v.** | : | |
| | : | |
| **VITALI GOSSJANKOWSKI,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

ORDERED that the Government's Motion to Extend Deadline for *Daubert* Reply is GRANTED; it is

FURTHER ORDERED that the Government shall file its motion by February 10, 2023.

SO ORDERED.

_____

PAUL L. FRIEDMAN
DATE:                                                                       United States District Judge