UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )   | |
| v.                              ) | No. 21-cr-123 (PLF) |
| )   | |
| VITALI GOSSJANKOWSKI,           ) | |
| )   | |
| **Defendant**                   ) | |
| _____) | |

**MOTION FOR LEAVE TO FILE SURREPLY AND REPLY**

Vitali GossJankowski, through counsel, respectfully requests leave to file the attached (1) Defense Surreply Regarding Government's Motion to Exclude Defense Experts and For a *Daubert* Hearing, and (2) Reply in Support of Cross-Motion *in Limine* to Preclude Discussion of the Vice President's "Family." Counsel submits that a surreply is necessary to address several of the government's arguments about Dr. Mark Kroll. Counsel submits that a reply is necessary to respond to the government's opposition to Mr. GossJankowski's cross-motion, which opposition confirms that the government does indeed intend to present evidence and argument that the former Vice President's family members defined the "restricted area" in Counts Four and Five even though not charged in the indictment.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Celia Goetzl
Edward Smock
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1