D STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | No. 21-cr-123 (PLF) |
| ) | |
| **VITALI GOSSJANKOWSKI,** ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

**ORDER**

Upon consideration of the defendant's Motion for Leave to File Surreply and Reply, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The Defense Surreply Regarding Government's Motion to Exclude Defense Experts and For a *Daubert* Hearing; and Reply in Support of Cross-Motion *in Limine* to Preclude Discussion of the Vice President's "Family" shall be docketed accordingly.

DATE: _____

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE