UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-cr-123 (PLF) |
| | ) | |
| VITALI GOSSJANKOWSKI, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## Defendant's Exhibit List

| Exhibit No.: | Description | Witness | Objection | Admitted |
|---|---|---|---|---|
| 1. | Image of Vipertek VTS-979 and "Police" 916 | | | |
| 2. | Photo of Mr. GossJankowski with Device | | | |
| 3. | Photo of Device | | | |
| 4. | Photos of Chiseled Front Characteristic | | | |
| 5. | Photo of Mr. GossJankowski with Device | | | |
| 6. | Photos of Assembly Screw Holes Characteristic | | | |
| 7. | Photo of Mr. GossJankowski with Device | | | |
| 8. | Photo of Red LED Characteristic | | | |
| 9. | Photo of Mr. GossJankowski with Device | | | |
| 10. | Photo of Device | | | |
| 11. | Photos of Shoulder Grip Characteristic | | | |
| 12. | Photo of Taser | | | |
| 13. | Output Charge Results | | | |
| 14. | Nerve Stimulator Exemplar Images | | | |
| 15. | Photo of Rally at Ellipse from Mr. GossJankowski's Phone | | | |
| 16. | Photo of Rally at Ellipse from Mr. GossJankowski's Phone | | | |
| 17. | Photo of President Trump at Rally at Ellipse from Mr. GossJankowski's Phone | | | |
| 18. | Photo of Rudolph Giuliani and John Eastman at Rally at Ellipse from Mr. GossJankowski's Phone | | | |