UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-cr-123 (PLF) |
| | ) | |
| VITALI GOSSJANKOWSKI, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**PARTIES' JOINT STATEMENT OF THE CASE**

Pursuant to the Court's February 24, 2023 Order, the parties have met and conferred and propose the following brief statement of the case to be read to the jury during voir dire:

The government has charged the defendant, Mr. Vitali GossJankowski, with six crimes relating to Congress's Joint Session at the United States Capitol on January 6, 2021, to certify the Electoral College vote for president. First, he is charged with obstructing, impeding, or interfering with a law enforcement officer during the commission of a civil disorder. Second, he is charged with obstruction of an official proceeding.  Third, he is charged with assaulting, resisting, or impeding an officer of the United States Capitol Police Department with a deadly or dangerous weapon, that is, a stun gun.  Fourth, he is charged with entering or remaining in a restricted building or grounds with a deadly or dangerous weapon.  Fifth, he is charged with engaging in disorderly and disruptive conduct on restricted Capitol grounds with a deadly or dangerous weapon. And sixth, he is charged with engaging in disorderly conduct within the United States Capitol Grounds.

Mr. GossJankowski has pleaded not guilty to all charges.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ned Smock
Celia Goetzl
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500