UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:21-cr-123 (PLF) |
| VITALI GOSSJANKOWSKI | |

**GOVERNMENT'S EXHIBIT LIST (FEBRAURY 26, 2023)**

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* |
|---|---|---|---|
| *100 Series: Video, Photo, and Audio Evidence* | | | |
| *100 Sub-Series: U.S. Capitol Police (USCP) Video* | | | |
| 100 | Video footage from USCP closed-circuit surveillance camera in the Lower West Terrace Tunnel (exterior) from 2:40 pm to 3:30 pm | | |
| 100A | Video footage from USCP closed-circuit surveillance camera in the Lower West Terrace Tunnel (exterior) from 2:40 pm to 3:30 pm [TRIAL GRAPHICS VERSION] | | |
| 100B | Still images from Exhibits 100 and 100A | | |
| 101 | Video footage from USCP closed-circuit surveillance camera near Lower West Terrace Tunnel doors (interior) from 2:40 pm to 3:10 pm | | |
| 101A | Still images from Exhibit 101 | | |
| 102 | Compilation video of USCP closed-circuit surveillance cameras, with USCP radio runs [15-minute version] | | |
| 103 | Video footage [Time Lapse] from USCP closed-circuit rooftop surveillance camera, West Side view | | |
| *120 Sub-Series: Metropolitan Police Department (MPD) Body Worn Camera Video* | | | |

**Government's Exhibit List—Page 1**

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* |
|---|---|---|---|
| 120 | MPD Officer Sarah Beaver [Body Worn Camera # X6039BCAU] from 2:41 pm to 2:47 pm | | |
| 121 | MPD Officer Jason Mastony [Body Worn Camera # X6039BFSE] from 2:42 pm to 2:57 pm | | |
| 122 | MPD Officer Bronson Spooner [Body Worn Camera # X6039BA66] from 2:43 pm to 2:57 pm | | |
| 123 | MPD Officer William Bogner [Body Worn Camera # X6030478K] from 2:35 pm to 2:57 pm | | |
| *130/140 Sub-Series: Other Video (Open Source and Third Party)* | | | |
| 130 | Video: [Donald Trump Protest Washington DC Highlights] [6:48 to 7:33] | | |
| 130A | Excerpt of Exhibits 130 | | |
| 131 | YouTube Video: The Federalist (UCEBsWEmSBXAU3JqZZGMBGpQ) Raw Footage From The Storming Of The Capitol [3:32 to 4:13] | | |
| 131A | Excerpt of Exhibits 131 | | |
| 132 | Parler: Reckonings msMUadyh24rH.mp4 | | |
| 133 | YouTube Video: Lima Media (UC8owJG75AZ4a8aFpO870SoQ) Barriers Go Down [3:27 to 5:05] | | |
| 133A | Excerpt of Exhibits 133 | | |
| 134 | Facebook Photo: Facebook/sserkang | | |
| 135 | Will Allen-Dupra Footage [10:35 to 11:25] [12:11 to 12:27] | | |
| 135A | Excerpt of Exhibits 135 | | |

**Government's Exhibit List—Page 2**

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* |
|---|---|---|---|
| 135B | Excerpt of Exhibits 135 | | |
| 136 | Geoff Sills Instagram Video [0:00 to 2:16] | | |
| 137 | Jesse Jones [IMG 3648] | | |
| 138 | Lang [IMG 1486] | | |
| 139 | Cantwell [Unified Message 396786214945046] | | |
| 140 | Haskins [IMG_4721] | | |
| 141 | Video: UNBELIEVABLE Footage: Trump Supporters Battle Cops Inside the Capitol | | |
| 141A | Certificate of Authenticity (Fed. R. Evid. 902(11), (13)) | | |
| 141B | Date/time Stamp | | |
| 141C | Video: UNBELIEVABLE Footage: Trump Supporters Battle Cops Inside the Capitol [TRIAL GRAPHICS VERSION] | | |
| 141D | Still images from Exhibits 141 and 141C | | |
| 142 | YouTube Video: Political Trance Tribune (PoliticalTrance) Capitol Eviction Notice | | |
| 143 | BANNED VIDEO – Just Another Channel | | |
| 143.1A | BANNED VIDEO – Just Another Channel [58:23 to 59:07] [TRIAL GRAPHICS VERSION] | | |
| 143.1B | Still images from Exhibit 143.1A | | |
| 143.2A | BANNED VIDEO – Just Another Channel [1:00:05 to 1:05:00] [TRIAL GRAPHICS VERSION] | | |
| 143.2B | Still images from Exhibit 143.2A | | |

