UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>    v.                       )   Criminal No. 21-0123 (PLF)<br>                             )<br> VITALI GOSSJANKOWSKI,       )<br>                             )<br>        Defendant.           )<br>                             ) | |

### ORDER

The following motions were resolved orally at the February 23, 2023 status conference and the February 27, 2023 motions hearing. Accordingly, it is hereby

ORDERED that United States' Motion in Limine to Preclude Reliance on Public Authority Defense [Dkt. No. 85] and Supplement to Motion in Limine to Preclude Certain Defense Arguments at Trial [Dkt. No. 96] are DENIED AS MOOT; it is

FURTHER ORDERED that Government's Motion in Limine to Limit Cross-Examination of Secret Service Agency Witnesses [Dkt. No. 92] is GRANTED; it is

FURTHER ORDERED that Government's Motion in Limine Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras [Dkt. No. 93] is GRANTED; it is

FURTHER ORDERED that defendant Vitali GossJankowski's Combined Motions in Limine to Preclude Certain Evidence at Trial [Dkt. No. 107] is GRANTED IN PART and DENIED IN PART for the reasons set forth orally on the record at the February 27, 2023 motions hearing; it is

FURTHER ORDERED that Mr. GossJankowski's Motion for Bill of Particulars [Dkt. No. 135] is DENIED for the reasons set forth orally on the record at the February 27, 2023 motions hearing and in United States v. Sutton, Crim. No. 21-598, 2022 WL 1183797 (D.D.C. Apr. 21, 2022) [Dkt. No. 156]; and it is

FURTHER ORDERED that Mr. GossJankowski's request for a special verdict form as to Count One [Dkt. No. 135] is held in abeyance; counsel are directed to file memoranda of law with relevant case authority in advance of the charging conference.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 3/2/23