UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America
                        Plaintiff,

                                                          CRIMINAL NO.   21-123 (RC)
Vs.

Vitali Gossjankowski
                        Defendant.

**COUNSELS' ACKNOWLEDGMENTS CONCERNING TRIAL EXHIBITS**

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

MARCH 15, 2023
DATE EXHIBITS WENT TO JURY

_____
COUNSEL FOR PLAINTIFF

_____
COUNSEL FOR DEFENDANT