CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil/Criminal No.: 21 CR 123 (PLF) |
| vs. ) | |
| ) | |
| VITALI GOSSJANKOWSKI ) | |
| ) | |

**NOTE FROM JURY**

For Count 6 on the Verdict Form, the Verdict Form asks how do we find the Defendant on the charge of disorderly conduct in a Capitol building in Count Six of the indictment.

Should the Verdict Form say "How do you find Defendant Vitali Goss Jankowski on the charge of disorderly conduct in a Capitol building or Grounds in Count Six of the Indictment?"

Date: 3/15/23
Time: 3:53 pm

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Civil/Criminal No.: __21 CR 123 (PLF)__ |
| ) | |
| VITALI GOSSJANKOWSKI ) | |

### NOTE FROM JURY

Count One of the Verdict Form ~~asks~~ asks how you find the Defendant on the charge of civil disorder in ~~the~~ Count One of the Indictment.

Should the Verdict Form say "How do you find Defendant Vitali Gossjankowski on the charge of obstructing officers during a civil disorder in Count One of the Indictment?"

More broadly, should the ~~Charges~~ Counts on the Verdict Form match the Counts in the jury instructions? For example, Count Two says "proceeding (or) aiding and abetting" on the Verdict Form. But the jury instructions say "and" aiding and abetting.

Date: 3/15/23

Time: 3:56 pm

FOREPERSON

②

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                                )<br>)<br>VITALI GOSSJANKOWSKI              )<br>) | Civil/Criminal No.: 21 CR 123 (PLF) |

### NOTE FROM JURY

For Count Four, on the Verdict Form, it asks "How do you find Defendant Vitali GossJankowski on the lesser included offense of entering *and* remaining..."

The jury instructions say "entering or remaining". Please clarify if it is "and" or "or".

For Count Five, the Verdict Form asks about "disorderly *and* disruptive conduct" but the jury instructions use "or". Please clarify if it is "and" or "or".

For Count Five, the Verdict Form says "if you find the Government guilty". Please clarify if "government" should be "defendant".

Lastly, Count Five of the Verdict Form, says "lesser-included offense of disorderly *and* disruptive conduct". Please clarify if "and" should be "or" like the jury instructions.

Date: 4:18p

Time: 3/15/23.

FOREPERSON

