CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Civil/Criminal No.: __21 CR 123 (PLF)__ |
| | ) | |
| VITALI GOSSJANKOWSKI | ) | |
| | ) | |

**NOTE FROM JURY**

Please bring Exhibits 1001 and 1002 back in to the jury room. (the devices)

Date: 3/16/23

Time: 1:51 pm

FOREPERSON

①

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Civil/Criminal No.: __21 CR 123 (PLF)__
)
VITALI GOSSJANKOWSKI )
)

## NOTE FROM JURY

We have a verdict.

Date: 3/16/23

Time: 3:45 pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> VITALI GOSSJANKOWSKI ) <br> ) | Civil/Criminal No.: 21 CR 123 (PLF) |

### NOTE FROM JURY

Is there a definition of "serious bodily injury"?

Does bodily injury include mental or non-physical harm?

Date: 3/16/23

Time: 2:05 pm

FOREPERSON

