UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0123 (PLF) |
| ) | |
| VITALI GOSSJANKOWSKI, ) | |
| ) | |
| Defendant. ) | |

AMENDED VERDICT FORM

**Count One**

I. How do you find Defendant Vitali GossJankowski on the charge of obstructing officers during a civil disorder in Count One of the Indictment?

_____ Not Guilty       \_\_\_\_X\_\_\_\_\_ Guilty

**Count Two**

II. How do you find Defendant Vitali GossJankowski on the charge of obstruction of an official proceeding or aiding and abetting the obstruction of an official proceeding in Count Two of the Indictment?

_____ Not Guilty       \_\_\_\_X\_\_\_\_\_ Guilty

## Count Three

III. How do you find Defendant Vitali GossJankowski on the charge of assaulting, resisting, or impeding Morris Moore using a deadly or dangerous weapon in Count Three of the Indictment?

_____X_____ Not Guilty          _____ Guilty

**Whether you find the defendant guilty or not guilty on the charge of assaulting, resisting, or impeding using a deadly or dangerous weapon, you must also respond to the following:**

How do you find Defendant Vitali GossJankowski on the charge of assaulting, resisting, or impeding Morris Moore while making physical contact with him or acting with the intent to commit the charge in Count Two?

_____ Not Guilty          _____X_____ Guilty

**If you find the defendant guilty of assaulting, resisting, or impeding Morris Moore while making physical contact with him or acting with intent to commit the charge in Count Two, you must respond to the following:**

Does the jury unanimously agree that the government has shown that the defendant made physical contact with Morris Moore?

_____ No          _____X_____ Yes

Does the jury unanimously agree that the government has shown that the defendant acted with the intent to commit the charge in Count Two?

_____ No          _____X_____ Yes

2

### Count Four

IV.  How do you find Defendant Vitali GossJankowski on the charge of entering or remaining in a restricted building or grounds with a deadly or dangerous weapon in Count Four of the Indictment?

_____X_____ Not Guilty          _____ Guilty

> **If you find the defendant guilty, move on to Count Five. If you find the defendant not guilty of entering or remaining in a restricted building or grounds with a deadly or dangerous weapon, you must respond to the following:**

How do you find Defendant Vitali GossJankowski on the lesser-included offense of entering or remaining in a restricted building or grounds?

_____ Not Guilty          _____X_____ Guilty

### Count Five

V.  How do you find Defendant Vitali GossJankowski on the charge of disorderly or disruptive conduct in a restricted building or grounds with a deadly or dangerous weapon in Count Five of the Indictment?

_____X_____ Not Guilty          _____ Guilty

> **If you find the defendant guilty, move on to Count Six. If you find the defendant not guilty of disorderly or disruptive conduct in a restricted building or grounds with a deadly or dangerous weapon, you must respond to the following:**

How do you find Defendant Vitali GossJankowski on the lesser-included offense of disorderly or disruptive conduct in a restricted building or grounds?

_____ Not Guilty          _____X_____ Guilty

3

## Count Six

VI. How do you find Defendant Vitali GossJankowski on the charge of disorderly conduct in a Capitol Building or Grounds in Count Six of the Indictment?

_____ Not Guilty        _____X_____ Guilty

Signed this \_\_16\_\_ day of \_\_March\_\_\_\_, 2023.

_____
Foreperson