UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:21-cr-123 (PLF) |
| VITALI GOSSJANKOWSKI | |

## GOVERNMENT'S EXHIBIT LIST (MARCH 9, 2023)

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| | **100 Series: Video, Photo, and Audio Evidence** | | |
| | *100 Sub-Series: U.S. Capitol Police (USCP) Video* | | |
| 100.1 | Video footage from USCP closed-circuit surveillance camera in the Lower West Terrace Tunnel (exterior) from 2:40 pm to 3:02 pm | 3/3/23 | Ronald Ortega |
| | ███████████████ | | |
| 100.2 | Video footage from USCP closed-circuit surveillance camera in the Lower West Terrace Tunnel (exterior) from 3:10 pm to 3:13 pm | 3/3/23 | Ortega |
| | ███████████████ | | |
| 100.3 | Video footage from USCP closed-circuit surveillance camera in the Lower West Terrace Tunnel (exterior) from 3:18 pm to 3:21 pm | 3/3/23 | Ortega |
| | ███████████████ | | |

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 100B | Still images from Exhibits 100 and 100A | | |
| 101.1 | Video footage from USCP closed-circuit surveillance camera near Lower West Terrace Tunnel doors (interior) from 2:42 pm to 2:47 pm | 3/3/23 | Ortega |
| 101.2 | Video footage from USCP closed-circuit surveillance camera near Lower West Terrace Tunnel doors (interior) from 2:55 pm to 2:57 pm | 3/3/23 | |
| 101A | Still images from Exhibit 101 | | |
| 102 | Compilation video of USCP closed-circuit surveillance cameras, with USCP radio runs [15-minute version] | | |
| 103 | Video footage [Time Lapse] from USCP closed-circuit rooftop surveillance camera, West Side view | | ↓ |
| *120 Sub-Series: Metropolitan Police Department (MPD) Body Worn Camera Video* | | | |
| 120 | MPD Officer Sarah Beaver [Body Worn Camera # X6039BCAU] from 2:41 pm to 2:47 pm | 3/9/23 | Sarah Beaver (MPD) |
| 121.1 | MPD Officer Jason Mastony [Body Worn Camera # X6039BFSE] from 2:44:30 pm to 2:45:30 pm | 3/9/23 | Jason Mastony (MPD) |
| 121.2 | MPD Officer Jason Mastony [Body Worn Camera # X6039BFSE] from 2:55 pm to 2:57 pm | 3/9/23 | Jason Mastony (MPD) |
| 122 | MPD Officer Bronson Spooner [Body Worn Camera # X6039BA66] from 2:43 pm to 2:48 pm | 3/8/23 | Bronson Spooner (MPD) |

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 123.1 | MPD Officer William Bogner [Body Worn Camera # X6030478K] from 2:40 pm to 2:54 pm [EXHIBIT 123 REDACTED PURSUANT TO TRIAL RULING] | 3/8/23 | Bogner |
| *130/140 Sub-Series: Other Video (Open Source and Third Party)* | | | |
| 130 | Excerpt of Video: [Donald Trump Protest Washington DC Highlights] [6:48 to 7:33] | 3/3/23 | Ortega |
| 131 | Excerpt of YouTube Video: The Federalist (UCEBsWEmSBXAU3JqZZGMBGpQ) Raw Footage From The Storming Of The Capitol [3:32 to 4:13] | 3/3/23 | |
| 132 | Parler: Reckonings msMUadyh24rH.mp4 | 3/3/23 | |
| 133 | Excerpt of YouTube Video: Lima Media (UC8owJG75AZ4a8aFpO870SoQ) Barriers Go Down [3:27 to 5:05] | 3/3/23 | |
| 134 | Facebook Photo: Facebook/sserkang | 3/3/23 | |
| 135.1 | Excerpt of Will Allen-Dupra Footage [10:35 to 11:25] | 3/3/23 | |
| 136 | Geoff Sills Instagram Video [0:00 to 2:16] | 3/3/23 | Ortega |
| 137 | Jesse Jones [IMG 3648] | 3/3/23 | |
| 138 | Lang [IMG 1486] [UNTIL 1:40] | 3/3/23 | |
| 139 | Cantwell [Unified Message 396786214945046] | 3/3/23 | |
| 140 | Haskins [IMG_4721] | 3/3/23 | |

