# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| v. | ) No. 21-cr-123 (PLF) |
| VITALI GOSSJANKOWSKI, | ) |
| Defendant | ) |

## Defendant's Exhibit List

| Exhibit No.: | Description | Witness | Objection | Admitted |
|---|---|---|---|---|
| 1. | Image of Vipertek VTS-979 and "Police" 916 | Kroll | | X |
| 2. | Photo of Mr. GossJankowski with Device | Kroll | | X |
| 3. | Photo of Device | Kroll | | X |
| 4. | Photos of Chiseled Front Characteristic | Kroll | | X |
| 5. | Photo of Mr. GossJankowski with Device | Kroll | | X |
| 6. | Photos of Assembly Screw Holes Characteristic | Kroll | | X |
| 7. | Photo of Mr. GossJankowski with Device | Kroll | | X |
| 8. | Photo of Red LED Characteristic | Kroll | | X |
| 9. | Photo of Mr. GossJankowski with Device | Kroll | | X |
| 10. | Photo of Device | Kroll | | X |
| 11. | Photos of Shoulder Grip Characteristic | Kroll | | X |
| 12. | Photo of Taser | Kroll | | X |
| 13. | | | | |
| 14. | | Kroll | | X |
| 15. | Photo of Rally at Ellipse from Mr. GossJankowski's Phone | Schultz | | X |
| 16. | Photo of Rally at Ellipse from Mr. GossJankowski's Phone | Schultz | | X |
| 17. | Photo of President Trump at Rally at Ellipse from Mr. GossJankowski's Phone | Schultz | | X |
| 18. | Photo of Rudolph Giuliani and John Eastman at Rally at Ellipse from Mr. GossJankowski's Phone | Schultz | | X |
| 19. | Text Messages between Matthews and Ulrich | Matthews | | X |
| 20. | | | | |
| 21. | Photo of Taser and Markings | Kroll | | X |
| 22. | BOLO 4 Flier 1/6/21 | Mulvihill | | X |