UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 21-cr-123 (PLF) |
| | ) | |
| **VITALI GOSSJANKOWSKI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Court for leave to withdraw as counsel for Mr. Vitali GossJankowski, and to appoint new counsel to represent him.  Mr. GossJankowski has raised concerns about the legal representation being provided to him by undersigned counsel and has specifically asked that undersigned counsel no longer represent him in this matter.  Counsel believe it would be in the interests of justice to provide Mr. GossJankowski with substitute appointed counsel and the Federal Public Defender's Office will ensure that new counsel is appointed if the Court grants this motion to withdraw.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Celia Goetzl
Ned Smock
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500