# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 21-cr-123 (PLF) |
| | ) | |
| **VITALI GOSSJANKOWSKI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel, and for good cause shown, it is this _____ day of March, 2023, hereby ORDERED that the motion is GRANTED; and new counsel shall be appointed to represent the defendant in this matter.

SO ORDERED.

_____
Paul L. Friedman
United States District Judge