

# Thread

Explore

Settings

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

 **Vitali GossJankowski**
@VeryGoodJob1

By someone with a fls

9:00 AM · Mar 26, 2023 · **192** Views

Show more replies

## Search Twitter

### New to Twitter?
Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

 **Vitali GossJankowski**  Follow
@VeryGoodJob1

hey , I'M A huGe fan OF BALTIMORE RAVENS, Wizards, Lakers, Terps, Capitals and EarnhardtJr!!! Washington DC

### What's happening

NBA · Last night
**Pelicans at Warriors** 

Trending in United States
**RIP Marty**
1,937 Tweets