UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 21-0123 (PLF) |
| ) | |
| VITALI GOSSJANKOWSKI, ) | |
| ) | |
| Defendant. ) | |

ORDER

On March 16, 2023, a jury convicted defendant Vitali GossJankowski of six counts relating to his conduct at the U.S. Capitol on January 6, 2021. See Amended Verdict Form [Dkt. No. 163]. Following the verdict, the Court directed the parties to submit a proposed briefing schedule for post-trial motions. On March 29, 2023, counsel for Mr. GossJankowski filed a Motion to Withdraw as Counsel ("Mot.") [Dkt. No. 167]. Counsel informs the Court that "Mr. GossJankowski has raised concerns about the legal representation being provided to him by undersigned counsel and has specifically asked that undersigned counsel no longer represent him in this matter." Mot. at 1. The Court ordered the government to respond to this motion, and on April 9, 2023, the government filed a Response to Defendant's Motion to Withdraw as Counsel ("Gov't Resp.") [Dkt. No. 168]. In its response, the government asks the Court to "set a hearing and engage in a colloquy with the defendant" and argues that "even following such a colloquy, [the Court] may find it appropriate to deny the relief requested." Gov't Resp. at 1, 7.

The Court has carefully considered the parties' filings and wishes to schedule a hearing on the motion to withdraw. Among other things, the Court will engage in a colloquy with Mr. GossJankowski regarding his legal representation. Accordingly, it is hereby

ORDERED that the parties shall appear for a motions hearing and status conference on April 26, 2023 at 2:30 p.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 4/14/23