UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-123-PLF |
| v. | : | |
| | : | |
| VITALI GOSSJANKOWSKI, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S SUPPLEMENT TO
GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO WITHDRAW AS COUNSEL

On March 29, 2023, Defense Counsel filed a Motion to Withdraw as Counsel, ECF 167, and provided that "GossJankowski has raised concerns about the legal representation being provided to him by . . . counsel and has specifically asked that . . . counsel no longer represent him in this matter." On March 29, 2023, this Court ordered the Government to respond to GossJankowski's motion to withdraw on or before April 13, 2023. On April 9, 2023, the Government provided its response requesting the Court to set a hearing date to resolve GossJankowski's motion.

The Government respectfully supplements its filing to provide further inform the Court of other posts by GossJankowski.



Although GossJankowski's assertion that he "never requested a new representation" occurred before the Government's filing, the statement was made in response to a tweet by a user named "@stoguj" and not readily visible on GossJankowski's twitter feed at the time of filing. The Government

---

[1] An extraneous 'gif' posed by @BizinessNoneya has been removed from the exchange for clarity. The full post can be viewed at:
"https://www.twitter.com/BizinessNoneya/status/1641609960441147394" last accessed April 25, 2023.

respectfully requests this Court accept its supplemental filing that provides additional information of GossJankowski's concerns.

                              Respectfully Submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

                              /s/ *Adam M. Dreher*
                              ADAM M. DREHER
                              Assistant United States Attorney
                              MI Bar No. P79246
                              601 D St. N.W.
                              Washington, D.C. 20530
                              (202) 252-1706
                              adam.dreher@usdoj.gov