UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-123 (PLF) |
| VITALI GOSSJANKOWSKI | |

## JOINT PROPOSED POST-TRIAL BRIEFING SCHEDULE

Pursuant to the order issued by the Court on June 16, 2023, the parties jointly submit the following proposed briefing schedule for any post-trial motion(s) for a judgment of acquittal and/or for a new trial:

- The defendant shall file any post-trial motion(s) for a judgment of acquittal and/or for a new trial on or before Tuesday, September 5, 2023;

- The government shall file its response(s) to the defendant's motion(s) on or before Wednesday, September 27, 2023; and

- The defendant shall file its reply or replies (if any) within 7 business days after the government's responses.[1]

In addition, the parties respectfully request that a hearing on the defendant's post-trial motion(s) be set for October 10 or 11, 2023, which the Court previously indicated as potential hearing dates, or for another date as soon as practicable thereafter.

---

[1] Accordingly, if the government files its response(s) on September 27, 2023, the defendant's reply or replies will be due on or before October 6, 2023. If the government files its response(s) on an earlier date, the defendant's reply or replies will be due on an earlier date.

**Joint Proposed Post-Trial Briefing Schedule—Page 1**

| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar No. 481052 | /s/ Matthew J. Peed<br>MATTHEW J. PEED<br>Clinton & Peed<br>1775 Eye St. NW, Suite 1150<br>Washington, DC 20006<br>Tel: (202) 919-9491<br>Fax: (202) 587-5601 |
| /s/ Francesco Valentini<br>FRANCESCO VALENTINI<br>D.C. Bar No. 986769<br>Trial Attorney<br>U.S. Dept. of Justice, Criminal Division<br>Detailed to the D.C. U.S. Attorney's Office<br>601 D Street NW<br>Washington, D.C. 20530<br>(202) 598-2337<br>francesco.valentini@usdoj.gov | |
| /s/ Karen E. Rochlin<br>KAREN E. ROCHLIN<br>DC Bar No. 394447<br>Assistant United States Attorney<br>Detailed to the D.C. U.S. Attorney's Office<br>9 Northeast 4th Street<br>Miami, Florida 33132<br>(305) 961-9234<br>karen.rochlin@usdoj.gov | |
| /s/ Adam M. Dreher<br>ADAM M. DREHER<br>Assistant United States Attorney<br>MI Bar No. P79246<br>601 D Street NW<br>Washington, D.C. 20530<br>(202) 252-1702<br>adam.dreher@usa.usdoj.gov | |