NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number   21-cr-123

Vitali Gossjankowski
        (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA            [ ] RETAINED            [ ] FEDERAL PUBLIC DEFENDER

/s/ Matthew J. Peed
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Matthew Peed (Bar No. 503328)
*(Attorney & Bar ID Number)*

Clinton & Peed
*(Firm Name)*

1775 Eye St. NW, Suite 1150
*(Street Address)*

Washington,  DC 20006
*(City)        (State)        (Zip)*

(202) 919-9491
*(Telephone Number)*