UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>                           *Defendant.* | No. 21-cr-123 (PLF) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**

Mr. Gossjankowski, through counsel, respectfully requests an extension of seven days (to September 12) for motions pursuant to Rules 29 and 33, and a corresponding extension of seven days (to October 4) for the government's response. The government consents to this request. Counsel requests this extension due to the need to continue reviewing the record and because a family member has a health issue that will require supervision by counsel for the next week. A proposed order is attached.

August 29, 2023

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)
(202) 587-5610 (fax)

*Counsel for Defendant Vitali Gossjankowski*