# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>　　　　　　　　*Defendant*. | No. 21-cr-123 (PLF) |

## ORDER

Upon consideration of Defendant Vitali Gossjankowski's consent motion for an extension of time to file motions pursuant to Rules 29 and 33, and a corresponding extension of time for the government to file its response, and for good cause shown, the motion is hereby **GRANTED**. The Defendant's motions pursuant to Rules 29 and 33 shall be filed on or before September 12, 2023, and the government's response shall be filed on or before October 4, 2023.

**SO ORDERED.**

Date:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge