UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI | No. 1:21-cr-123 (PLF) |

## JOINT STATUS REPORT

Pursuant to the order issued by the Court on June 28, 2023, the parties jointly report that there are no issues in this case that require resolution by the Court prior to the defendant's filing of his post-trial motion (or motions) on or before September 12, 2023. If any ancillary issues arise in connection with the defendant's post-trial motion(s), the parties will promptly bring those issues to the Court's attention.

August 31, 2023                                      Respectfully submitted,

FOR THE GOVERNMENT:                     FOR THE DEFENDANT:

MATTHEW M. GRAVES                        */s/ Matthew J. Peed*
UNITED STATES ATTORNEY              MATTHEW J. PEED
D.C. Bar No. 481052                              Clinton & Peed
                                                                 1775 Eye St. NW, Suite 1150
*/s/ Francesco Valentini*                         Washington, DC 20006
FRANCESCO VALENTINI                   Tel: (202) 919-9491
D.C. Bar No. 986769                              Fax: (202) 587-5601
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Detailed to the D.C. U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 598-2337
francesco.valentini@usdoj.gov

Joint Status Report — Page 1

*/s/ Karen E. Rochlin*
KAREN E. ROCHLIN
DC Bar No. 394447
Assistant United States Attorney
Detailed to the D.C. U.S. Attorney's Office
9 Northeast 4th Street
Miami, Florida 33132
(305) 961-9234
karen.rochlin@usdoj.gov

*/s/ Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
MI Bar No. P79246
601 D Street NW
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov