UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

VITALI GOSSJANKOWSKI,
                *Defendant*.

No. 21-cr-123 (PLF)

**ORDER**

Upon consideration of the motion for a judgment of acquittal or a new trial by Defendant Vitali GossJankowski, the opposition thereto, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. A verdict of not guilty shall be entered for the following counts:

_____ Count 1      _____ Count 4

_____ Count 2      _____ Count 5

_____ Count 3      _____ Count 6

A new trial shall be ordered on the following counts:

_____ Count 1      _____ Count 4

_____ Count 2      _____ Count 5

_____ Count 3      _____ Count 6

It is **SO ORDERED**.

Date: _____                _____
                                                                                           Hon. Paul L. Friedman
                                                                                           United States District Judge