UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-123 (PLF) |
| VITALI GOSSJANKOWSKI | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR A JUDGMENT OF ACQUITTTAL OR FOR A NEW TRIAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court (1) for an extension of time from October 4, 2023, until October 18, 2023, to file the government's response to the defendant's motion for a judgment of acquittal or for a new trial (ECF No. 191); and (2) to continue the hearing currently set on the motion for October 11, 2023, to a later date that is practicable for the Court and the parties. As explained below, good cause exists for the relief requested in this motion.

1.   On March 16, 2023, after a two-week trial, a jury found the defendant guilty of several criminal offenses in connection with his participation in the January 6, 2021, attack on the United States Capitol, including aggravated assault of a federal officer, in violation of 18 U.S.C. § 111(a); civil disorder, in violation of 18 U.S.C. § 231(a)(3); and obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2). After trial, the defendant's former defense counsel moved to withdraw. After a hearing, the Court granted the motion and appointed new counsel for the defendant. On September 13, 2023, the defendant, represented by new counsel, filed a motion for a judgment of acquittal or for a new trial (ECF No. 191). In that motion, the defendant challenges the sufficiency of

the evidence as to his convictions for aggravated assault of a federal officer and obstruction of an official proceeding, among other offenses. He also contends that, at trial, he did not "intelligently waive his right to testify due to [prior] counsel's unpreparedness," *id.* at 22-25; that the Court committed instructional error, *id.* at 25-26; and that he was "prejudiced by the audio evidence" presented at trial, *id.* at 26-27.

      2.      I am the attorney principally responsible for preparing the government's response to the defendant's motion and for representing the government at the hearing on the motion. In recent weeks, I have been responsible for an unusually large number of matters with competing deadlines. I accordingly need additional time to prepare a memorandum of law that will best assist the Court in resolving the defendant's motion. These competing obligations include:

      i.      On September 11, 2023, I represented the government at two sentencing hearings in cases arising out of the January 6 attack on the United States Capitol: *United States v. Rhine*, No. 21-cr-687-RC, and *United States v. Messer*, No. 21-cr-631-TJK.

      ii.      On September 15, 2023, I represented the government at a sentencing hearing in *United States v. Brown*, No. 23-cr-197-BAH, another January 6 case.

      iii.      I am responsible for preparing, with assistance from co-counsel, sentencing memoranda for three defendants in *United States v. Lesperance et al.*, No. 21-cr-575-JDB—another January 6 case—which are currently due by October 9, 2023.

      iv.      On October 5, 2023, I am responsible for presenting oral argument in *United States v. Crowe*, No. 22-10139 (9th Cir.), in Honolulu, Hawaii.

    v.  I have ongoing supervisory responsibilities in connection with other pending cases arising out of the attack on the United States Capitol on January 6, 2021.

  3.  An extension of time until October 18, 2023, would allow adequate time for the government to prepare a memorandum in opposition in this case while managing the competing obligations described above.

  4.  I have conferred with Mr. Matthew Peed, counsel for the defendant, about this motion. Mr. Peed does not object to the relief sought in this motion, but requests that the due date for the defendant's reply be extended to November 1, 2023. Counsel have also discussed alternative dates for the hearing. The parties are available for a hearing on any date during the weeks of November 6 and November 13, and the defense has expressed a preference for the week of November 6.

September 27, 2023    Respectfully submitted,

            MATTHEW M. GRAVES
            UNITED STATES ATTORNEY
            D.C. Bar No. 481052

            */s/ Francesco Valentini*
            FRANCESCO VALENTINI
            D.C. Bar No. 986769
            Senior Counsel, Capitol Siege Section
            U.S. Attorney's Office for the District of Columbia
            601 D Street NW
            Washington, D.C. 20530
            (202) 598-2337
            francesco.valentini@usdoj.gov

            */s/ Karen E. Rochlin*
            KAREN E. ROCHLIN
            DC Bar No. 394447

Assistant United States Attorney
Detailed to the D.C. U.S. Attorney's Office
9 Northeast 4th Street
Miami, Florida 33132
(305) 961-9234
karen.rochlin@usdoj.gov

*/s/ Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
MI Bar No. P79246
601 D Street NW
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

**Government's Unopposed Motion for Extension of Time — Page 4**