UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-123 (PLF) |
| VITALI GOSSJANKOWSKI | |

**UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S MOTION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for a further 7-day extension of time, from October 18, 2023, until October 25, 2023, to file the government's response to the defendant's motion for a judgment of acquittal or for a new trial (ECF No. 191). If the extension is granted, the government respectfully requests that the time for the defendant's reply be similarly extended by 7 days, from November 1, 2023 until November 8, 2023. As explained below, good cause exists for the relief requested in this motion.

1.  On March 16, 2023, after a two-week trial, a jury found the defendant guilty of several criminal offenses in connection with his participation in the January 6, 2021, attack on the United States Capitol, including aggravated assault of a federal officer, in violation of 18 U.S.C. § 111(a); civil disorder, in violation of 18 U.S.C. § 231(a)(3); and obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2). After trial, the defendant's former defense counsel was allowed to withdraw, and the Court appointed new counsel for the defendant. On September 13, 2023, the defendant, represented by new counsel, filed a motion for a judgment of acquittal or for a new trial (ECF No. 191). After one extension of time, the government's response is currently due on or before October 18,

2023; the defendant's reply is currently due on or before November 1, 2023; and a hearing on the motion is scheduled for December 7, 2023.

    2.     I am the attorney principally responsible for preparing the government's response to the defendant's motion and for representing the government at the hearing on the motion. In recent weeks, I have continued to be responsible for an unusually large number of matters with competing deadlines. In the last two weeks, these competing obligations have included:

    i.     On October 5, 2023, I presented oral argument in *United States v. Crowe*, No. 22-10139 (9th Cir.), in Honolulu, Hawaii.

    ii.     On October 12, 2023, I represented the government, with co-counsel, at a sentencing hearing in *United States v. Lesperance et al.*, 21-cr-575-JDB (D.D.C.), a three-defendant criminal case arising out of the events of January 6, 2021.

    iii.     I have ongoing supervisory responsibilities in connection with other pending cases arising out of the attack on the United States Capitol on January 6, 2021.

    3.     An extension of time until October 25, 2023, would allow adequate time for the government to prepare its response in this case while managing my competing casework obligations. The extension requested in motion should not affect the timing of the hearing on the motion, which is scheduled for December 7, 2023. The government does not expect to request any further extensions of time.

    4.     I have conferred with Mr. Matthew Peed, counsel for the defendant, about this motion. Mr. Peed does not object to the relief sought in this motion. Mr. Peed has

requested that, if the motion is granted, the time for the defendant's reply be extended to November 8, 2023.

October 13, 2023                    Respectfully submitted,

                                         MATTHEW M. GRAVES
                                         UNITED STATES ATTORNEY
                                         D.C. Bar No. 481052

                                         */s/ Francesco Valentini*
                                         FRANCESCO VALENTINI
                                         D.C. Bar No. 986769
                                         Senior Counsel, Capitol Siege Section
                                         U.S. Attorney's Office for the District of Columbia
                                         601 D Street NW
                                         Washington, D.C. 20530
                                         (202) 598-2337
                                         francesco.valentini@usdoj.gov


                                         */s/ Karen E. Rochlin*
                                         KAREN E. ROCHLIN
                                         DC Bar No. 394447
                                         Assistant United States Attorney
                                         Detailed to the D.C. U.S. Attorney's Office
                                         9 Northeast 4th Street
                                         Miami, Florida 33132
                                         (305) 961-9234
                                         karen.rochlin@usdoj.gov

                                         */s/ Adam M. Dreher*
                                         ADAM M. DREHER
                                         Assistant United States Attorney
                                         MI Bar No. P79246
                                         601 D Street NW
                                         Washington, D.C. 20530
                                         (202) 252-1706
                                         adam.dreher@usdoj.gov