UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-123 (PLF) |
| VITALI GOSSJANKOWSKI | |

### **[PROPOSED] ORDER**

Upon consideration of the United States' motion for an extension of time, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the government shall file its response to the defendant's motion on or before October 25, 2023; and it is further

ORDERED that the defendant shall file his reply on or before November 8, 2023.

Date: _____
HON. PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE