**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-123-PLF** |
| | : | |
| **VITALI GOSSJANKOWSKI** | : | |
| | : | |
| **Defendant.** | : | |

### [PROPOSED] ORDER

Upon consideration of the United States' motion to reconsider and revoke the defendant's post-trial release, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that, pursuant to 18 U.S.C. § 3143(a)(1), the defendant, Vitali GossJankowski, be detained pending sentencing.


Date: _____                    _____
                                                            HON. PAUL L. FRIEDMAN
                                                            UNITED STATES DISTRICT JUDGE