UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-cr-123-PLF** |
| | : | |
| **VITALI GOSSJANKOWSKI** | : | |
| | : | |
| **Defendant.** | : | |

### [PROPOSED] ORDER

Upon consideration of the defendant's motion for a judgment of acquittal or for a new trial, it is hereby ORDERED that the defendant's motion is DENIED.

Date: _____                    _____
                                            HON. PAUL L. FRIEDMAN
                                            UNITED STATES DISTRICT JUDGE