UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>                      *Defendant.* | No. 21-cr-123 (PLF) |

**MOTION FOR LEAVE TO FILE OPPOSITION**

Defendant Vitali GossJankowski, through counsel, respectfully moves for leave to file the attached Opposition to the government's Motion to Reconsider Release. The Court directed GossJankowski to file a response "on or before October 28, 2023 at 11:59 p.m." When counsel attempted to file the attached response via ECF, however, the Court's website appeared to be down, and counsel received repeated "504 gateway timeout" messages. After an hour of trying to access ECF, and to avoid any further delays, counsel sent the attached Opposition via email to the Court's clerk, to chambers, and to government counsel at 12:59 a.m. on October 29, 2023. The attached document is identical to the one circulated to the Court and the government in that email.

WHEREFORE, Defendant GossJankowski respectfully requests leave to file the attached Opposition to the government's Motion to Reconsider Release.

October 29, 2023

                                                        Respectfully submitted,

                                                        /s/ Matthew J. Peed
                                                        Matthew J. Peed (D.C. Bar No. 503328)
                                                        CLINTON & PEED
                                                        1775 I St. NW, Suite 1150
                                                        Washington, D.C. 20006
                                                        (202) 919-9491 (tel)

                                                        *Counsel for Defendant Vitali Gossjankowski*