UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>　　　　　　　　*Defendant*. | No. 21-cr-123 (PLF) |

### ORDER

Upon consideration of Defendant's Motion for Leave to File Defendant's Opposition to the Government's Motion to Reconsider Release, and for good cause shown, it is hereby ordered that the motion is GRANTED. The Clerk shall docket Defendant's Opposition to the Government's Motion to Reconsider Release (ECF 196-1).

October 29, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge