# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>                    *Defendant*. | No. 21-cr-123 (PLF) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL OR NEW TRIAL

Defendant Vitali GossJankowski, through counsel, respectfully moves for an extension of time until November 13, 2023 to file a reply in support of his Rule 29/33 motion. The government consents to this request. Due to unexpected family obligations, additional motions practice in this case, and a concurrent hearing, counsel requests this additional time to adequately address the government's extensive opposition.

November 8, 2023

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)

*Counsel for Defendant Vitali Gossjankowski*