## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**VITALI GOSSJANKOWSKI,**<br>                    *Defendant.* | **No. 21-cr-123 (PLF)** |

### ORDER

Upon consideration of Defendant Vitali Gossjankowski's consent motion for an extension of time to file a reply in support of motions pursuant to Rules 29 and 33, and for good cause shown, the motion is hereby **GRANTED**. The Defendant's reply in support of motions pursuant to Rules 29 and 33 shall be filed on or before November 13, 2023.

**SO ORDERED.**

Date:_____

_____
Hon. Paul L. Friedman
United States District Judge

1