UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>　　　　　　　　　*Defendant.* | No. 21-cr-123 (PLF) |

**DECLARATION OF MATTHEW J. PEED**

1. My name is Matthew J. Peed.

2. I am an attorney and partner of the law firm Clinton & Peed. I represent Defendant Vitali GossJankowski in the above-captioned matter.

3. On September 11, 2023, as part of preparing a new trial motion, I interviewed Mr. GossJankowski's prior attorney, Celia Goetzl, by telephone.

4. In this telephone call, Ms. Goetzl stated that during trial, Mr. GossJankowski expressed a desire to testify on his own behalf.

5. According to Ms. Goetzl, Mr. GossJankowski's attorneys (Ms. Goetzl and Ned Block) were unprepared to call Mr. GossJankowski to the stand. They told Mr. GossJankowski that it would take "weeks" for them to be able to prepare and to prepare him to testify.

　　　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, formed after a reasonable inquiry under the circumstances.

Dated: November 13, 2023　　　　　　　　　　　　/s/ Matthew J. Peed
　　　　　　　　　　　　　　　　　　　　　　　　Matthew J. Peed