UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>                 *Defendant.* | No. 21-cr-123 (PLF) |

**DEFENDANT'S SUPPLEMENT REGARDING MOTION
FOR JUDGMENT OF ACQUITTAL**

Defendant Vitali GossJankowski, through counsel, respectfully submits the following in support of his interpretation of 18 U.S.C. § 1752(a) and for his motion for acquittal:

After the motions hearing in this case, judges in two cases in this District addressed the *mens rea* requirements for conviction under § 1752(a): *United States v. Elizalde*, No. 1:23-cr-170-CJN, 2023 WL 8354932 (D.D.C. Dec. 1, 2023) and *United State v. Groseclose*, No. 1:21-cr-311-CRC, 2024 WL 68248, at *1 (D.D.C. Jan. 5, 2024). Defendant GossJankowski respectfully adopts in full the reasoning of these opinions. As stated by Judge Cooper, "a defendant can satisfy the knowledge requirement if he knows a particular [Secret Service] protectee is in the area (even if he knows nothing of the person's secret-service protection) or if he only generally knows that the Secret Service is protecting some individual in the area (even if he is unsure of that individual's identity)." *Id*. at *3. Defendant respectfully directs the Court to the reasoning in these opinions and will address the government's arguments in a separate filing.

January 8, 2023                                       Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)

*Counsel for Defendant Vitali Gossjankowski*