UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>　　　　　　　*Defendant*. | No. 21-cr-123 (PLF) |

**MOTION TO ACCESS SEALED TRANSCRIPT**

Defendant Vitali GossJankowski, through counsel, respectfully moves for an Order permitting distribution of any sealed portions of the transcripts of the April 26, 2023 and May 19, 2023 hearings to his current counsel. It is believed that these sealed portions will be relevant to post-trial proceedings.

January 12, 2023

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)

*Counsel for Defendant Vitali Gossjankowski*