## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>　　　　　　　　*Defendant*. | No. 21-cr-123 (PLF) |

## ORDER

Upon consideration of Defendant's Motion to Access Sealed Transcripts, and for good cause shown, it is hereby ordered that the motion is GRANTED, and counsel for the Defendant may receive and review sealed portions of the April 26, 2023 and May 19, 2023 hearings in this matter, which shall not affect their sealed status.

January 12, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　United States District Judge