UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>　　　　　　　　*Defendant*. | No. 21-cr-123 (PLF) |

**MOTION FOR LEAVE TO FILE REPLY ONE DAY OUT OF TIME**

Defendant Vitali GossJankowski, through counsel, respectfully moves for leave to file the attached Reply to the Government's Supplemental Memorandum one day out of time. The Reply was due on January 15, 2024 under the Court's order of January 9, 2024. Due to the complexity of the issues, the length of the government's supplemental brief, and the need for client consultations over the weekend at Central Treatment Facility, counsel was unable to finish the brief before the due date, and humbly asks for leave to file the Reply one day out of time, so that these important questions may be adequately considered at the upcoming motions hearing.

January 16, 2024

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)

*Counsel for Defendant Vitali Gossjankowski*