UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>　　　　　　　　*Defendant*. | No. 21-cr-123 (PLF) |

## ORDER

Upon consideration of Defendant's Motion for Leave to File Defendant's Reply to the Government's Supplemental Memorandum one day out of time, it is hereby ordered that the motion is GRANTED. The Clerk shall docket Defendant's Reply.

January 16, 2024　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　United States District Judge