UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-123 (PLF) |
| VITALI GOSSJANKOWSKI | |

## JOINT STATUS REPORT

Pursuant to the order issued by the Court on January 18, 2024, the parties hereby file this Joint Status Report. The parties have inquired about the potential witnesses' availability on the dates identified by the Court in the January 18 minute order. Based on those consultations, the parties and both potential witnesses are currently available on the following dates previously identified by the Court: March 11, 12, and 13. The parties and both potential witnesses would also be available on February 14, but, due to preexisting professional obligations and travel plans later that day, one of the witnesses would be available on February 14 only until noon and only if absolutely necessary.

January 24, 2024                                              Respectfully submitted,

FOR THE GOVERNMENT:                              FOR THE DEFENDANT:

MATTHEW M. GRAVES                                 /s/ Matthew J. Peed
UNITED STATES ATTORNEY                          MATTHEW J. PEED
D.C. Bar No. 481052                                      Clinton & Peed
                                                                       1775 Eye St. NW, Suite 1150
/s/ Francesco Valentini                                  Washington, DC 20006
FRANCESCO VALENTINI                              Tel: (202) 919-9491
DC Bar No. 986769                                       Fax: (202) 587-5601
Deputy Chief
Capitol Siege Section, Breach and Assault

Joint Status Report — Page 1

United States Attorney's Office (DC)
601 D Street NW
Washington, D.C. 20530
(202) 598-2337
francesco.valentini@usdoj.gov


*/s/ Karen E. Rochlin*
KAREN E. ROCHLIN
DC Bar No. 394447
Assistant United States Attorney
Detailed to the D.C. U.S. Attorney's Office
9 Northeast 4th Street
Miami, Florida 33132
(305) 961-9234
karen.rochlin@usdoj.gov

*/s/ Adam M. Dreher*
ADAM M. DREHER
MI Bar No. P79246
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov