# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>                 *Defendant*. | No. 21-cr-123 (PLF) |

## NOTICE OF ADDITIONAL AUTHORITY

Mr. Gossjankowski, through counsel, respectfully submits the attached Findings of Fact and Conclusions of Law by Judge Jia M. Cobb in *United States v. Ryan Samsel, et al.*, 21-cr-537 (JMC), issued on February 9, 2024 (Dkt. 345), as additional authority supporting his motion for a judgment of acquittal. In her findings, Judge Cobb joined the growing list of judges in this district who, upon further consideration, have determined that the knowledge requirement of 18 U.S.C. § 1752(a) applies to the entire statutory definition of "restricted building or grounds." *Id*. at 31–33. Applying this standard, Judge Cobb acquitted all defendants of violating § 1752(a). *Id*. at 33.

February 13, 2024

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)
(202) 587-5610 (fax)

*Counsel for Defendant Vitali Gossjankowski*