## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-cr-123-PLF** |
| | : | |
| **VITALI GOSSJANKOWSKI** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the United States' unopposed motion [ECF 227] to dismiss Count 2 of the Second Superseding Indictment, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Count 2 of the Second Superseding Indictment, which charged the defendant with Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) and 2, is hereby dismissed.

Date:  8|2|24

_____
HON. PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE