UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VITALI GOSSJANKOWSKI,<br>                *Defendant*. | No. 21-cr-123 (PLF) |

**DEFENDANT'S NON-OPPOSITION TO DISMISSAL WITH PREJUDICE
AND REQUEST FOR EXPEDITED RULING**

Defendant Vitali GossJankowski, through undersigned counsel, hereby provides notice of his non-opposition to the Government's recently-filed Motion to Dismiss with Prejudice, ECF #230.

In addition, because Mr. GossJankowski's sentencing hearing is fast approaching, and defense counsel must consult with expert psychiatrists, mitigation specialists, and American Sign Language interpreters to properly prepare a sentencing memorandum and prepare for sentencing, the defense respectfully requests that the Court rule on the Government's motion expeditiously.

January 22, 2024

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)

*Counsel for Defendant Vitali Gossjankowski*