UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 21-0123 (PLF) |
| VITALI GOSSJANKOWSKI, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

Consistent with this Court's Minute Order of January 22, 2025, it is hereby

ORDERED the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) is GRANTED in part and DENIED in part [Dkt. No. 230]; it is

FURTHER ORDERED that this case is hereby DISMISSED without prejudice; it is

FURTHER ORDERED that all future deadlines and court appearances are VACATED; and it is

FURTHER ORDERED that Mr. GossJankowski's Consent Motion for Immediate Release [Dkt. No. 231] is DENIED as moot in light of the dismissal of this case.

The Clerk of Court is directed to terminate the case. An opinion will follow.

SO ORDERED.

*Paul L. Friedman*
Date: 2025.01.22
13:22:30 -05'00'

PAUL L. FRIEDMAN
United States District Judge

DATE:   January 22, 2025