**Government's Exhibit List—Page 3**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 143.3A | BANNED VIDEO – Just Another Channel [1:15:00 to 1:24:45] [TRIAL GRAPHICS VERSION] | | |
| 143.3B | Still images from Exhibit 143.3A | | |
| 144.1 | Go-Pro Video (Lower West Terrace): Raw360clip.360 | | |
| 144.2 | Go-Pro Video (Lower West Terrace): Raw360clip.mp4 | | |
| 144.2A | Still images from Exhibit 144.2 | | |
| 145 | Howell Video [WT unified message 141025931159740.mp4] | | |
| 146 | Howell Video [WT unified message 1529501220581387.mp4] | | |
| 147 | Open Source Video [sf4kaTrpe9SSQ4Yap.mpeg4] | | |
| *150 Sub-Series: Law Enforcement Interviews of Defendant* | | | |
| 150 | 1/17/21 Interview [Vitali GossJankowski interview 1.17.21.mp4] | | |
| 151 | 1/18/21 Interview [InterviewVitaliGossJankowski.mp4] | | |
| 151.1 | 1/18/21 Interview [Vitali Gossjankowski Custodial Interview Disk #1.MTS] | | |
| 151.2 | 1/18/21 Interview [Vitali Gossjankowski Custodial Interview Disk #2.MTS] | | |
| 151.3 | 1/18/21 Interview [Vitali Gossjankowski Custodial Interview Disk #3.MTS] | | |
| ***200 Series: Evidence from the Defendant's Electronic Devices*** | | | |
| *Defendant's Apple iPad Pro, FBI 1B3* | | | |
| 200 | 5005.JPG [Cellebrite Report, Images, line 20] | | |

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 201 | 5005.JPG [Cellebrite Report, Images line 33] | | |
| 202 | IMG_1556.JPG [Cellebrite Report, line 1] | | |
| 203 | IMG_2489.JPG [Cellebrite Report, line 9] | | |
| 204 | IMG_7835.JPG [Cellebrite Report, line 3] | | |
| *Defendant's Apple iPhone 7, FBI 1B9* | | | |
| 205 | 5005.JPG [Cellebrite Report, Images, line 22] | | |
| 206 | 5005.JPG [Cellebrite Report, Images, line 27] | | |
| 207 | 5005.JPG [Cellebrite Report, Images, line 30] | | |
| *Defendant's Apple iPhone 11, FBI 1B11* | | | |
| 208 | Video: 9A2D2952-95BE-4573-A714-B71C6650B9DD.medium.mp4 | | |
| 209 | Video: IMG_2664.mov, Cellebrite Report, Videos, line 2 | | |
| ***300 Series: Evidence Related to the Defendant's Facebook Account*** | | | |
| 300 | Facebook Business Record Certification | | |
| 301 | Facebook Subscriber Records | | |
| 302 | Facebook Location Data | | |
| 303 | Facebook Thread between F.A. and the Defendant (10154138000718531) (1/5/21 – 1/13/21) (pp. 1716-1719) | | |
| 304 | Facebook Thread between H.R. and the defendant (10155006435018531) (1/4/21 – 1/14/21) (pp. 1720-1722) | | |

**Government's Exhibit List—Page 5**

| _Ex. No._ | _Description of Exhibit_ | _Offered_ | _Admitted / Witness_ |
|---|---|---|---|
| 305 | Facebook Thread re: "Deaf MAGA – General" – selected posts | | |
| **400 Series:  United States Secret Service Evidence** ||||
| 400 | Email - USSS Head of State Notification - Vice President Pence, Mrs. Pence and daughter | | |
| 401 | Secret Service Head of State Notification Worksheet | | |
| 402 | Vice President Relocation Video | | |
| **500 Series:  Legal and Congressional Records** ||||
| 500 | U.S. Constitution—12th Amendment | | |
| 501A | Title 3, United States Code, Section 15 | | |
| 501B | Title 3, United States Code, Section 16 | | |
| 501C | Title 3, United States Code, Section 17 | | |
| 501D | Title 3, United States Code, Section 18 | | |
| 502 | Senate Concurrent Resolution 1 | | |
| 503 | Video Montage—including Congressional Record and video footage from House and Senate | | |
| 503A | Source References for Video Montage | | |
| 504 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | |
| 505 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | |
| 506 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | | |

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 507 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | | |
| **600 Series:  U.S. Capitol and Other Evidence** | | | |
| 600 | Aerial Photo of U.S. Capitol Building | | |
| 601 | Aerial Photo of U.S. Capitol Building with Perimeter Diagram | | |
| 602 | Photo of U.S. Capitol with signs on metal barriers | | |
| 603 | Photo of Area Closed sign on metal barrier | | |
| 604 | Photo of Area Closed sign | | |
| 605 | Diagram of Capitol | | |
| 606 | Map – Basement of Capitol Building | | |
| 607 | Map - First Floor of Capitol Building | | |
| 608 | Map - Second Floor of Capitol Building | | |
| **700: Physical Evidence and Evidence from Search of 837 Florida Avenue NE** | | | |
| 700 | Blue Jacket | | |
| 700A | Photograph of Blue Jacket @ 837 Florida Avenue NE [9.jpg] | | |
| 701 | Nike Sunglasses | | |
| 702 | Photo of Vitali GossJankowski ID @ 837 Florida Avenue NE [10.jpg] | | |
| **800: Other Evidence** | | | |
| 800 | Safeway Business Record Certification | | |
| 801 | Safeway Email re: DC Store Closures | | |
| 802 | Safeway DC Stores Sales | | |

**Government's Exhibit List—Page 7**

| _Ex. No._ | _Description of Exhibit_ | _Offered_ | _Admitted / Witness_ |
|---|---|---|---|
| *900 Series: Stipulations* | | | |
| 900 | Stipulations | | |

**Government's Exhibit List—Page 8**