Government's Exhibit List—Page 3

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 141.1 | Excerpt of Video: UNBELIEVABLE Footage: Trump Supporters Battle Cops Inside the Capitol [0:00 to 6:00] | 3/6/23 | Ortega |
| 141.2 | Excerpt of Video: UNBELIEVABLE Footage: Trump Supporters Battle Cops Inside the Capitol [20:45 to 21:00] | 3/6/23 | Ortega |
| ██ | ██ | ██ | ██ |
| 141C | Video: UNBELIEVABLE Footage: Trump Supporters Battle Cops Inside the Capitol [TRIAL GRAPHICS VERSION] | | |
| 141D | Still images from Exhibits 141 and 141C | 3/6/23 | Ortega |
| 142 | YouTube Video: Political Trance Tribune (PoliticalTrance) Capitol Eviction Notice | 3/6/23 | Ortega |
| ██ | ██ | ██ | ██ |
| 143.2A | Excerpt of BANNED VIDEO – Just Another Channel [1:00:05 to 1:05:00] [TRIAL GRAPHICS VERSION] | 3/6/23 | Ortega |
| 143.2B | Still images from Exhibit 143.2A | 3/6/23 | Ortega |
| 143.3A | Excerpt of BANNED VIDEO – Just Another Channel [1:15:00 to 1:16:15] | 3/6/23 | Ortega |
| 143.4A | Excerpt of BANNED VIDEO – Just Another Channel [1:22:00 to 1:24:45] | 3/6/23 | Ortega |
| 143.4B | Still images from Exhibit 143.4A | 3/6/23 | Ortega |
| ██ | | | |

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 144.2 | Go-Pro Video (Lower West Terrace): Raw360clip.mp4 | 3/6/23 | Ortega |
| 144.2A | Still images from Exhibit 144.2 | 3/6/23 | Ortega |
| 145 | Howell Video [WT unified message 141025931159740.mp4] | 3/10/23 | Morris Moore (MPD) |
| 146 | Howell Video [WT unified message 1529501220581387.mp4] | 3/10/23 | Morris Moore (MPD) |
| 147 | Open Source Video [sf4kaTrpe9SSQ4Yap.mpeg4] | 3/6/23 | Ortega |
| 150 Sub-Series: Law Enforcement Interviews of Defendant ||||
| ■■■ | ■■■ | ■■■ | ■■■ |
| 200 Series: Evidence from the Defendant's Electronic Devices ||||
| Defendant's Apple iPad Pro, FBI 1B3 ||||
| ■■■ | ■■■ | ■■■ | ■■■ |

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| *Defendant's Apple iPhone 7, FBI 1B9* | | | |
| 205 | 5005.JPG [Cellebrite Report, Images, line 22] | 3/10/23 | Kerry Schultz (FBI) |
| 206 | 5005.JPG [Cellebrite Report, Images, line 27] | 3/10/23 | " |
| 207 | 5005.JPG [Cellebrite Report, Images, line 30] | 3/10/23 | " |
| *Defendant's Apple iPhone 11, FBI 1B11* | | | |
| 208 | Video: 9A2D2952-95BE-4573-A714-B71C6650B9DD.medium.mp4 | 3/10/23 | " |
| 209 | Video: IMG_2664.mov, Cellebrite Report, Videos, line 2 | 3/10/23 | " |
| ***300 Series: Evidence Related to the Defendant's Facebook Account*** | | | |
| 300 | Facebook Business Record Certification 2/4/21 | 3/10/23 | James Mulvihill (FBI) |
| 301 | Facebook Subscriber Records [REDACTED] | 3/10/23 | " |
| | [REDACTED] | | |
| 303 | Facebook Thread between F.A. and the Defendant (10154138000718531) (1/5/21 – 1/13/21) (pp. 1716-1719) [REDACTED] | 3/10/23 | Mulvihill |
| 304 | Facebook Thread between H.R. and the defendant (10155006435018531) (1/4/21 – 1/14/21) (pp. 1720-1722) [REDACTED] | 3/10/23 | Mulvihill |
| 305 | Facebook Thread re: "Deaf MAGA – General" – selected posts | 3/10/23 | Mulvihill |
| ***400 Series: United States Secret Service Evidence*** | | | |
| 400 | Email - USSS Head of State Notification - Vice President Pence, Mrs. Pence and daughter [REDACTED] | 3/7/23 | Inspector Lanelle Hawa |

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 401 | Secret Service Head of State Notification Worksheet | 3/7/23 | Hawa |
| 402 | Vice President Relocation Video | 3/7/23 | Hawa |
| **500 Series: Legal and Congressional Records** | | | |
| 500 | U.S. Constitution—12th Amendment | 3/7/23 | Daniel Schwager |
| 501A | Title 3, United States Code, Section 15 | 3/7/23 | Daniel Schwager |
| 501B | Title 3, United States Code, Section 16 | 3/7/23 | Daniel Schwager |
| 501C | Title 3, United States Code, Section 17 | 3/7/23 | Daniel Schwager |
| 501D | Title 3, United States Code, Section 18 | 3/7/23 | Daniel Schwager |
| 502 | Senate Concurrent Resolution 1 | 3/7/23 | Daniel Schwager |
| 503 | Video Montage—including Congressional Record and video footage from House and Senate | 3/7/23 | Daniel Schwager |
| | [redacted] | | |
| 506 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | 3/7/23 | Daniel Schwager |
| 507 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | 3/7/23 | Daniel Schwager |
| **600 Series: U.S. Capitol and Other Evidence** | | | |
| 600 | Aerial Photo of U.S. Capitol Building | 3/3/23 | Ortega |

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 601 | Aerial Photo of U.S. Capitol Building with Perimeter Diagram | 3/3/23 | Ortega |
| 602 | Photo of U.S. Capitol with signs on metal barriers | 3/3/23 | Ortega |
| 603 | Photo of Area Closed sign on metal barrier | 3/3/23 | Ortega |
| 604 | Photo of Area Closed sign | 3/3/23 | |
| 605 | Diagram of Capitol | 3/3/23 | |
| 606 | Map – Basement of Capitol Building | 3/3/23 | |
| 607 | Map - First Floor of Capitol Building | 3/3/23 | |
| 608 | Map - Second Floor of Capitol Building | 3/3/23 | |
| **700: Physical Evidence and Evidence from Search of 837 Florida Avenue NE** | | | |
| 700 | Blue Jacket | 3/10/23 | FBI James Mulvihull |
| 700A | Photograph of Blue Jacket @ 837 Florida Avenue NE [9.jpg] | 3/10/23 | " |
| 701 | Nike Sunglasses | 3/10/23 | " |
| 702 | Photo of Vitali GossJankowski ID @ 837 Florida Avenue NE [10.jpg] | 3/10/23 | " |
| **800: Other Evidence** | | | |
| 801 | Safeway Email re: DC Store Closures 1/6/21 | 3/9/23 | Edgar C. Tippett |
| 802 | Safeway DC Stores Sales (Chart) | 3/9/23 | Edgar C. Tippett |
| **900 Series: Stipulations** | | | |
| **1000 Series: Others** | | | |
| 1000 | VIPERTEK VTS-979 Operating Manual | 3/8/23 | Kroll |
| 1001 | Stungun Packaging and Contents | 3/9/23 | Kroll |
| 1002 | VIPERTEK Device Box w/ contents | 3/9/23 | Kroll |

Government's Exhibit List—Page 8